IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUN -1 A 9:16

David Tyrone Eastland )
Full name and prison number of )
plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:05cv514-T
 )   (To be supplied by the Clerk of the
Dr. Whityc South Botscher hspu )    U.S. District Court)
Mrs. Jackson )
 )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes (✓)  No ( )

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes (✓)  No ( )

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit
          Plaintiff(s) David Eastland _____

          Defendant(s) Dr. Whityc _____

      2.  Court (if federal court, name the district; if state court, name the county)
          Montgomery Co _____

      3.  Docket No. _____

      4.  Name of Judge to whom case was assigned Carter

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Roummald Tols For Ryoton, did+ Support Tow

6. Approximate date of filing lawsuit 5-7-05

7. Approximate date of disposition 5-3-05 - March 05

II. PLACE OF PRESENT CONFINEMENT P.O. Box 5107 Union Springs, Ala 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Dr. white Dr. Office

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Dr. Whitye | Bot 12oth South Hospital, mongy Ala |
| 2. | Mrs. Jackson | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED March 05 5-3-05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The Dr. Touch out my teeth he has putin to Enrye,

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

-2-

GROUND TWO: march 05 Rommodd tobe it peed to sore in Ride in.

SUPPORTING FACTS: Dr Saddary say he don't sooprate to removed the tube. He call thes derters whity and set me up and oute appointment 5-3-05. " on the 5-23-05 went to see Nurs Mr Jackson ask for a boddy Change on my butt, they wouldn't give one.

GROUND THREE: was not on Antboddy until 5-3-05

SUPPORTING FACTS: Quizen stoctld dreing why he thide tlobe oct Powson Infection It huvent stope dreening

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. (Five Houndee Beupestiou Dolens.) The s.kair was open Back up the Job wasn't did right, suttgenny scair it want clouse back up

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 5-24-05
              (date)

_____
Signature of plaintiff(s)