**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Whitye
   Baptist Hospital
   2105 East South Boulevard
   Montgomery, AL 36116

2. Article Number
   (Transfer from service label)    7005 1160 0001 3017 2549

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _[illegible]_                  6/10/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:05CV514-T
   C & R

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mrs. Jackson, Nurse
    Baptist Hospital
    2105 East South Boulevard
    Montgomery, AL 36116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   _[illegible]_    6/10/05

D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

   2:05CV514-T
   C & O              40

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0001 3017 2556

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540