**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kim T. Thomas, General Counsel
Alabama Department of Corrections
Legal Division
50 Ripley Street, 3rd Floor
Montgomery, AL 36130

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _E. Urquhart_     ☑ Agent     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

_E. Urquhart_     6-13-05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:05CU5/4-T

C & 8          40

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service     7005 1160 0001 3017 2525

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540