**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ken Palombo
   Legal Counsel
   Prison Health Services
   105 Westpark Drive, Suite 200
   Brentwood, TN 37027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Steply Mom_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Stiphant Gonsr
C. Date of Delivery: 6/14/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:05CU514-T
   c d o                                    (40)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0001 3017 2518

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540