IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID TYRONE EASTLAND, AIS #115661 | * |
| | * |
| Plaintiff, | * |
| V. | * |
| | *   2:05-CV-514 |
| DR. SIDDIQ, et al. | * |
| Defendants. | * |
| | * |

**MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER**

COMES NOW the Defendant, Nurse Martha Jackson (who is incorrectly named in the Plaintiff's Complaint as "Mr. Jackson") and moves this Court pursuant to its Order of June 9, 2005, for a continuation of time to file her Special Report and Answer in this matter and shows as follows:

1. Due to surgery, Nurse Martha Jackson has been unavailable for interview and absent from work for approximately fifteen (15) days during the month of June, 2005.

2. Due to the time involved with Ms. Jackson's surgical procedure and recovery, defense counsel has been unable to meet with her in preparation of a legal defense in this matter.

3. No parties to this action will be prejudiced by a delay in answering the Plaintiff's Complaint and/or providing a Special Report thereto.

WHEREFORE, Defendant Martha Jackson moves this Honorable Court to extend to her an additional twenty (20) days to file her Answer and Special Report in the above matter up to and including the date of August 8, 2005.

                                                Respectfully submitted,

                                                s/L. Peyton Chapman, III
                                                Alabama State Bar Number CHA060
                                                s/R. Brett Garrett
                                                Alabama State Bar Number GAR085
                                                Attorneys for the Defendants

                                                RUSHTON, STAKELY,
                                                JOHNSTON & GARRETT, P.A.
                                                Post Office Box 270
                                                Montgomery, Alabama  36101-0270

                                                Telephone: (334) 834-8480
                                                Fax: (334) 262-6277
                                                E-mail: lpc@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certified that I have mailed via U.S. mail, properly addressed and first-class postage prepaid, the foregoing document this the ⟨6⟩ day of July, 2005, to the following:

David Tyrone Eastland
AIS #115661
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089

                                        s/R. Brett Garrett
                                        Alabama State Bar Number GAR085