IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID TYRONE EASTLAND, #115661, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-514-T |
| | ) | |
| DR. WHYTE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Jackson on July 6, 2005 (Court Doc. No. 10), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that defendant Jackson be GRANTED an extension from July 19, 2005 to and including August 8, 2005 to file her answer and special report.

DONE, this 18th day of July, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE