IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID TYRONE EASTLAND, #115661,  )
)
      Plaintiff,  )
)
    v.  )      CIVIL ACTION NO. 2:05-CV-514-T
)
DR. WHYTE, et al.,  )
)
      Defendants.  )

**ORDER**

In his complaint, the plaintiff names Dr. Whitye as a defendant in this cause of action.  Service was attempted but unperfected on this individual because he was not at the address provided by the plaintiff.  If a person has not been served, he is not a party to this lawsuit except in very unusual circumstances.  Consequently, in order to maintain litigation against Dr. Whitye, the plaintiff must furnish the clerk's office with a correct address for this individual.

Accordingly, it is

ORDERED that on or before July 22, 2005 the plaintiff shall furnish the clerk's office with the correct address of Dr. Whitye.  The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue has been served.  This is the plaintiff's responsibility.

DONE, this 18th day of July, 2005.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE


The plaintiff is cautioned that if he fails to comply with this order Dr. Whitye will not be served, he will therefore not be a party to this cause of action and this case will proceed only against those defendants on whom service is perfected.