RECEIVED JUL 25 2005 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.
RECEIVED 2005 JUN 24 A 10:00
RECEIVED 2005 JUL 13 A 9:42

In The United States District Court P.O. Box 711
Montgomery, Alabama 36101-0711

David Tyrone Eastland #115661
petitioner

Vs.

Dr. Whyte, et al.
South Baptist Medical Hospital

Case No. 2:05CV514

(Complaint Written statement) motion

Come now the above petitioner and respectfully asking this Honorable court to check into this complaint against Dr. Whyte at South Baptist Medical Hospital in County Union Springs, Alabama. Inmate David Tyrone Eastland, had a operation threw Dr. Whyte now the complaint state that the tube was placed in Inmate Eastland anus for draining from a infection was not ready to be remove the problem was not slove Inmate Eastland are complainting about the operation and ask the courts for help on this matter.

(Grounds and Reason)

(1) The petitioner is Housing at a facility which the Dr. said Dr. Whyte had no reason at all to remove the tube from my anus which was still draining from infection.

(2) Please Have Inmate David Tyrone Eastland check out for this reason of suffering from his anus. from Dec. 29, 2004

(3) It was crule to the Inmate to be infected could cause other around Him the same infection or my be a class Action suite please contact the Dr. Here at Bullock or check Inmate medicate records for answer soon as possible.

I sworn that all that are beinwing said are True.

Sincerely,

# David Tyrone Eastland
A.I.S #115661

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

*Record(s) on files at Bullock*

Print Name: David Tyrone Eastland    Date of Request: 7-15-05
ID #: 115661    Date of Birth: 12-31-58    Location: 11-30
Nature of problem or request:

Treatment for fistula problem(s)
E.C.+

_____ Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

RECEIVED 2005 JUL 13 A 9:42

(S)ubjective:


(O)bjective


(A)ssessment:


(P)lan:


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
         Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

RECEIVED
2005 JUL 25 A 10:35

In THE United States District Court
P.O. Box 711
Montgomery, AL 36101

date/ Done 7-21-05

David Tyrone Eastland #115661

vs.

Dr. Brian Whyte, office at the Medical Center in Montgomery, Ala
Ms. Jackson at Bullock Medical prison facility

Case No: 2:05-CV-514-T

Certificate and ~~Reputed~~ Represented by Inmate Alonzo Robinson House at Bullock Corr. Facility #159147 attorney is needed.

Inmate Eastland sworn that all statement is true. Inmate Eastland only knows the Dr. Brian Whyte name and office Box working job please check old records of Eastland to find out what on his body been work on for forward information.

David T. Eastland 115661
date/ 7-21-05