# A F F I D A V I T



STATE OF ALABAMA )
                     )
_Bullock_ COUNTY )

       I, _Jameka Howard_, hereby certify and affirm that I am a _Medical Record Clerk_ at _Bullock County Facility_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Eastland, David_, AIS# _115661_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

       I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Bullock Correctional Facility_ and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

       This, I do hereby certify and affirm to on this the _27_ day of _June_, 2005.

_Jameka Howard_

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE**
_27th_ **Day of** _June_, 2005.

_Justine B. Person_
Notary Public
_2/24/2009_
My Commission Expires

 **PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/24/05

**To:** _____

**From:** _____

**Inmate Name:** Eastland, David    **ID#:** 115661

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Benzoyl peroxide x 20 day.

AF cream x 20 day

Hemorrhoidal cream x 20 day.

5/24/05 → 6/13/05

**Date:** 5/24/05   **MD Signature:** _____   **Time:** 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/12/05

**To:** _____

**From:** _____

**Inmate Name:** Eastland, David    **ID#:** 115661

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Bottom Bunk x 6 months 5/12/05 → 11/12/05

Benzoyl peroxide x 20 dys. 5/12/05 → 6/01/05

**Date:** 5/12/05    **MD Signature:** Dr. Siddiq N. Smith    **Time:** 0900

60418



# SPECIAL NEEDS COMMUNICATION FORM

**PRISON HEALTH SERVICES INCORPORATED**

**Date:** 4/25/05

**To:** Inmate

**From:** Hcu (Bullot)

**Inmate Name:** Eastland, David    **ID#:** 115661

**The following action is recommended for medical reasons:**

1. House in _X 10 days  Ep 5/5/05_
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until _____
5. Other

**Comments:**

① Hemorrhoidal Crem As directed X 20 days Ep 5/14/05

**Date:** 4/25/05    **MD Signature:** DR Siddy / Blake un    **Time:** 0820

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/09/05

**To:** _____

**From:** _____

**Inmate Name:** Eastland, David **ID#:** 115661

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

(1) Hemorrhoidal cream x 20 days.
5/09/05 → 5/29/05.

(2) Lay in x 30 days.
5/09/05 → 6/09/05.

**Date:** 5/09/05  **MD Signature:** Dr Siddiq/Snell  **Time:** 0900

60418

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PROBLEM LIST

Name: Eastland, David

AIS Number: 115661

Date of Birth: ▇▇▇▇

Medication Allergies: NKA

Mental Health Code: (SMI)   HARM HIST   NONE   Date Code Assigned: _____
*(Changes in Mental Health Code should be identified on the Problem List)*

| Date Identified | Chronic (Long-Term) Problems<br>Roman Numerals for Medical/Surgical<br>Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| | Date: _____ 2/17/14 | | |
| | Evaluated: | | |
| | Coded: ___ SMI | | |
| | Signed: _____ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALDOC Form 453-01

4 of 4

AR 453 – February 27, 20

i\-30

Alabama Department of Corrections Mental Health Service
Treatment Plan: Residential Treatment Unit

**Treatment Plan Initiated on:** **6/23**/05      **Treatment Coordinator:** J. Gooden, MS, MHP
**Institution:** Bullock County Correctional Facility      **Admitted to RTU:**      6/11/02

**Level Currently Assigned:**      THREE

**DSM IV Diagnosis:**
| | |
|---|---|
| **Axis I:** | Schizoaffective Disorder |
| **Axis II:** | Mild Mental Retardation |
| **Axis III:** | None Reported |
| **Axis IV:** | Incarceration |
| **Axis V:** | 55 |

| |
|---|
| **Problem # 1**      History of Auditory Hallucinations |
| **Goal:**   Inmate will report absence/reduction of voices. |
| **Target Date for Resolution:**      30 days |
| **Intervention(s):**  1. Medications as directed; 2. Nurse to monitor compliance. |
| **Staff Member(s) Responsible:** J. Gooden/Psychiatrist/LPN            **Frequency:**      Bi-weekly |

| |
|---|
| **Problem # 2**      Inmate reports paranoid thoughts. |
| **Goal:**   Inmate will report absence/reduction of paranoid thinking. |
| **Target Date for Resolution:**      30 days |
| **Intervention(s):**  1. Medications as directed; 2. Nurse to monitor compliance; 3. Meet with treatment coordinator twice monthly. |
| **Staff Member(s) Responsible:** J. Gooden/ Psychiatrist/LPN   **Frequency:**      Bi-weekly |

| |
|---|
| **Problem #3** |
| **Goal:** |
| **Target Date for Resolution:** |
| **Intervention(s):** |
| **Staff Member(s) Responsible:**                        **Frequency:** |

**Psychiatrist:** _____   **Treatment Coordinator:** _____, MS, MHP

**Mental Health Nurse:** _____   **Activities Tech:** X _Andrew D. Loe, RN_

**Correctional Officer Present:** Yes   No

**Inmate Agreement** _David L. Eastland 115661_  Date: 6-28-05
**Treatment Plan Review to be Conducted by:**      (Level 1: weekly; Level 2:bi-weekly; Level 3&4:monthly)

| **Inmate Name:**   Eastland, David | **AIS#** 115661 |
|---|---|

Alabama Department of Corrections Mental Health Services
Treatment Plan: Residential Treatment Unit

**Treatment Plan Initiated on:**   5/25/05          **Treatment Coordinator:** J. Gooden, MS, MHP
**Institution:** Bullock County Correctional Facility          **Admitted to RTU:**    6/11/02

**Level Currently Assigned:**          THREE

**DSM IV Diagnosis:**
**Axis I:**          Schizoaffective Disorder
**Axis II:**          Mild Mental Retardation
**Axis III:**          None Reported
**Axis IV:**          Incarceration
**Axis V:**          55

| | |
|---|---|
| **Problem # 1**     History of Auditory Hallucinations | |
| **Goal:**   Inmate will report absence/reduction of voices. | |
| **Target Date for Resolution:**          30 days | |
| **Intervention(s):**  1. Medications as directed; 2. Nurse to monitor compliance. | |
| **Staff Member(s) Responsible:** Psychiatrist/LPN          **Frequency:**          Bi-weekly | |
| **Problem # 2**          **Inmate reports paranoid thoughts.** | |
| **Goal:**   Inmate will report absence/reduction of paranoid thinking. | |
| **Target Date for Resolution:**          30 days | |
| **Intervention(s):**  1. Medications as directed; 2. Nurse to monitor compliance; 3. Meet with treatment coordinator twice monthly. | |
| **Staff Member(s) Responsible:** J. Gooden/ Psychiatrist/LPN   **Frequency:**          Bi-weekly | |
| **Problem #3** | |
| **Goal:** | |
| **Target Date for Resolution:** | |
| **Intervention(s):** | |
| **Staff Member(s) Responsible:**                    **Frequency:** | |

**Psychiatrist:**                    **Treatment Coordinator:** _J\_\_\_ MS, MHP_

**Mental Health Nurse:**                    **Activities Tech:** 

**Correctional Officer Present:** Yes    No

**Inmate Agreement:** _X David Eastland_          Date: _9/26/05_
**Treatment Plan Review to be Conducted by:**          (Level 1: weekly; Level 2: bi-weekly; Level 3&4: monthly)

| **Inmate Name:**    Eastland, David | **AIS#  115661** |
|---|---|

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN:  RESIDENTIAL TREATMENT UNIT   (*REVIEW*)**

**Treatment Plan Reviewed On:** 4/4/05                **Treatment Plan Initiated On:** 12/16/04

**Institution:**  Bullock Co. Correctional Facility         **Admitted to Unit:** 6/11/02
**Level Currently Assigned:** 3

CURRENT STATUS:

Problem #1 Schizoaffective Disorder-signs and symptoms of delusions, hallucinations, paranoia, disorganized speech, difficulty concentrating, and pervasive depressed mood

Target Date for Resolution: ongoing

Status:        Resolved ☐        No Change ☐        Modified ☒
Outcome/Modification: Psychiatrist to prescribe medication, medication compliance to be monitored by mental health nurse, individual counseling with TC 2x monthly

**Staff Member(s) Responsible:** Psychiatrist, Activity Technician, Treatment Coordinator, Mental Health nurses

**Problem #2** Inmate does not to participate in unit programming

Target Date for Resolution: ongoing

Status:        Resolved ☐        No Change ☐        Modified ☒
Outcome/Modification: Inmate's interest will be assessed.  Participation in two groups weekly will be encouraged, Psychiatrist to prescribe medication, medication compliance to be monitored by mental health nurse, individual counseling with TC 2x monthly

**Staff Member(s) Responsible:** Psychiatrist, Activity Technician, Treatment Coordinator, Mental Health nurses

**Problem #3**

Target Date for Resolution:

Status:        Resolved ☐        No Change ☐        Modified ☐
Outcome/Modification:

Comments:

Level Change?      Yes ☐      No ☒

Second Page attached:      Yes ☒    No ☒

Psychiatrist: _____          Psychologist: _____

Mental Health Nurse: _____          Activities Tech: _____

Treatment Coordinator: _M. S. Scott, MS-MHP_ Correctional Officer Present: Yes ☒  N

Inmate Agreement: _David A. Eastland_      Date: _April 4-05_

Next Treatment Plan Review by: _____    ( Level 1: weekly; Level 2: bi-weekly; Leve`

| Inmate Name: EASTLAND, DAVID | AIS # 115661 |
| --- | --- |

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN:  RESIDENTIAL TREATMENT UNIT**  *(REVIEW)*

**Treatment Plan Reviewed On:**

**Institution:** Bullock Co. Correctional Facility

**Level Currently Assigned:** THREE

**Treatment Plan Initiated On:**

**Admitted to Unit:** 6/11/02

CURRENT STATUS:

---

**Problem #1** History of Auditory Hallucinations
Target Date for Resolution:  30 days

Status:          Resolved ☐          No Change ☑          Modified ☐
Outcome/Modification:

---

**Problem #2** Inmate reports paranoid thoughts.
Target Date for Resolution:  30 days

Status:          Resolved ☐          No Change ☑          Modified ☐
Outcome/Modification:

---

**Problem #3**

Target Date for Resolution:

Status:          Resolved ☐          No Change ☐          Modified ☐
Outcome/Modification:

---

Comments:

Level Change?          Yes          No

Second Page attached:          Yes ☐          No ☐

Psychiatrist:                                        Psychologist:

Mental Health Nurse:                                Activities Tech: *J. Bing*

Treatment Coordinator:                     Correctional Officer Present: Yes ☑    No ☐

Inmate Agreement: _X David Eastland 1564_ Date: _2-9-05_

Next Treatment Plan Review by: _____ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

---

| Inmate Name: Eastland, David | AIS#  115661 |

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN:  RESIDENTIAL TREATMENT UNIT**  *(REVIEW)*

**Treatment Plan Reviewed On:**                    **Treatment Plan Initiated On:**

**Institution:**  Bullock Co. Correctional Facility        **Admitted to Unit:** 6/11/02

**Level Currently Assigned:** THREE

CURRENT STATUS:

**Problem #1** History of Auditory Hallucinations
Target Date for Resolution:   30 days

Status:         Resolved ☐        No Change ☑        Modified ☐
Outcome/Modification:

**Problem #2** Inmate reports paranoid thoughts.
Target Date for Resolution:  30 days

Status:         Resolved ☐        No Change ☑        Modified ☐
Outcome/Modification:

**Problem #3**

Target Date for Resolution:

Status:         Resolved ☐        No Change ☐        Modified ☐
Outcome/Modification:

Comments:

Level Change?        Yes        No

Second Page attached:        Yes ☐    No ☐

Psychiatrist:                              Psychologist:

Mental Health Nurse:                        Activities Tech:

Treatment Coordinator:                      Correctional Officer Present: Yes ☑    No ☐

Inmate Agreement:                          Date: 1-14-05

Next Treatment Plan Review by:_____ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name: Eastland, David | AIS#  115661 |
| --- | --- |

Department of Corrections Mental Health Services
Treatment Plan: Residential Treatment Unit

**Treatment Plan Initiated on:**                    **Treatment Coordinator:** E. Lancaster
**Institution:** Bullock County Correctional Facility    **Admitted to RTU:**    6/11/02

**Level Currently Assigned:**        THREE

**DSM IV Diagnosis:**
**Axis I:**        Schizoaffective Disorder
**Axis II:**       Mild Mental Retardation
**Axis III:**      None Reported
**Axis IV:** .     Incarceration
**Axis V:**        55

| | |
|---|---|
| **Problem # 1**    History of Auditory Hallucinations | |
| **Goal:**   Inmate will report absence/reduction of voices. | |
| **Target Date for Resolution:**        30 days | |
| **Intervention(s):** 1. Medications as directed; 2. Nurse to monitor compliance. | |
| **Staff Member(s) Responsible:** Psychiatrist/LPN        **Frequency:**    Bi-weekly | |
| **Problem # 2**    Inmate reports paranoid thoughts. | |
| **Goal:**   Inmate will report absence/reduction of paranoid thinking. | |
| **Target Date for Resolution:**        30 days | |
| **Intervention(s):** 1. Medications as directed; 2. Nurse to monitor compliance; 3. Meet with treatment coordinator twice monthly. | |
| **Staff Member(s) Responsible:** Dr. Lancaster/ Psychiatrist/LPN    **Frequency:**    Bi-weekly | |
| **Problem #3** | |
| **Goal:** | |
| **Target Date for Resolution:** | |
| **Intervention(s):** | |
| **Staff Member(s) Responsible:**        **Frequency:** | |

**Psychiatrist:** _____    **Treatment Coordinator:** _Eddie Lancaster Cno_

**Mental Health Nurse:** _____    **Activities Tech:** _____

**Correctional Officer Present:** Yes        No

**Inmate Agreement:** _____    Date: _____
**Treatment Plan Review to be Conducted by:**    (Level 1: weekly; Level 2:bi-weekly; Level 3&4:monthly)

**Inmate Name:   Eastland, David**                    **AIS#  115661**

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT  (REVIEW)

Treatment Plan Reviewed on: 7/29/04        Treatment Plan Initiated on: _____
Institution: BCF                           Admitted to Unit on: _____
Level Currently assigned: ____ 3

### CURRENT STATUS

**Problem #1** Non-compliance c meds

Target Date for Resolution:
Status:     Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification:
Medication education
Supportive counseling

**Problem #2** Delusional thoughts

Target Date for Resolution:
Status:     Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification:
Medication compliance
Individual counseling

**Problem #3**

Target Date for Resolution:
Status:     Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification:

/

Comments:

Level Change?   Yes ☐   No ☐      New Level: _____
                          Second Page attached:   Yes ☐  No ☐

Psychiatrist: _____              Psychologist: _____
Mental Health Nurse: _____       Activities Tech: _____
Treatment Coordinator: _____ MHP  Correctional Officer Present:  Yes ☐  No ☐

Inmate Agreement: Refused to sign
Next Treatment Plan Review to be Conducted by: 8/04   Date: _____
(Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

Inmate Name  David Eastland        AIS # 115661

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT  *(REVIEW)*

Treatment Plan Reviewed on: May 26, 04    Treatment Plan Initiated on: _____
Institution: BCF    Admitted to Unit on: _____
Level Currently assigned: _____ 3

### CURRENT STATUS

**Problem #1** I/M isn't compliant with meds regm

Target Date for Resolution: _____
Status:    Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification:
Medication education
individual discussion

**Problem #2** Delusional thoughts

Target Date for Resolution: _____
Status:    Resolved ☐    No Change ☑    Modified ☐
Outcome/Modification:
Medication regimin
Refer to schizophrenic grup

**Problem #3**

Target Date for Resolution: _____
Status:    Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification:

**Comments:**

Level Change?    Yes ☐    No ☐    New Level: _____

Second Page attached:    Yes ☐    No ☐

Psychiatrist: M Webbockas    Psychologist: _____
Mental Health Nurse: _____    Activities Tech: _____
Treatment Coordinator: _____    Correctional Officer Present: Yes ☐    No ☐

Inmate Agreement: _____    Date: _____
Next Treatment Plan Review to be Conducted by: _____ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

Inmate Name: David Eastland    AIS # 115661

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT  *(REVIEW)*

Treatment Plan Reviewed on: 6/14/04        Treatment Plan Initiated on: _____
Institution: BCCF                          Admitted to Unit on: _____
Level Currently assigned: ____3____

### CURRENT STATUS

**Problem #1** Delusional thoughts

Target Date for Resolution: _____
Status:               Resolved ☐      No Change ☑      Modified ☐
Outcome/Modification:
Medication compliance
Individual Counseling

**Problem #2** Non compliance

Target Date for Resolution: _____
Status:               Resolved ☐      No Change ☐      Modified ☐
Outcome/Modification:
Med compt education
Supportive counseling

**Problem #3**

Target Date for Resolution: _____
Status:               Resolved ☐      No Change ☐      Modified ☐
Outcome/Modification:

Comments:

Level Change?   Yes ☐   No ☐        New Level: _____

See CRNP attached:   Yes ☐   No ☐

Marty Webb CRNP
MHM Correctional Services

Psychiatrist: _____           Psychologist: Steven Futrell, PsyD
Mental Health Nurse: K.W.Brant RN    Activities Tech: S ness
Treatment Coordinator: Shults, MHP   Correctional Officer Present:  Yes ☐  No ☐

Inmate Agreement: Refused to sign        Date: _____
Next Treatment Plan Review to be conducted by: _____ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name | David Eastland | AIS # | 1566 |

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT  (*REVIEW*)

Treatment Plan Reviewed on: 4/28/04          Treatment Plan Initiated on: _____

Institution: BCCF                            Admitted to Unit on: _____

Level Currently assigned: _____

## CURRENT STATUS

**Problem #1**  *MH isn't compliant with meet*

Target Date for Resolution: _____

Status:          Resolved ☐          No Change ☐          Modified ☐

Outcome/Modification:

*Medication   education*
*Individual counseling*

**Problem #2**  *Delusional thoughts*

Target Date for Resolution: _____

Status:          Resolved ☐          No Change ☐          Modified ☐

Outcome/Modification:

*Medication   compliance*          *Staff discussion*
*Medication   education*

**Problem #3**

Target Date for Resolution: _____

Status:          Resolved ☐          No Change ☐          Modified ☐

Outcome/Modification:

Comments:

Level Change?   Yes ☐   No ☐          New Level: _____

Second Page attached:   Yes ☐   No ☐

Psychiatrist: **Marty Webb**          Psychologist: *Glenn Futrell, Psy.D*

Mental Health Nurse: _____          Activities Tech: *J. Best*

Treatment Coordinator: _____ MHP          Correctional Officer Present:   Yes ☐   No ☐

Inmate Agreement: *Refused to sign*          Date: _____

Next Treatment Plan Review to be Conducted by: _____   (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name  *Daniel Castianel* | AIS # 115661 |

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT  (*REVIEW*)

Treatment Plan Reviewed on: 3/17/04    Treatment Plan Initiated on: _____
Institution: BCC1-3    Admitted to Unit on: _____
Level Currently assigned: _____

### CURRENT STATUS

**Problem #1** Delusional thoughts

Target Date for Resolution: _____
Status:    Resolved ☐    No Change ☑    Modified ☐
Outcome/Modification:
Medication compliance    Medication education
Individual discussions

**Problem #2** I/M isn't compliant with meds, because he thinks the medication is press...

Target Date for Resolution: _____
Status:    Resolved ☐    No Change ☑    Modified ☐
Outcome/Modification:
Medication education
Supportive counseling

**Problem #3**

Target Date for Resolution: _____
Status:    Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification:

David I Eastland

### Comments:

Level Change?    Yes ☐    No ☐    New Level: _____

Second Page attached:    Yes ☐    No ☐

Psychiatrist: _____    Psychologist: _____
Mental Health Nurse: _____    Activities Tech: _____
Treatment Coordinator: _____    Correctional Officer Present:    Yes ☐    No ☐
Inmate Agreement: David I Eastland    Date: _____
Next Treatment Plan Review to be Conducted by: _____ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name | David Eastland | AIS # | 11566 |

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT  (*REVIEW*)

Treatment Plan Reviewed on: 3/05/04          Treatment Plan Initiated on: _____
Institution: BCF                             Admitted to Unit on: _____
Level Currently assigned: 3

### CURRENT STATUS

**Problem #1** *I/M isn't compliant with meds he thinks meds are poisoning him*

Target Date for Resolution:
Status:          Resolved ☐     No Change ☒     Modified ☐
Outcome/Modification: *Medication compliance — Individual staff discussion. Medication education*

**Problem #2** *Delusional thoughts*

Target Date for Resolution:
Status:          Resolved ☐     No Change ☐     Modified ☐
Outcome/Modification: *Medication. Refer to psychiatrist when needed*

**Problem #3**

Target Date for Resolution:
Status:          Resolved ☐     No Change ☐     Modified ☐
Outcome/Modification:

Comments:

Level Change?  Yes ☐  No ☐    New Level: _____

Second Page attached:  Yes ☐  No ☐

Psychiatrist: _____   Psychologist: Steve Tuttle, Psy.D.
Mental Health Nurse: _____   Activities Tech: _____
Treatment Coordinator: _____   Correctional Officer Present: Yes ☐ No ☐

Inmate Agreement: _____   Date: _____
Next Treatment Plan Review to be Conducted by: _____   (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

Inmate Name: David Eastland     AIS # 11566

# CHRONIC CARE CLINIC
## NURSING INITIAL EVALUATION / UPDATE

NAME: _Eastland David_   AIS#: _115661_    DOB: ▉▉▉▉▉▉

**1. Problems by Diagnosis or Symptoms** 1. _Potential for infetion- (Active) R/T inadequate Primary defenses_ 2. _____

3. _____   4. _____

**2. Differential diagnosis for symptoms by #** _____

_____

**3. Data supporting diagnosis by #** _1. Positive PPD>10MM  1. History of drug and alcohol abuse (lowered resistance)_

_____

**4. Treatments: (by each therapy write the # of the problem it addresses)** _1. Monitor INH medication compliance 1. Assess for signs and symptoms of active TB_

**5. Alternative treatments for problems by #** _1. Patient education-diet. exercise. stress tolerance._

_____

_____

**6. Diagnostic tests for problems:** _1. CXR each year    1. CXR-sputums x 3 with signs and symptoms of active TB._

_____

_____

_____

**7. Treatments to be avoided in this patient:** _____

_____

**8. Complications to be anticipated:** _Possible active Tuberculosis._

_____

_____

**9. General description of long-term goals for this patient:** _1. Respiratory function adequate to meet individual need. 1. Complications prevented 1. Disease process/prognosis and therapeutic regimen understood._

**10. Follow-up plans and needs:** _____

_Patricia Robbins_ / _Bullock_ / _11_
Clinic Nurse                  Institution                        Date

## PATIENT EDUCATION FOR ISONIAZID (INH) THERAPY

NAME:_____ AIS#:_____ INSTITUTION:_____

**PATIENT CAN DESCRIBE OR EXPLAIN:**

| | DATE: | | | |
|---|---|---|---|---|
| 1. Diagnosis; the need for isoniazid therapy | | | | |
| 2. Symptoms of medication side effects | | | | |
| 3. Need for medication compliance | | | | |
| 4. Effects of smoking on condition | | | | |
| 5. Medical regimen | | | | |
| 6. Importance of medical follow-up | | | | |
| 7. Applicable infection control measures | | | | |

Comments:

_____

_____

_____

_____

_____

# TUBERCULOSIS FACTS −−Exposure to TB

## What is TB?



"TB" is short for a disease called tuberculosis. TB i spread by tiny germs that can float in the air. The TI germs may spray into the air if a person with **TB diseas** of the lungs or throat coughs, shouts, or sneezes. Any one nearby can breathe TB germs into their lungs.

TB germs can live in your body without making you sick This is called **TB infection**. Your immune system trap TB germs with special germ fighters. Your germ fighter keep TB germs from making you sick.



But sometimes, the TB germs can break away. Then the cause **TB disease**. The germs can attack the lungs o other parts of the body. They can go to the kidneys, th brain, or the spine. If people have **TB disease**,     the need medical help. If they don't get help, they can die.

## How was I exposed to TB?

You may have been exposed to TB if you spent time near someone wit **TB disease** of the lungs or throat. You can only get infected by breathin in TB germs that person coughs into the air. You cannot get TB from someone's clothes, drinking glass, handshake, or toilet.

## How do I know if I have TB infection?

If you have been exposed to TB germs, you will be given a TB skin tes If it is "positive," you probably have **TB infection**. If it is "negative," yo may be retested in a few weeks, just to be sure. If you do have **TB infection**, you may need medication.

**(over)**


U. S. DEPARTMENT OF HEALTH & HUMAN SERVICES
Public Health Service
Centers for Disease Control and Prevention (CDC)
Atlanta, Georgia  30333



# exposure to TB - continued



A skin test is the only way to tell if you have **TB infection**. This test is usually done on the arm. A small needle used to put some testing material, called tuberculin, under the skin. In two or three days, a health worker will check to see if there is a reaction to the test. The test is "positive" if a bump about the size of a pencil eraser or bigger appears on your arm. This bump means you probably have **TB infection**.

*U.S. Government Printing Office: 1993 — 737-7

TB is spread when a person with active TB coughs, sings, or speaks and you breathe the air contaminated with TB germs.

**1** 



...he germs reach your lungs. From there they can go to othe parts of your body.

**2** 

Lung

Spine

Kidney

You need to take your medicine to help you get better and to prevent you from spreading the TB germs to others.

**7** 

STOP TB

**3** 

Your body figh... the TB germ

Body Cell

If you don't take medicine, the TB germs may wake up and attack your lungs and other parts of your body. This is called TB DISEASE.

- You feel sick with fever, weight loss or cough.
- You have active TB germs in your body.
- You may give TB to others.

**6** 

**4** 

Usually the germs g to sleep in your bod This is called TB INFECTIO

- You have a positive skin tes
- You don't feel sick.
- You can't give TB to others

**5** 

You can take medicine to keep you from getting active TB.

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES    Public Health Service    CDC

*U.S. GPO: 1999-733-020/86019



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Frank Hall L. Eastland          Uncle
Name                                              Relationship

Street Address                                                              Phone Number

Florence                                   Az

City                                    State                    Zip Code   5/13/04

David L. Eastland

Inmate Signature                  Doc#           S.S.#              Date   5/13/04

Witness                                                                    Date

PHS-MD-70003          (White – Medical Record, Yellow – Active File, Pink – Control Center)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Eastland, David | 115766 | ▅▅▅ | B/m | Bull |

# NAPHCARE
## PERIODIC HEALTH ASSESSMENT

HISTORY – (Nurse)                YES    NO        COMMENTS

Weight Change (>15 lb.)          ____   ____✓    Last weight at least 6 mos.
(Compare Weight Below)                           ago_____
Persistent Cough                 ____   ✓        _____
Chest Pain                       ____   ✓        _____
Blood in Urine or Stool          ____   ✓        _____
Difficult Urination              ____   ✓        _____
Other Illnesses (Details)        ✓      ____     _Mentally ill Asma_ _on open are on butter_
Smoke, Dip or Chew               ____   ✓        _____
ALLERGIES                        ____   ✓        _____

Weight __221__   Temp __97⁴__   Pulse __76__   Resp. __20__   B.P. __140/80__

                                                 72 inches

I.   TESTING – (Nurse)                   RESULTS

Tuberculin Skin Test (q yr.)         Date given _CXR_ Site _CXR_
(chest x-ray if clinical symptoms)   Read on _5-22-03_ Results _Neg_ mm
RPR (q3yrs)                          Date _5-16-03_ Results _NR_
EKG (baseline at 35, over 45 q 3 yrs)      _5-16-03_
Cholesterol (at 35 then q 5 yrs.)          _5-16-03_
Tetanus/Diptheria (q10 years)        Last given _5-1-00_ Due _2010_
If Done Today:                       Site given __ Dose __ Lot # __
Optometry exam (age 50 if not already seen)      _NA_

II.  PHYSICAL       RESULTS

Heart                                _WNL_
Lungs                                _Clear X2_
Breast (q2 yrs. p 30)                Date _NA_ Results_____
Rectal (yearly p50)                  Results _NA_
With Hemoccult                       Results _NA_
Pelvic and PAP (q 1 yr)              Date _NA_ Results_____

Emergency Addressee _Walter Eastland_
Address _326 South Main Florence Al._                Phone# _256 718-1069_
Facility _Bullock_   Nurse Signature _Martha Corbon_     Date _5-16-03_
Physician Signature _Toddly_                            Date _5-16-03_
DOB ████   AGE _44_   RACE _Blk_   SEX _Male_   SSN _____
Inmate Name _Eastland, David_                  AIS # _115661_

NC070

# NAPHCARE

## Assessment of Tuberculin Status
## For PPD Reactors

| In the past year have you experienced: | YES | NO |
|---|---|---|
| Productive cough which has lasted at least 3 weeks? | | ✓ |
| Persistent weight loss without dieting? | | ✓ |
| Persistent low-grade fever? | | ✓ |
| Night sweats? | | ✓ |
| Swollen glands usually in the neck? | | ✓ |
| Coughing up blood? | | ✓ |
| Shortness of breath? | | ✓ |
| Chest pain? | | ✓ |
| Have you been around anyone who has been diagnoses with TB? | | ✓ |

Signature of person completing form ___Martha Jackson___

Date ___5 - 16 - 03___

Any positive responses to above questions requires follow up by designated
physician or public health department

| Inmate Name | AIS | R/S | Location |
|---|---|---|---|
| Eastland, David | 115661 | B/m | Bullock |

NC 087     Assessment of Tuberculin Status

# HEALTH EVALUATION

Eastland David 115601

Age 45  Sex M  Race B  Ht 6'2" Wt 226

| Temp | BP | Pulse | Resp |
|---|---|---|---|
| 97.8 | 146/86 | 84 | 20 |

Do you now or have you ever had, or been treated for:

| Problems | Y | N | Problems | Y | N |
|---|---|---|---|---|---|
| Head Trauma | | ✓ | Kidney Stones/Disease | | ✓ |
| Loss of Consciousness | | ✓ | Bladder/Kidney Infection | | ✓ |
| Severe Headaches | | ✓ | Alcoholism | | ✓ |
| Vertigo/Dizziness | | ✓ | Drug Abuse | | ✓ |
| Vision Problems | | ✓ | Tobacco Use | ✓ | |
| Hearing Problems | | ✓ | Psychiatric Hx | | ✓ |
| Dental Prob./Dentures has several teeth pulled | ✓ | | Suicidal | | ✓ |
| Seizures | | ✓ | Communicable/Contagious | | |
| Strokes | | ✓ | Tuberculosis +PPD | ✓ | |
| Nervous Disorders | | ✓ | HIV/AIDS | | ✓ |
| DT's | | ✓ | Hepatitis- Type | | ✓ |
| Heart Condition | | ✓ | Gonorrhea | | ✓ |
| Angina/Heart Attack M.I. last year | ✓ | | Syphilis | | ✓ |
| High B.P. | ✓ | | Lice; Crabs; Scabies | | ✓ |
| Anemia/Blood | | ✓ | OB/ GYN | | |
| Lung Condition | | ✓ | LMP Date: | | |
| Asthma | | ✓ | Duration: | | |
| Bronchitis | | ✓ | LMP Normal: | | |
| Emphysema | | ✓ | Regularity: | | |
| Pneumonia | | ✓ | Gravida/Para: | | |
| Diabetes | | ✓ | AB/Miscarriage: | | |
| Hay Fever/ Allergies | ✓ | | Contraception: | | |
| Gastritis | | ✓ | Describe: | | |
| Ulcers | | ✓ | LAB Tests- Dates | N | Ab |
| Bleeding | | ✓ | RPR 5/10/03 | | |
| Gall Bladder/Pancreas | | ✓ | PPD- Date given: 5-11-04 | | |
| Liver Problems | | ✓ | RFA/ LFA | | |
| Arthritis | | ✓ | Date read: 5-13-04 | | |
| Joint Muscle Problem | | ✓ | Results in mm: 08 +PPD | | |
| Back/Neck Problem | | ✓ | Deferred/ Follow-up: | | |

| APPRAISAL | N | Abn/Comment |
|---|---|---|
| Screening Observation | ☐ | Check items below & initial |
| General Movement, Deformity, Pain, Bleeding | ☑ | WNL |
| Habitus, Hygiene | | |
| Neuro Mental Status, Intox Withdrawal, Tremors | ☑ | WNL |
| Neuro-deficits | | |
| Skin Injury, Bruises, Trauma Jaundice Diaphoretic, Rash Lesions, Infestations Needle Marks Color, Turgor | ☑ | WNL |
| Head Normocephalic Atraumatic Hair, Scalp | ☑ | WNL |
| Eyes Glasses/ Vision Pupils Sclera, Conjunctiva | ☑ | WNL |
| Ears Appearance Canals, TMs, Hearing | ☑ | WNL |
| Nose Epistaxis, Sinuses | ☑ | WNL |
| Throat Teeth, Gums, Dentures Mouth, Tongue, Tonsils Airway | ☑ | WNL |
| Neck C Spine, Mobility Veins, Carotids Thyroid, Lymph Nodes | ☑ | WNL |
| Chest Config. Ausc./ Resp. Cough/ Sputum (Breasts) Masses | ☑ | WNL |
| Heart Ausc. Rate, Rhythm Murmurs, Ectopy | ☑ | WNL |
| Abdomen Bowel Sounds Palp, GR/T, Hernia | ☑ | WNL |
| GU Flank Tenderness Bladder Tenderness /Distention | ☑ | WNL |
| Back ROM, Spasm, Injury | ☑ | WNL |
| Extrem Edema, Pulse Cyanosis- ROM, Injury | ☑ | WNL |
| Genitals Injuries/ Lesions | | WNL |

Pelvic/Pap   Deferred ☐
Rectal/ Gulac   Deferred ☑

Duty Status # 1

xmments:

Placement: (X) General Population  ( ) Emergency Dept.  ( ) Isolation  ( ) Medical Observation  ( ) Other: ___
Referral: ( ) Medical  ( ) Dental  ( ) Mental Health  ( ) Other ___  When: ( ) Immediately  ( ) Next Sick Call

Screener's Signature _____ RN   5/13/04   Evaluator's Signature/ Title _____   Date/ Time

# Alabama Department of Corrections
## Psychiatric Progress Note

| DATE: 6/23/05 | | TIME: | | | Today vs Before |
|---|---|---|---|---|---|
| Target Symptoms | | Behavioral Rating Scale  0=No problem 5= worst | | | ↗ |
| Psychosis | | | | | ↓ |
| Med cmpls | | | | | |
| | | | | | |
| | | | | | |
| Medications: Depakote, Haldol | | | | | Informed Consent |
| Compliance:    Inmate report _____ % vs MAR _____ % | | | | | |

In addition to the information in the tables above and below, then inmate-patient:

| S | Tells 14 Nir say Blvd of 14 tbs no |
|---|---|
| Side effects?    -3 | |
| O | Pt. Vg Delusnl + plls |
| | |

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | Delusions |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | |
| Aggressive | | ✓ | |
| Seriously Impulsive | | ✓ | |
| Situational Upset | | ✓ | |

| Lab info:    Labs Orderd_____    Labs Reviewed_____    AIMS ?_____ |
|---|

ASSESSMENT/Diagnosis (DSM-IV): Schizophr - CUT.

Plan: - Schedule for Finen Paul 1ke/

Return to clinic: _____    Print last Name: Sanders    Sign ____

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| EASTLAND, DAVID | 115661 | 47 | B | SMC | BCCR |

ADOC Form 61 P

## MHM Correctional Services
## Dr. Bill Sanders

# Alabama Department of Corrections
## Psychiatric Progress Note

| DATE: 6/13/05 | TIME: Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| **Target Symptoms** | | |
| AH | | Bai |
| med Complian | | Poor |
| Delusi Thk | | 4 |
| Disorganiz Tht | | 4-5 |
| **Medications:** Depak 500 BID, Haldol Dec 200 q 3 wks  Haldol 20 q PO | | **Informed Consent** |
| **Compliance:** Inmate report __% vs MAR __3__% | | ya |

In addition to the information in the tables above and below, then inmate-patient:

**S** Pt. unable to catch what meds he takes — Very Delus abt meds

**Side effects?** = Pain Compl. minimal EPS

**O** Pt. disorganiz, delusnl & agpressn

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | |
| Aggressive | | ✓ | |
| Seriously Impulsive | | | |
| Situational Upset | | ✓ | |

Lab info: Labs Orderd_____ Labs Reviewed_____ AIMS ?_____

**ASSESSMENT/Diagnosis (DSM-IV):** Schizph. CUT Severe vs Manafter

**Plan:** Cont Rx. Encrge to Tch meds

Return to clinic:_____ Print last Name: Stapps  Sign_____

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| BATMAN, DAVID | 115661 | 47 | B | SmD | BCCF |

ADOC Form 61 P

MHM Correctional Services
Dr. Bill Sanders

# Alabama Department of Corrections
## Psychiatric Progress Note

| DATE: 5/19/05 | | TIME: | | Today vs Before |
|---|---|---|---|---|
| Target Symptoms | | Behavioral Rating Scale  0=No problem 5= worst | | |
| | Aud. hall. | | | 3 |
| | Med. Compliance | | | 3 |
| | Delusions | | | 3 |
| | Disorganized thought | | | 3 |

Medications: _Haldol Dec 200, 1mg 3x/d Haldol 30 g/hs_    Informed Consent

Compliance: Inmate report _Somewhat_ vs MAR _____%

In addition to the information in the tables above and below, then inmate-patient:

**S** "I take these pills when I think I need them" (oral Haldol), _somewhat compliant. Difficult interview 2° disorganization_
Side effects? _unremarkable thold._

**O** _Alert + NAD. Speech polite + mildly rambling. affect + wide range, mood slightly elevated. Denies SI/HI/avg. thought markedly disorganized, tone pleasant. sensorium clear._

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

Lab info: _____ Labs Orderd _____ Labs Reviewed _____ AIMS ? _____

**A** SSESSMENT/Diagnosis (DSM-IV): _Schizophrenia_

**Plan** ① cont meds as above ② trial of VPA for mood ③ re-appt. 1 month prn ④ compliance issues discussed ⑤ +lab work per mo.

Return to clinic: _____ Print last Name: _____ Sign _William Chitwood, MD_

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Eastland David | 115661 | 47 | Bu | B4F | Bcs |

ADOC Form 61 P

## William Chitwood, MD

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 4/14/05 | | TIME: | |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before |
| A H. | | | 0-3 |
| faed Cople. | | | ? |
| Delun: | | | ? |
| Disorganized Thg | | | 2-4 |

| Medications: RX  HALDOL D. 200 + HALDOL only. 20 | | Informed Consent |
|---|---|---|
| Compliance:   Inmate report _____ % vs MAR _____ % | | 4 |

In addition to the information in the tables above and below, then inmate-patient:

**S**   Pt. states he will take his pills if he go back
to 3 hrs in The Shit

**Side effects:** 0

**0**   Pt. not as psychotic as before. ( 5 → 2 )

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**ASSESSMENT/Diagnosis (DSM-IV)**   Schz.

**PLAN:** Cont Haldol D 200 q 3hrs + Strt Haldol Deca
20 q gl. — Pt. provides cople

Return to clinic: _____     Print Last Name: Sanders     Sign: [signature]

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| EASTLAND, DAVID | 115611 | 47 | Bm | Sm P | BCCF |
| Disposition: Medical File | | | | | |

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

MHM Correctional Services
Dr. Bill Sanders

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE; 3/14/05    TIME: 9 30

| Target Symptoms | Behavioral Rating Scale   0=No problem  5= worst | Today vs Before |
|---|---|---|
| A.H. | | 3 - 0 |
| med non-cogln | | 5 - |
| Delusn | | 4 - 1 |
| Disorg'd | | 4 - 01 |

| Medications: HALDOL D. HALDOR | Informed Consent |
|---|---|
| Compliance:  Inmate report ___  ? ___ % vs MAR  50% 8% | _____ |

In addition to the information in the tables above and below, then inmate-patient:

**S**  Pt. is psychot. Talk. abt. Aget. rings at.

Side effects:  0

**O**  Pt. is de Pment, Disorg'd + blunt.

Not Tkg out meds

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ✓ | Delusn, Psuvr, Disorg'd |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

Lab info:    Labs Ordered:_____  Labs Reviewed:_____  AIMS:?_____

**ASSESSMENT**/Diagnosis (DSM-IV)   Schz.

**PLAN:**  Alr out meds p Haldol D 20mg q 3 w

Return to clinic:_____  Print Last Name: Smiley  Sign: LS

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Eastland, David | 115661 | 47 | Bm | Sm P | Bccn |

Disposition: Medical File

MHM Correctional Services    ADOC AR  632, 633, 623,615
Dr. Bill Sanders    ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 7/22/05 | TIME: 725 | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale   0=No problem  5= worst | Today vs Before |
| A-H | | 0 |
| Grossly Disorganized | | 1 — 4 |
| Delusional — Paranoid | | 0 |
| | | |
| | | |
| Medications: Haldol - Benadryl | | Informed Consent |
| Compliance: Inmate report 100 % vs MAR ___ % | | Yes |

In addition to the information in the tables above and below, then inmate-patient:

**S** _in OC._

Side effects:  0

**O**  Pt is better th[an] I've ever seen him. Hair
clean, appropriate, calm & organized

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)   Schizo. paranoid Type.

**P**LAN:   No C/I, Check on copies but not compliant c
Oral Haldol - D/C & use shot only.

| Return to clinic: 90 D | Print Last Name: Snodes | Sign: ___ |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Eastland, David | 115161 | 46 | Bm | SMTP | BCCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

# Alabama Department of Corrections
## Psychiatric Progress Note

| DATE: | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale   0=No problem  5= worst | Today vs Before |
| Pts BLAT a T g Psycliter | | 5 |
| Refusing oral meds. | | 5 |
| Delusion | | 5 |
| IRRITION | | 5 |
| No INSIGHT | | 5 |

**Medications:** Haldol D. 200 LM-eq 3m.
0 orally

**Compliance:**   Inmate report _____ % vs MAR _____ %

**Informed Consent**

In addition to the information in the tables above and below, then inmate-patient:

**S**   I asked to be off meds

Side effects?

**O** – BLATatg pgdts.
no INSIGHT

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

Lab info:        Labs Orderd_____   Labs Reviewed_____   AIMS ?_____

**A**SSESSMENT/Diagnosis (DSM-IV):   Schizophrenia

**P**lan:   1 P it Refuses this Stll (next) will
Neul eithe Inj & SV or Forced pr

Return to clinic: 2/22/05  Print last Name: Sanders  Sign _____

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| EASTLAND, DAVID | 115661 | 46 | BM | SMD | BCCF |

ADOC Form 61 P

MHM Correctional Services
Dr. Bill Sanders

# Monthly Activities

Date: _____5_____ / _30_ / 2005

Inmate Name: __David Eastland_____     AIS# __115661_____

Was offered the following recreational activities during the month of: _May 05_

**Gospel, Book Club, Creative Writing, Reality Orientation, Music Therapy, Movies, Therapeutic Animation, Schizophrenia, ADL, Social Activities, Effective Communication, Med Education, Primary Social Skills, Therapeutic Art (Puzzles), Anger Management, Self Expression, Western, Conflict Resolution, Depression, Anger/Stress, Current Events, Sleep, Concept, Open Recreation, Mental Stimulation, Bingo, Mental Health Education.**

His level of participation was generally (**active/marginal/reluctant/resistant/refused**) to participant in the previously mentioned group(s). This is (**consistent/inconsistent**) with his use of recreational services to date. Affect was generally (**angry/hostile/animated/ blunt/euthymic/flat/inappropriate/neutral/sad**). Mood appeared (**angry/sad/neutral/ euthymic/depressed/surly/belligerent/indifferent**). Hygiene was (**good/WNL/poor**). Inmate was generally (**on time/late**). General appearance was (**neat/WNL/disheveled/ shabby**). Speech was generally (**clear/mumbling/slurred/unintelligible**). Interpersonal interactions were generally (**relevant/irrelevant/insightful/superficial/confrontational/ indifferent/no interaction**).

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation (**will be/has been**) communicated to his treatment team.

_(signature)_
Signature

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Eastland, David II_

AIS #: _115661_ LOCATION: _BCCF_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Haldol | 20mg QPM | ✓ | |

---

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance: ✓
Explanation:

"I just started taking it again this week" "I did quite taking for a couple of days."

Reported by: _Ashley Schaule LPN_ Date: _4/29/05_

**MENTAL HEALTH NURSE FOLLOW-UP:**
Instructed Im to:
ⓐ Attend all pill calls.
ⓑ take meds at regular times to avoid possible set backs in mental illness.
ⓒ Don't stop meds whenever he feels like it, must take the consistantly to be effective.

Follow-Up by: _Ashley Schaule LPN_ Date: _4/29/05_

**PSYCHIATRIC REVIEW/PLAN:**

---

Follow-Up by: Date: _5/5/05_

| Inmate Name _Eastland, David_ | AIS # _115661_ |
|---|---|

DOC Form #458-01

AR 458 – August 30, 2001

BAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Eastland, DAVID_          AIS #: _115601_

INSTITUTION: _BCCF_                     LOCATION: _INPt_

### PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|------------|--------|-----------|-----------|
| Benadyl | 50mg | BID | 3/9/05 |

**PROBLEM REPORTED:**

Side effects:_____  Medication-Related Problem:_____  Non-Compliance: ✓

Explanation: _missed 30mg 3 doses in PM_

_I dont need the medicine. It makes me to sleepy_

Reported by: _Mary Sappla_          Date: _3/10/05_

**MENTAL HEALTH NURSE FOLLOW-UP:**

① Benadyl order ran out 3/10/05

② Inmate repeatedly states been non compliant c Benadyl.

③ Continue to monitor compliance by checking MAR

Follow-Up by: _Mary Sappla_          Date: _3/11/05_

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: _____          Date: _3/14/05_

| Inmate Name | AIS # |
|-------------|-------|
| Eastland DAVID | 115601 |

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/26/05 | | Bi-weekly Contact / Tx Plan Rev. (S) "I'm doing alright" P/m reports that he is not having any problems at the present time. Denies A/V Hallucinations and reports that he is incompliance ē Meds. (O) 46 yo B/m, polite, Oriented cooperative. Rambling in speech. (A) Pt #1 — Stable, Pt #2 Stable. (P) F/U x 2wks Monitor S/m's Mental Stability and Meds Compliance. ———— | J. Gordon, MS, MHP |
| 6/9/05 | 11:30 am | Bi-weekly Individual Contact (S) "Aint nothing happening, I was on my way to the infirmary." P/m reports that he is not having any problems. Denies A/V Hallucination, denies paranoid thoughts (O) 46 yo B/m, Alert, Oriented and rational. (A) Pt #1 / Pt #2 Stable (P) F/U x 2 wks, monitor Mental Stability and Meds Compliance. ———— | J. Gordon, MS, MHP |
| 6/21/05 | | Bi-weekly Contact / Tx Plan Review (S) "I'm pretty good". P/m denies any problems at the present time. Denies A/V Hallucination. Denies paranoid thoughts (O) 46 yo B/m, Alert, Oriented and cooperative. Personal hygiene is an improvement / Haircut and Shaved. (A) Pt #1 Stable Pt #2 Stable (P) F/U x 2 wks, monitor Mental Stability and Meds Compliance. — | J. Gordon, MS, MHP |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115661 | 46 | B/m | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/27/05 (continued) | 3:14 pm | Cooperative, alert, not coherent. Rambling speech. A - Inmate appears stable at this time but could be doing much better. P - Continue to monitor + follow-up on Inmate's stability | J.S. Scott, MS-M_ |
| 5-3-05 | 730 Am | S In O'Kay. You remember me Q Alert oriented very talkative A Stable @ this time P Haldol D 100 mg 1m given next inj. to be given a 5-17-05 Vikippin LPN | |
| 5/11/05 | | Bi-weekly Contact S "I feel pretty good, I got going home on my mind" you will see me next week, another Men will be talking to you next time but it will be me" I/m reports that he is not hearing any voices and he is taking his meds O 46 yo B/m Hygiene poor, polite, coherent A P#1 not hearing voices As reported by the I/m. P#2 I/m reports he is taking his meds! Appears somewhat stable. P F/u X 2weeks Monitor I/m's Mental Status and Meds. J Goden, MS, MHP | |
| 5/24/05 | 0730 | S - No complaints voiced O - Alert & oriented X 3. No S/S of EPS noted. A - Stable weight 219 lbs. P - Haldol Dec 200 mg given IM, next injection 6/14/05. L. Andrews LPN | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115661 | 46 | B/m | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/4/05 (Continued) | 3:48 p.m. | speech was unclear and was not alert. A - Inmate appears stable although he was poor in appearance and speaking disorganized. Inmate could be doing much better. P - Continue to monitor Inmate and follow-up on Inmate's stability in two weeks. | J. S. ____, MS-MHP |
| 4-8-05 | 2032 | S: Ø complaints voiced "O: 46 year old b/m c̄ coherent verbal. Ø s/sof auditory hallucination voiced or noted. A: Appears stable @ present time P: Will continue c̄ current tx plan | Florence ____ |
| 4/12/05 | 0730 | S - Ø Complaint O - Inmate c̄ s/s of EPS A - Stable/wt 212 lbs P - prolixin Haldol 200 mg given Im next inj in 2 wks - 4/26/05. | E. Smith L |
| 4/26/05 | 6730 | Due q̄3 wks - 5/03/05 | Blum |
| 4/27/05 (follow-up) | 3:14 p.m. | S - Inmate, Eastland, met with MHP Scott and MHP Gooden on this date for the purpose of a follow-up and introduction to his new counselor. Inmate expressed that he was feeling "up and down." When asked exactly what did that mean, Inmate began rambling about nothing. No negative signs or symptoms were reported at this time. O - black male / 46 yrs. old; polite | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115661 | 46 | B/m | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/5/05 | 0730 | S- Ø complaints<br>O- Inmate's S/S of EPS<br>A-Stable / wt 212 / lb<br>P- Haldol 200mg given IM,<br>Next inj in 2 wks - 3/29/05 | RGlennLPN |
| 3/22/05 | 1830 | S - NO compliant<br>O- Inmate need some<br>one to direct him to take<br>baths bathes and to wear<br>clean clothes. Some loose<br>associations of speech<br>noted. Denies hearing any<br>voices. No depression noted.<br>A-Clinically stable.<br>P-Continue present plan<br>of tx. Follow-up q3weeks | L Tyan LPN |
| 3/29/05 | 0730 | S- Ø complaints<br>O-Inmate smiling et talkative;<br>No S/S of EPS<br>A-Stable / wt 213 lb<br>P- Haldol Dec. 200mg given IM,<br>Next inj in 2 wks - 4/12/05 | RGlennLPN |
| 04/4/05<br>(monthly)<br>(contact) | 3:48 p.m. | S- Inmate Eastland met with MHP<br>Scott on this date for the purpose of<br>individual counseling. Inmate expressed<br>that he was "not doing so good."<br>Inmate continued by stating that<br>"I'm obtain the person you talk<br>to last week" is dead." Referring to<br>himself as "the inside", also. No<br>depression or hallucinations<br>were reported by Inmate.<br>O- black male; poor in appearance,<br>appeared tired; very delusional, | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115661 | | B/m | BCCF |

F-61

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Eastland Davis_    2/28 - 3/6/05

AIS #: _115601_    LOCATION: _BCCF inpatient 9-34_

## PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Benadryl | 50 mg | BID | 3/9/05 |

---

**PROBLEM REPORTED:**

Side effects: _____  Medication-Related Problem: _____  Non-Compliance: ✔

Explanation: _Missed 7 out of 14 doses_

_the medicine is to strong. It makes me sleepy. I don't work in_

Reported by: _Mona Sloss, LPN_    Date: _3/6/05_

**MENTAL HEALTH NURSE FOLLOW-UP:**

① This is a regular noncompliant inmate with his Benadryl.

② Importance being 100% compliant with meds stressed

③ Come to pressable pill call & take all prescribed meds

④ Have inmate talk with MHP

⑤ Continue to monitor for compliance with all meds

Follow-Up by: _Mona Sloss, LPN_    Date: _3/7/05_

**PSYCHIATRIC REVIEW/PLAN:**

---

Follow-Up by:    Date: _3/8/05_

| Inmate Name | AIS # |
|---|---|
| Eastland David | 115.601 |

DOC Form #458-01

AR 458 – August 30, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

2/21)-27)

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Eastland, David_

AIS #: _115001_                    LOCATION: _BCCF 9-34 D_

## PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

**Medication**                 **Dosage**         **Frequency**        **Stop Date** ___
Benadryl                    50mg BID          1 out q 14

---

**PROBLEM REPORTED:**
   Side effects:____ Medication-Related Problem:____ Non-Compliance:____
Explanation:   I Dont want to take the Benadry
            I told DR Sanders to take me off of it

Reported by: _Maux Slagal W_                    Date: _3/1/05_

**MENTAL HEALTH NURSE FOLLOW-UP:**
① Refer to DR Sanders ASAP

Follow-Up by: _Maux Slagal W_                    Date: _3/4/05_

**PSYCHIATRIC REVIEW/PLAN:**

---

Follow-Up by:                              Date: _3/4/05_

| Inmate Name _Eastland, David_ | AIS # _115001_ |

DOC Form #458-01

3 of 4

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2-9-05 | | S "I want to know about getting out of here right now" | |
| | | O Rev of problems. ① Voices are obviously current - ② Paranoia still current | |
| | | A Functioning OK but very unpredictable | |
| | | P will follow closely | A EEC |
| 2/18/05 | | Note To Chart | |
| | | IM seen @ request of ADoc. IM reports sleeping during day + unwilling to discuss taking night meds to help or to become more active during day. MHP also informed IM of need to take bath (also shared issue a Lt. Stephens) + to properly discard clothing. IM listened but didn't agree to change pattern. MHP to share a assigned MHP | B. Fell ms |
| 2/22/05 | 0730 | S- Ø complaints | |
| | | O- Inmate alert, talkative. Ø S/S of EPS | |
| | | A- Stable Lwt 207 lbs | |
| | | P- Haldol Dec 200mg given IM | |
| | | Next inj in 3 wks - 3/15/05 | B Parrish Dr EEC |
| 2/24/05 | | N/No Show | Dr EEC |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|-----------------------------------------|------|-----|-----|----------|
| Eastland, David | 115 661 | | B/M | BdCF |

F-61

# Monthly Activities

Date: _____2_____ / _11_ / 2005

Inmate Name: _David Eastland_____ AIS# _115661_____

Was offered the following recreational activities during the month of: _February 05_

**Gospel, Book Club, Creative Writing, Reality Orientation, Music Therapy, Movies, Therapeutic Animation, Schizophrenia, ADL, Social Activities, Effective Communication, Med Education, Primary Social Skills, Therapeutic Art (Puzzles), Anger Management, Self Expression, Western, Conflict Resolution, Depression, Anger/Stress, Current Events, Sleep, Concept, Open Recreation, Mental Stimulation, Bingo, Mental Health Education.**

His level of participation was generally (active/~~marginal/reluctant~~/resistant/refused) to participant in the previously mentioned group(s). This is (~~consistent~~/inconsistent) with his use of recreational services to date. Affect was generally (~~angry~~/hostile/~~animated~~/ blunt/euthymic/~~flat/inappropriate~~/neutral/sad). Mood appeared (~~angry~~/sad/neutral/ euthymic/~~depressed~~/surly/belligerent/indifferent). Hygiene was (good/~~WNL/poor~~). Inmate was generally (on ~~time/late~~). General appearance was (neat/~~WNL/disheveled/~~ shabby). Speech was generally (clear/mumbling/~~slurred~~/~~unintelligible~~). Interpersonal interactions were generally (~~relevant~~/irrelevant/insightful/superficial/confrontational/ indifferent/no interaction).

Comments:_____

_____

_____

_____

~~Therapeutic services will continue to be offered on a regular basis. His level of~~ participation (will be/has been) communicated to his treatment team.

_signature_

Signature

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Eastland, David_   AIS #: _115601_
INSTITUTION: _BCCF_      LOCATION: _Inpatient_

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|------------|--------|-----------|-----------|
| HALDOL | 200mg | ⍉HS | |

PROBLEM REPORTED:
Side effects: _____ Medication-Related Problem: _____ Non-Compliance: ✓
Explanation: Missed a Refusal 10 outg 10 dose Between 1/1 + 1/10/05
I am Discontinuing it, I need Psychiatric treatment
I need to go to taylor HARDIN

Reported by: _M S Oppel LPN_      Date: _1/12/05_

MENTAL HEALTH NURSE FOLLOW-UP:
① Instructed Patient to come to all Prescribed Pill Calls
② check MAR for Compliance
③ Refer to MHP For Suggestions

Follow-Up by: _Mary Sloyd LPN_      Date: _1/12/05_

PSYCHIATRIC REVIEW/PLAN:



Follow-Up by: _____      Date: _1/17/05_

| Inmate Name | AIS # |
|-------------|-------|
| EASTLAND, DAVID | 115601 |

# Monthly Activities

Date: _1.5.05_

IM Name: _David Eastland_ AIS#: _115661_

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1/18/05 | 2045 | S "I am alright." | |
| | | O ~ Inmate incoherent, most of the time totally out of reality, has numerous medical problems. Hygeine is poor, has been brought to the infirmary for baths. Q hallucination, Q voices, has thought disorder. | |
| | | A - unstable | |
| | | P - Will encouraged to take frequently baths. Encouraged to take medication. Follow-up Q 3 weeks. ———→ Emerline Tyson LPN | |
| 1.26.05 | | O "I'm never coming up here again" "I don't trust any of you" "Sir fuck you" | |
| | | @ Ren — af problem @ Vemi — Taking state but still putting by Vemi (doesn't want help) | |
| | | Q Phronson definitely a problem | |
| | | A Unstable Currently - Angry | |
| | | P will continue to follow ———→ | DESC |
| 2/01/05 | 0730 | S - ø complaints | |
| | | O - Inmate talkative et s s/s of EPS | |
| | | A Stable/wt 217 lbs | |
| | | P - Haldol Dec 200mg given IM. Next inj in 3wks - 2/22/05 [signature] | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115661 | 48 | B/M | Bccf |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

24-30th

## PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: EASTLAND DAVID _____ AIS #: 115601

INSTITUTION: BCCF _____ LOCATION: INPatient D9-34

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Benadryl | 50 mg | BID | 3/9/06 |

**PROBLEM REPORTED:**
Side effects: _____ Medication-Related Problem: _____ Non-Compliance: ✓
Explanation: missed 14 doses betw 1/24 + 1/30/05
I dont want to take that Benadryl

Reported by: Mau Slaughter   Date: 1/30/05

**MENTAL HEALTH NURSE FOLLOW-UP:**
Refer to DR Gordon
① Importance of taking medication stressed to inmate
② Continue to monitor compliance goal

Follow-Up by: Mau Slaughter   Date: 1/30/05

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: _____   Date: 2/2/05

| Inmate Name | AIS # |
|---|---|
| Eastland David | 115601 |

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES
### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Eastland DAVID_   AIS #: _115601_

INSTITUTION: _BCCF_   LOCATION: _In Patient B9-34_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Benley 2ea | 50 mg | BID | 3/9/06 |
| HALDOL 20 mg | 20 mg | HS | 3/9/06 |

**PROBLEM REPORTED:**

Side effects: ___ Medication Related Problem: ___ Non-Compliance: ✓

Explanation: 1 1/17-23 missed all Doses Benleyl
2 1/17-23 miss 8 evts 8 Dose HALDOL

Reported by: _Mary Stone LPN_   Date: _1/24/05_

**MENTAL HEALTH NURSE FOLLOW-UP:**

① Check MHRs for compliance
② Come to all Prescribed Pill Calls

Follow-Up by: _Mary Stone LPN_   Date: _1/24/05_

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: ___   Date: _1/26/05_

| Inmate Name | AIS # |
|---|---|
| Eastland DAVID | 115601 |