# INTERDISCIPLINARY PROGRESS

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2/7/05 | 2215 | S "I Am alright Nurse." I need some salve to go on my behind." O-INMATE alert sometimes, but is totally out of Reality most of the time. Denies hearing any voices. No depression. # Clinically stable. # Will continue present treatment plan. | E Tyson LPN |
| 3/23/05 | 1825 | S – No Compliant. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115661 | 46 | B/m | BCF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

10-16

## PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Eastland, David          AIS #: 115601      B/M

INSTITUTION: BCCF                     LOCATION: Infirmary D9-34

### PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Benadryl 50mg PO BID | | BID | 3/9/05 |
| Haldol 20 M | | HS | 3/9/05 |

### PROBLEM REPORTED:

Side effects: _____   Medication-Related Problem: _____   Non-Compliance: ✓

Explanation: missed 11-16 total 12 doses Bendy
miss 11-18 - tody #7 doses
I Don't wont the Bendryl I dont need it

Reported by: _____     Date: 1/17/05

### MENTAL HEALTH NURSE FOLLOW-UP:

① Come to Pill calls as scheduled.
② Follow up on compliance By checking MAR
③ Report any Future Bouts of Non Compliance.

Follow-Up by: _____     Date: 1/17/05

### PSYCHIATRIC REVIEW/PLAN:




Follow-Up by: _____     Date: 1/19/05

| Inmate Name | AIS # |
|---|---|
| EASTLAND, DAVID | 115601 |

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

01/07/04   1350   Ⓢ Pt called to infirmary 2° to his refusal of meds, last PM.

"shot book" shows wt loss of (19) pounds in last (10) months #235↓ #216

"I volunteered to take that medicine, so I am taking myself off that medicine"

Repeats familiar delusions about him being a cyclopse and having a horn growing from his forehead, Insist that "This is normal for me." Ⓞ intent for violence against self or others.

Ⓞ Polite

Appears to be losing weight over time clothes wrinkled, a bit dirty

Ⓐ Schiz – PT
persistent delusions
Ø acute threat to self or others

Ⓟ Will get next dec shot on 01/14/05
Will fu ō pt next week

1/11/05   0730am   S- Ø Complaints
O- Inmate stable POLITE 50/5ERS
A- Stable Wt. 214 lb
P- Haldol Dec 200mg IM Rt Deltoid
next inject due 02/01/05 ——— JStringer L

1-14-05   Ⓢ Patient presents but seems angry he say "I'm alright". Ⓞ

Ⓞ Seems Ⓞ Patient say he's hearing voices but would not take pills but will take shot.
Ⓞ Paranoia current and displayed.
Ⓐ Not doing well – agitated angry
Ⓟ will continue to follow —— Dr EEC

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115061 | 46 | BM | BCCF |

F-61

## RDISCIPLINARY PROGRESS ... S

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12/22/04 | 2100 | S: I am losing my mind. I am not taking my medicine Because I'm pissed. I want to go to TAYLOR HARDIN. | |
| | | O: Told her for m/H VISIT to Nurse. Is not refuses all meds & is NON Compliant. | |
| | | A: MS NON Compliant & refuses | |
| | | P: Continue present M/H Treatment plan. Will make meds visit Dr Sondra assign. | |
| | | G: See in AM of 12/23/04 — [signature] | |
| 12/23/14 | | S: "I want a new counselor!" | |
| | | O: I'm dissatisfied, wanting a new counselor b/c "mine is prejudice". Also reports non-compliance i meds b/c "I voluntarily went on them now I want off". I'm left session @ this time — | |
| | | A: Uncooperative, poor insight, mildly belligerent | |
| | | P: Will share i ADm staff and assigned MHP — B. Sell, MS | |
| 12.27.04 | | S: Patient i numerous (unrelated to MH) complaints | |
| | | O: Report a problem @ home. Denied at present time. Cannot believe inmate | |
| | | O: Paranoia current by display | |
| | | A: Not Stable. Moods shift | |
| | | P: Will continue to follow — A.E.E. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| EASTLAND, DAVID | 115661 | [redacted] | B/m | BCCF |

F-61

**DISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 12/10/04 | 1000 | (S) Pt reports "too much haldol in my blood" Wants off pills — agrees to T shot | |
| rec'd (3) | | Actually, wants off all meds but agrees to step pills for him | |
| verbal | | (O) Psychotic, paranoid, rapid speech | |
| referrals a | | (A) schiz | |
| this pt plus | | Psychotic — this is an ongoing state | |
| bad chart as | | (P) Will stop PO meds over the weekend to avoid confrontation c nursing | |
| night shift | | Dr Sanders can evaluate Monday as I do not think Mr Eastland is a threat to self or others | |
| | | A. Welch CRNP | |
| | 11/13/04 | S) Pt not toll of his meds in ___ for ___ of schizo. Haldol IM | |
| | | O) Very psychotic | |
| | | A) Sch. | |
| | | P) Start Haldol IM 200g Tomor. | |
| 12/21/04 | 0730 | S- ∅ complaints O- Inmate alert a s/s of EPS A- Stable / wt 316 lbs P- Haldol Dec 200mg given IM Next inj in 3 wks — 1/11/05 | Glenn RN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 145661 | 46 | BM | BCCF |

F-61

# Monthly Activities

Date: _10·6·04_

IM Name: _David Eastland_    AIS#: _115661_

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo.

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/Indifferent/no interaction*.

Comments:_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/30/04 | 0950 | ③ Doesn't want to continue any oral meds but agrees to ↑ shot. Denies any hx of 'side effects' — doesn't need benadryl or cogentin. | |
| | | Ⓞ Loud, difficult to reason w. 41 | |
| | | Ⓐ Schizophrenia | |
| | | Ⓟ Thiodine dec SC PO meds PRN 2wks     MW ob/cmp | |
| 12/07/04 | 1700 | S - Ø complaints D - Inmate ⊖ s/s of EPS A - Stable / wt 220 lbs P - Haldol Dec. 150mg given IM. Next inj in 2wk - 12/21/04     Glenn VN | |
| 12/8/04 | | S) I need See Beuelfs | |
| | | O) Vez frighten. not sociable & Causly. — No insight | |
| | | A) S/. | |
| | | P) ↑ meds . | |

MHM Correctional Services
Dr. Bill Sanders

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---------------------------------------|------|-----|-----|----------|
| Eastland, David | 115661 | 45 | BM | Kef |

F-61

# Monthly Activities

Date: _11·17·04_

IM Name: _David Eastland_    AIS#: _173661_

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments:_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10/21/04 | 20¹⁰ | S - The benadryl makes me to sleepy the next day I can't get up the next day. O- Inmate alert et oriented, skin w/d to touch, color adequate, respirations regular & easel A- Medication needs to be adjusted P) Will continue to monitor et record findings. ② Refer to Dr. Sanders— | Mary Scott LPN |
| 11/09/04 | 0730 | S- "Why I have to take shots every two weeks, I don't need no shot every two weeks! I'll take it then!" O- Inmate alert et slightly hostile. Cooperative. No s/s of EPS A- AMS P- Haldol Dec 100mg given IM. Next inj in 2wks - 11/23/04 - BKennith | |
| | 11/15/04 | S) Dr Celipt O) Very Persistit to Phy meds. P) must cont'd c 1m meds. - full q 2 hrs. MHM Correctional Services Dr. Bill Sanders | |
| 11/23/04 | 0730 | S- "I'm taking too much medicine for my system" O- Inmate talkative, rapid speech, Cooperative. A- AMS / wt 225 lbs P- Haldol Dec 100mg given IM. Next inj in 2wks - 12/07/04 - BKennith | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland David | 115661 | | B/M | BCCF |

F-61

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: Eastland, David

AIS #: 115661          LOCATION:

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|------------|--------|-----------|-----------|
| Benadryl | | Bid | |
| Haldol | 20mg | | |

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance:____✓
Explanation:

IM has missed 9AM doses + 6pm doses of Benadryl And 2pm doses of Haldol. Inmate stated that the benadryl makes him to sleepy the next day "I cant get up."

Reported by: Mary Scott LPN          Date: 10/18

**MENTAL HEALTH NURSE FOLLOW-UP:**

IM counseled on medication non compliance the problems and side effects that could occur from not taking medication. Refer IM to Dr Sanders placed on Dr. Sanders list.

Follow-Up by: Mary Scott LPN          Date: 10/21/04

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: _____          Date: 10/21/04

| Inmate Name | AIS # |
|-------------|-------|
| Eastland David | 115661 |

DOC Form #

AR 458 – August 30,

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Eastland David_

AIS #: _11566_ LOCATION: _Dorm 3_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Benadryl | 50 mg | Bid | |
| Haldol | 20 mg | Bid | |

**PROBLEM REPORTED:**
Side effects:        Medication Related Problem:        Non-Compliance:
Explanation:

I'M Not Not of his meds at Amia PM dose
or his haldol H/X
I'M stats he will Not take his Benadryl
or his haldol Pill

Reported by: _K Calzan (RN)_        Date: _10/19/04_

**MENTAL HEALTH NURSE FOLLOW-UP:**

I'M Counsele Importance of med complian. I'M say
to take the med. He stats I'm gh I'll
be Sadly next week Someone is going to cut
My throat.

Follow-Up by: _K Calzan_        Date: _10/19/_

**PSYCHIATRIC REVIEW W/PLAN:**

Pt. is chronically uncooperative +
Noncomplient

Follow-Up by: _____        Date: _____

| Inmate Name | AIS # |
|---|---|
| Eastland David | 11566 |

## DISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10.18.04 | | Patient states he doesn't understand his Psych Condition. Seems interested in finding out more about disorder. Delusional Disorder will help educate patient about his Mental Disorder — D.E. Lunt | |
| 10/25/04 | | S) Pt is intermittently non-compliant (head straight it. & is subsequently on Dec. Status | |
| | | O) Status is still shaky. Is- not really functioning well & no insight — He complains of physical probls & difficulties sleeping & eating. | |
| | | A) Schz. | |
| | | P) Cts off - encourage to take oral meds. | |
| | | MHM Correctional Services Dr. Bill Sanders | |
| 10/28/04 | | "I ain't gon' t see nobody" according to runner. Refused to be seen. | |
| | | MHM Correctional Services Dr. Bill Sanders | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115661 | | BM | BCCF |

F-61

# Monthly Activities

Date: _10·15·04_

IM Name: _David Eastland_ AIS#: _115661_

~~Was offered the following recreational activities during the month of:~~

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo.

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was Neat/*WNL*/Disheveled/Shabby. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/Indifferent/no interaction*.

Comments: _____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

# Monthly Activities

Date: _9-21-04_

IM Name: _David Eastland_ AIS#: _115661_

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Eastland David_

AIS #: _11566_    LOCATION: _____

## PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Benodryl | 50mg | Bid | |

---

**PROBLEM REPORTED:**
Side effects:_____  Medication-Related Problem:_____  Non-Compliance: X

Explanation: _Im missed 7 doses at 11°° Pill Call and Refusing x4 at 5°° Pill Call._

Reported by: _K Calvin RN_    Date: _9/22/09_

**MENTAL HEALTH NURSE FOLLOW-UP:**
_NO Show_

Follow-Up by: _K Calvin_    Date: _9/24/09_

**PSYCHIATRIC REVIEW/PLAN:**
_DC Benedryl_

Follow-Up by: _____    Date: _9/27/05_

| Inmate Name _Eastland David_ | AIS # _11566_ |
|---|---|

DOC Form #458

AR 458 – August 30, 2

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Eastland David_

AIS #: _11566_____    LOCATION: _Dorm 3_

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date___ |
|------------|--------|-----------|--------------|
| Benadryl | 5mg | | |

---

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance: _X_
Explanation: I'm state he takes it when he want to
he also state his holds injection that is him out.
he is very delusional stated that someone is
trying to poison him

Reported by: _K Calgere RN_                Date: _9/18/0 7_

**MENTAL HEALTH NURSE FOLLOW-UP:** I'm counseled on
Med noncompliance and the need to be complian
the problem & side effect that can occur
I'm sent to see CRNP or MD

Follow-Up by: _K Calgere RN_                Date: _9/24/0 9_

**PSYCHIATRIC REVIEW/PLAN:**
for M̄ c̄ Refused to see CRNP & scheduled
M̄ ... ... ...

Follow-Up by: _M Whitt_                Date: _10/11/0 9_

| Inmate Name | AIS # |
|-------------|-------|
| Eastland David | 11566 |

DOC F

AR 458 – Augus

# Monthly Activities

Date: _8/6-04_

IM Name: _David Eastland_  AIS#: _115661_

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/~~marginal~~/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *~~consistent~~/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/~~animated~~/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/~~neutral~~/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/~~WNL~~/poor*. IM was generally *on time/~~late~~*.  General appearance was *Neat/~~WNL~~/Disheveled/Shabby*.  Speech was generally *~~clear~~/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/~~irrelevant~~/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _____

_____

_____

Therapeutic services will continue to be offered on a regular basis.  His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| Cont'd | | forehead. A-delusional P-Continue supportive counseling medication complicate follow up in two weeks D. Willis | |
| 8/05/04 | 0730 | S- Ø complaints O- Inmate alert et neg s/s of EPS A- Stable (wt 219 lbs — Next inj 2 wks — 8/19/04 P- Next inj 8/19/04 P- Given Haldol 100mg IM. | B. Glenn YPN B. Glenn |
| 8/24/04 | | S-Voice no C/o t medication. 0400 Visible sign of side effect noted. A-Compliance c injection. P Haldol Dec 100mg IM given. Tolerated well. Wt. 225 lbs RTC 9/14/04 | A. D. Grant LPN |
| 9-14-04 | | S- No side effects voiced O- No sign of symptoms noted A- Tolerated well Wt 220 lbs P- Haldol Dec. 100 mg IM given in Rt. Deltoid R.T.C 10-5-04 | A. Thomas RN |
| 10/07/04 | | S- "I need that shot" O- Inmate slightly agitated et talking loud. Distorted thoughts (the medicine making me break out, there's poison in that serum). A- AMS  wt 219 lbs P- Haldol Dec. 100mg given IM. Next inj in 3 wks - 10/28/04 | B. Glenn YPN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115461 | 45 | B/M | BCCF |

F-61

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7-22-04 | 0730 | S - No side effects voiced | |
| | | O - No sign or symptom observed | |
| | | A - Tolerated Well WT - 225 lb | |
| | | P - Haldol Dec - 100 mg IM given | |
| | | R.T.C. 8-5-04 _____ G. Thomas RN | |
| 7/27/04 | | S) My butt Hurts - (meds pbs?) | |
| | | O) Calm. Not neat so might better organize & apppt | |
| | | A) Satg | |
| | | P) Pt new getting meds. (inpt vaccine) It is improving | |
| | | A Noche. | |
| 7/29/04 | | Tx Plan Review | |
| | | S/O Mr. Eastland is cooperative, mood is good, affect content is serial. I/M states he taking his shots. I/M is constantly coming up on the non-compliance list. He states that he is compliance. I/M denies S/I, H/I, depression. I/M is concerned about pain. He states has a horn in middle of his | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland | 115661 | 45 | B/M | Bul-465 |

F-61

## Monthly Activities

Date: _7·12·04_

IM Name: _David Castland_  AIS#: _115661_

Was offered the following recreational activities during the month of:

Open Recreation, Mental Stimulation, Bingo, Western, Reality

Orientation, Conflict Resolution, Music Therapy, Movies,

~~S. A. S. Group, ADL, Depression, Mental Health Education,~~

Understanding Your Treatment Plans, Grief, Primary Social

Skills, Effective Communication, Gospel/80's, Anger Management.

His level of participation was generally *active/marginal/~~reluctant~~/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/~~inconsistent~~* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/~~euthymic~~/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/~~neutral~~/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/~~WNL~~/poor*. IM was generally *on time/~~late~~*. General appearance was *Neat/~~WNL~~/Disheveled/Shabby*. Speech was generally *~~clear~~/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/~~irrelevant~~/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_J. Bums_
Signature

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

## PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Eastland, David_

AIS #: _115661_          LOCATION: _LCCCF_

## PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Benadryl | 50mg | HS | |

---

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance: ✓
Explanation:

_Non-compliant c̄ PO Benadryl x 5 times._

Reported by: _Grant, Audrey LPN_          Date: _07/4/04_

**MENTAL HEALTH NURSE FOLLOW-UP:**

_Counseled re importance of med-compliance._

Follow-Up by: _Herbert R. Williams RN_          Date: _07/14/04_

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: _____          Date: _____

| Inmate Name | AIS # |
|---|---|
| _Eastland, David_ | _115661_ |

DOC Form #458-01

AR 458 – August 30, 2001

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Eastland, David_

AIS #: _11561_                          LOCATION: _BCCF_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Haldol. | 20mg. | OD – 4A | ✓ |
| Benadryl | 50mg | BID – HS SP | ✓ |

**PROBLEM REPORTED:**
Side effects: _____ Medication-Related Problem: _____ Non-Compliance: _✓_
Explanation:

Plan - compliant to P.O. Haldol & Benadryl x 7 days

Reported by: _Thomas, Audrey._                Date: _02/08/04_  ✓

**MENTAL HEALTH NURSE FOLLOW-UP:**

I instructed re importance of complying to prescribed medication for stability & improvement of mental health.

Follow-Up by: _Robert R. Williams Jr._     Date: _02/08/04_

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by:                                    Date:

| Inmate Name | AIS # |
|---|---|
| Eastland, David | 11561 |

DOC Form #458-01

AR 458 – August 30, 2001

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/29/04 | 0730 | S - No adverse reaction voiced. | |
| | | O - No sign or symptom noted. | |
| | | A - tolerated well WT. 231 lbs | |
| | | P - Haldol Dec. 100 mg, I M q3wks. | |
| | | in Rt. Deltoid RTC 7-20-04. — A. Thomas RN | |
| 7/6/04 | | S) They be point till food bin | |
| | | O) Very pleasant. He is willing to take | |
| | | Shot — (Not caught & out meds) | |
| | | A) Schizoph. | |
| | | P) Haldol D 100 q 2wks. | |
| | | **MHM Correctional Services** **Dr. Bill Sanders** | |
| 7/08/04 | | S - Verbally responsive | |
| | | O - Inmate alert yet 3 complaints | |
| | | No S/S of EPS | |
| | | A - Stable / wt 227 lbs | |
| | | P - Haldol Dec. 100mg IM given. | |
| | | Next inj 2wks — 7/22/04 | R. Smith RN |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115661 | 45 | B/M | Byl-468 |

F-61

## ...RDISCIPLINARY PROGRES...S

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/14/04 | | *Z Plan Review*<br>S/O Met with I/M, he is somewhat cooperative, mood is fair. I/M denies S/I or H/I, depression. I/M isn't interested in mental health group, he is delusional. I/M declines medication, because he thinks the staff is trying to poison him.<br>A: Delusional<br>P: Continue supportive counseling, med compliance, follow up in two weeks. | Willes, MHP |
| 6/21/04 | | S) I'm seeing things & hearing things<br>O) Activity deficit = Agitation<br>A) Schizophrenia Not Coping<br>P) HALDOL D. 100 q IM STAT. | |
| 6/21/04 | | Haldol Dec. 100mg given IM Stat as ordered per Dr. Sanders. Monitoring contd. | B. Jennifer |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115461 | 45 | B/M | BCC |

F-61

# Monthly Activities

Date: 6/23/04

IM Name: David Eastland    AIS#: 115661

Was offered the following recreational activities during the month of: June 04

Open Recreation, Mental Stimulation, Bingo, Western, Reality

Orientation, Conflict Resolution, Music Therapy, Movies,

S. A. S. Group, ADL, Depression, Mental Health Education,

Understanding Your Treatment Plans, Grief, Primary Social

Skills, Effective Communication, Gospel/80's, Anger Management.

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad.* Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent.* Hygiene was *good/WNL/poor.* IM was generally *on time/late.* General appearance was *Neat/WNL/Disheveled/Shabby.* Speech was generally *clear/mumbling/slurred/unintelligible.* Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction.*

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: _Eastland, David._

AIS #: _115661_ LOCATION: _BCCF._

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Haldol | 20mg | OD - SP | |

**PROBLEM REPORTED:**
  Side effects:_____ Medication-Related Problem:_____ Non-Compliance: ✓
Explanation:

Reported by: _Grant, Audrey LPN._ Date: _06/07/04_

**MENTAL HEALTH NURSE FOLLOW-UP:**

Haldol helps to stabilize your mental - health
condition. Comply ō it & discuss this ō your
psychiatrist

Follow-Up by: _Herbert R. Williams_ Date: _06/08/04_

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: _____ Date: _____

| Inmate Name | AIS # |
|---|---|
| Eastland David | 115661 |

DOC Form #458-01

AR 458 – August 30, 2001

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: _Eastland, David_

AIS #: _115661_ LOCATION: _~~115661~~ BCCF_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Haldol | 20 mg | } x 7 | |
| Benadryl | 50 mg | | |

---

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance: ✓
Explanation:

_Missed 7 doses of Benadryl & Haldol (20)_

Reported by: _Herbert R. Williams Jr_  _Crumb, Audrey CPA_   Date: _06/10/04_

**MENTAL HEALTH NURSE FOLLOW-UP:**

Follow-Up by: _Herbert R. Williams LPN_   Date: _06/10/04_

**PSYCHIATRIC REVIEW/PLAN:**

---

Follow-Up by: _____   Date: _____

| Inmate Name | AIS # |
|---|---|
| _Eastland, David_ | _115661_ |

DOC Form #458-01

AR 458 – August 30, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: *Eastland, David*

AIS #: *115361*          LOCATION: _____

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date ___ |
|---|---|---|---|
| *Benadryl* | *50mg* | *QD - 1700* | |

---

**PROBLEM REPORTED:**
  Side effects:_____ Medication-Related Problem:_____ Non-Compliance: *✓*
Explanation:

*Inmate reportedly missed 5 doses of Thorazine 50mg.*

Reported by: *Grant, Audrey LPN*          Date: *05/28/04*

**MENTAL HEALTH NURSE FOLLOW-UP:**

Follow-Up by: *Robert R. Williamson*          Date: *05/28/04*

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: _____          Date: _____

| Inmate Name | AIS # |
|---|---|
| *Eastland, David* | *115361* |

DOC Form #458-01

AR 458 – August 30, 2001

## IN    DISCIPLINARY PROGRESS NC

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

DECUMATE NOTE

3/22/04 — Pt is a chronic schizophrenic, paranoid type — chronic who is non-compt & one meds + in Pantinol cath & Haldol D 100, q 3h Onf. He is A Very sick individual Requir Custmn Care. — Depot meds are the only option we have to treat him. He has had no serious side effects But if we don't able to stabilize him Soon he may need to return to the SU.

**MHM Correctional Services**
**Dr. Bill Sanders**

3/25/04 — SP Met with I M, he is cooperative, until ask about his medication, he states that medication has gotten to point where it is poisoning here. He denies SI/HI, depression. He remains delusional.
A: Walking Away
P: Continue supportive counseling, monitor his behavior, refer to psychiatrist if needed.
Drilly, MHP

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| EASTLAND, DAVID | 115661 | 45 | Bm | BCCF |

F-61

## DISCIPLINARY PROGRESS N

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/6/04 | | S) PT loud & aggressive refusing to take his shot | |
| | | O) menacing attitude - refusing to sit down & discuss the issue | |
| | | A) Decompensated Schizophrenic | |
| | | P) Place in HCU o MHU & attempt to persuade him to take meds | |
| 4/06/04 | 1200 | S- "I'll take the shot if y'all gonna let me out" | |
| | | O- Inmate non-hostile et cooperative. Some paranoid thinking noted due to belief "someone is trying to poison him." | |
| | | A- Altered Mental Status | |
| | | P- Haldol Dec. 100mg given IM in (R) deltoid. Awaits re-evaluation per Dr. Sanders. | B Brown LPN |
| 4/6/04 | | As above will relax, back to Dorm | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| BASTIAN, DAVID | 115661 | 45 | Bm | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 04-21-04 | 1045 | S) Present for PM. Denies mental illness. Refers to medicine as "poison." Wants to return to PO Haldol | |
| | | O) Disorganized, paranoid | |
| | | A) Schizophrenia | |
| | | P) Will add PO Haldol — pt agrees to take shot + PO meds. Will evaluate compliance @ next visit — pt agrees | |
| 4/24/04 | 0730 | S Voice, no c/o c̄ medication. O no visible sign of side effect noted. A compliance c̄ injection, tolerated well. P Haldol Dec 100mg IM given. Wt. 234 lbs RTC 5/18/04 | A.D. Heart LPN |
| 4/28/04 | | Tx Plan Review. S/O I/M is non cooperative, mood is fair, eye contact is fair. I/M refused to ____. A: Non cooperative ____ cooperative. P: Individual counseling, med education | ____ MHP |
| 5/6/04 | | S) Dr. ____ Culm + less disorganized. A) Schizophrenia cont. P) ____ | |

MHM Correctional Services
Dr. Bill Sanders

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115266 1 | 45 | B/1 | BCCF |

F-61

## DISCIPLINARY PROGRESS NT

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/18/04 | 0730 | S Voice no 40 c̄ Medication. O no Visible sign of side effect noted. A Compliance c̄ injection. Tolerated well. P Haldol Dec 150mg IM given 3A. 230 lbs RTC 6/8/04 — | A. D. Grant LPN |
| May 26, 04 | | Tx Plans Review S/O Met with I/M, he is cooperative, mood is fair, eye contact is poor. I spoke with I/M about being on the non-compliance list, he is stating that he is taking it. He denies S/I or H/I, depression. I/M isn't interesting in mental health group. A: Delusional, but calm. P: Continue supportive counseling, medical compliance, follow up. | |
| 6/8/04 | 0730 | S Voice no 40 c̄ medication. O no Visible sign of side effect noted. A Compliance c̄ injection. Tolerated well. P Haldol Dec 100mg IM given 3A. 228 lbs RTC 6/29/04 — | A. D. Grant LPN |
| 6/9/04 | | Refusal to come to Sa me | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Eastland, David | 115661 | 43 | BM | BCCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---------------------------------------|------|-----|-----|----------|
|                                       |      |     |     |          |

F-61

**MHM Correctional Services, Inc**



# DEPARTMENT OF CORRECTIONS

## STATE OF ALABAMA

### REFUSAL OF TREATMENT

I, David Eastland                    I.D. # 11560l

do refuse treatment/medication Benedryl 50mg

at BCCF

(Name of institution)

I hereby certify that I have been instructed by the MHP/ Psychologist/Nurse as to the possible complications and psychological conditions that could occur due to the refusal of the above treatment.

I sign below fully aware of my condition and fully understanding the possible results that may arise due to my refusal. I will not hold this Department of Corrections/MHM responsible in the event that mental health problems arise as a result of my decision to reject the treatment offered to me.

Refused to sign
(Signature of Inmate)

3/4/05
(Date)

Don Hutto M.S
(Signature of Witness)

3/4/05
(Date)

**MHM Correctional Services, Inc**



### DEPARTMENT OF CORRECTIONS

### STATE OF ALABAMA

### REFUSAL OF TREATMENT

I, _____ I.D. # _____

do refuse treatment/medication _Benadryl 50 mg_

at ___BCCF____

(Name of institution)

I hereby certify that I have been instructed by the MHP/ Psychologist/Nurse as to the possible complications and psychological conditions that could occur due to the refusal of the above treatment.

I sign below fully aware of my condition and fully understanding the possible results that may arise due to my refusal.  I will not hold this Department of Corrections/MHM responsible in the event that mental health problems arise as a result of my decision to reject the treatment offered to me.

_____
(Signature of Inmate)

3-3-05
_____
(Date)

_____
(Signature of Witness)

3/3/05
_____
(Date)

**MHM Correctional Services, Inc**



# DEPARTMENT OF CORRECTIONS

## STATE OF ALABAMA

## REFUSAL OF TREATMENT

I, _David Eastland_ I.D. # _11560_

do refuse treatment/medication _Benadryl_

at _BCCF_

(Name of institution)

I hereby certify that I have been instructed by the MHP/ Psychologist/Nurse as to the possible complications and psychological conditions that could occur due to the refusal of the above treatment.

I sign below fully aware of my condition and fully understanding the possible results that may arise due to my refusal. I will not hold this Department of Corrections/MHM responsible in the event that mental health problems arise as a result of my decision to reject the treatment offered to me.

_Refused to sign_
(Signature of Inmate)

_3/1/05_
(Date)

_T. White, MHP_
_B. Walker RQT_
(Signature of Witness)

_3-1-05_
(Date)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Eastland, David | DIAGNOSIS (If Chg'd) |
|---|---|
| # 115661 | Place in Nov a 14H0 |
| D.O.B. ███ | Noted BGray LPN 4/06/04 7:35 am |
| ALLERGIES: NKA | |
| Use Last    Date 4/6/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Eastland, David | DIAGNOSIS (If Chg'd) |
|---|---|
| 115661 | Bottom Bed X 6m fr |
| D.O.B. ███ | Bad PC |
| ALLERGIES: NKDA | Nofcl Colmary 3/30/04 |
| Use Fourth    Date 3-30-04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED 3/30/04 |

| NAME: Eastland, David | DIAGNOSIS (If Chg'd) |
|---|---|
| | HC; |
| | HC; ) ×0 |
| D.O.B. ███ | TAB; ) |
| ALLERGIES: NKDA | Trulor × 30 |
| | Kycerton po bd × 30 |
| Use Third    Date /  / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| Noted LPN J. Anderson 3/2/04 | |

| NAME: Eastland, David | DIAGNOSIS (If Chg'd) |
|---|---|
| # 115661 | ~~Place in Nov a 14H0~~ |
| D.O.B. ███ | Haldol D. 100mg IM q 3hr × 90 |
| ALLERGIES: NKA | Noted LPN 3/1/04 |
| Use Second    Date 3/1/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Eastland, David | DIAGNOSIS |
|---|---|
| AIS - 115661 | D/C Cogentin |
| D.O.B. ███ | Benadryl 50mg IM BID prn EPS × 90d |
| ALLERGIES: NKA | A.Thomas PA 1-26-04 |
| Use First    Date 1/26/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

**PRISON
HEALTH
SERVICES**
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Eastland, David<br>115661<br><br>D.O.B. / /<br>ALLERGIES: NKA | DIAGNOSIS (If Chg'd)<br>Ben Gay<br>AF<br>HC<br>TMB |
| Use Last     Date 5/12/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Eastland, David<br>AIS# 115661<br><br>D.O.B.<br>ALLERGIES: NKDA | DIAGNOSIS (If Chg'd)<br>Haldol 20mg qHS<br>Benedryl 54 bid     90's<br>Haldol D. 100y in 9HS x 9c |
| Use Fourth   Date 5/6/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Eastland David<br>AIS 115661<br><br>D.O.B. / /<br>ALLERGIES: | DIAGNOSIS (If Chg'd)<br>AF<br>HC<br>BenGay<br>TMB |
| Use Third    Date 5/03/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Eastland, David<br>115661<br><br>D.O.B.<br>ALLERGIES: NKDA | DIAGNOSIS (If Chg'd)<br>Add Haldol 20mg PO QHS<br>x 90 days<br>Benedryl 50 mg PO/IM BID<br>PRN EPS x 90 days |
| Use Second   Date 04/21/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: EASTLAND, DAVID<br>#115661<br><br>D.O.B.<br>ALLERGIES: NKA | DIAGNOSIS<br>May go back to MH Dorm |
| Use First    Date 4/6/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



**PHS**

**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

NAME: Eastland David
115661

D.O.B.
ALLERGIES: NKA

Use Last    Date  /  /

DIAGNOSIS (If Chg'd)

AFX 20 D (QD)

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Eastland, David
AIS # 115661

D.O.B.
ALLERGIES: NKA

Use Fourth    Date 6/24/04

DIAGNOSIS (If Chg'd)

Haldol D. 100 g IM per

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Eastland, David
115661

D.O.B.
ALLERGIES:

Use Third    Date  /  /

DIAGNOSIS (If Chg'd)

① Clonid 300 mg PO bid X 10 D
Advil 800 PO bid X 10 D
HC X 20 D        MP X 20 D
② TMB X 20 D

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Eastland, David
# 115661

D.O.B.  /  /
ALLERGIES:

Use Second    Date  /  /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Eastland, David
# 115661

D.O.B.
ALLERGIES: NKN

Use First    Date 6/11/04

DIAGNOSIS

Ben Gray
HC
TMB
MP
6/11/04

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: Eastland, David | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. ▮▮▮▮ ALLERGIES: NKA | _ATE X 20 D_ _(illegible signature)_ 7/20/04 |
| Use Last    Date 07/20/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: _(signature)_ | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / ALLERGIES: 7/13/04 | Please TRIM this CRAP. This is 2nd order Please do it |
| Use Fourth    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: _(signature)_ | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / ALLERGIES: 7/13/04 | Ben Gay HC X 20D ATE X 20 D  See order below |
| Use Third    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Eastland, David 115661 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / ALLERGIES: 7/12/04 | Ben Gay X 20 D HC X 20 D ATE X 20 D |
| Use Second    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Eastland David # 115661 | DIAGNOSIS |
|---|---|
| O.B. ▮▮▮▮ ERGIES: NKA | Haldol D. 100 IM Thi Thord dz 2w X 90 D |
| _Noted Brennen LPN 7/6/04_ MHM Correctional Services Dr. Bill Sanders | |
| Date 7/6/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

03)

**MHM Correctional Services, Inc.** 

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last        Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: EARLS, David | DIAGNOSIS (If Chg'd) |
|---|---|
| 115661 | Hca 20D |
| | TAB3 X 20D |
| D.O.B. ███████ | NE x 20D          20D Kep |
| ALLERGIES: NKD | Ben Gay |
| Use Fourth    Date 8/9/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: EAStland David | DIAGNOSIS (If Chg'd) |
|---|---|
| 115661 | ⊕ HC cm H am by the |
| D.O.B.    /   / | nurse. 8 XX 20D |
| ALLERGIES: | |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: EAStland David | DIAGNOSIS (If Chg'd) |
|---|---|
| 115661 | Hca 20D |
| | TAB x 20D |
| D.O.B. ███████ | NE x 20D          20 & Ep |
| ALLERGIES: NKDA | Ben Gay |
| Use Second    Date 7/30/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: EAStland, David | DIAGNOSIS |
|---|---|
| ATS # 115661 | Haldol D. 20 x ks |
| | Benadyl 50 g Bid |
| D.O.B. ███████ | Haldol D. 100 IM q 3 Mks          90D |
| ALLERGIES: NKDA | |
| Use First    Date 7/27/04 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

MHM Correctional Services
Dr. Bill Sanders

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**
**PRISON HEALTH SERVICES INCORPORATED**

**PHYSICIANS' ORDERS**

---

NAME: Eastland, David
115661

D.O.B.
ALLERGIES: NKA    10/11/04

Use Last    Date 10/11/04

DIAGNOSIS (If Chg'd)
(1) Shower in infirmary x 1 wk.
(2) Band aid + dressing change x 1 wk by nurses
(3) Apply the Cream ordered. One c _____ in groin by nurses x 1 wk.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Eastland David
115661

D.O.B.
ALLERGIES:    10/12/04

Use Fourth    Date / /

DIAGNOSIS (If Chg'd)
HCX 300
TAB x 30
Benzol Peroxide x 30 Cap
AF x 30 Cap
Restroom RN 10/12/04 1315

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: EASTLAND, DAVID
#115661

D.O.B.
ALLERGIES: NKA

Use Third    Date 9/27/84

DIAGNOSIS (If Chg'd)
9/01/04 D/C Benedryl.

MHM Correctional Services
Dr. Bill Sanders

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Eastland, David

D.O.B.
ALLERGIES:    9/27/04

Use Second    Date 9/27/04

DIAGNOSIS (If Chg'd) Benzol Peroxide x 200 Rx
(1) TAB x 30
(2) Bottom Both x 6 w
(3) HC x 30    (4) AF x 30

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: David Eastland

D.O.B.    5661
ALLERGIES: NKA

Use First    Date 8/30/04

DIAGNOSIS
HC X 30
AF X 30
TAB x 30
Ben G x 4.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

8/30/04

---

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date    / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth    Date    / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Third    Date    / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Eastland, David 1/5/64 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. ▬▬▬ | Δ Haldol dec 100y/M ǫ2wks |
| ALLERGIES: NKDA | D/C PO haldol/benadyl |
| Use Second    Date 12/0/04 | Schedule 8 PT Services Monday! |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Eastling David 1/5/64 | DIAGNOSIS |
|---|---|
| D.O.B. ▬▬▬ | Prolex ON fo Rd X10g |
| ALLERGIES: | |
| Use First    Date    / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)

**MHM Correctional Services, Inc.**



## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last     Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: EASTLAND DAVID | DIAGNOSIS (If Chg'd) |
|---|---|
| 115661 | Haldol D. 150y im q2h /90 |
| | Haldol 20 po qd |
| D.O.B. ▓▓▓▓ | Benedryl 50y Bid |
| ALLERGIES: | MHM Correctional Services |
| | Dr. Bill Sanders |
| Use Fourth   Date 12 8 04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Eastland, David | DIAGNOSIS (If Chg'd) |
|---|---|
| AIS-115(del) | DC PO haldol + benadryl |
| D.O.B. ▓▓▓▓ | Haldol dec 150 y IM q 2wks x 4 wk |
| ALLERGIES:  11-30-04 | |
| Use Third    Date 11 30 04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: David Eastland | DIAGNOSIS (If Chg'd) |
|---|---|
| | Benadryl 50 y IM Now |
| D.O.B. ▓▓▓▓ | PO Dr Sanders/Nurse |
| ALLERGIES: | |
| Use Second   Date 10 27 04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: DAVID EASTLAND | DIAGNOSIS |
|---|---|
| | Haldol D. 100y im q2h / |
| D.O.B. ▓▓▓▓ | Haldol 20 y qd PO /90 |
| ALLERGIES: | Benedryl 50y Bid |
| | MHM Correctional Services |
| Use First    Date 10 26 04 | Dr. Bill Sanders |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last  Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: EASTLAND, DAVID 115161 | DIAGNOSIS (If Chg'd) Percogesic 1-2 tabs PO tid PRN X 10 days |
|---|---|
| D.O.B. | |
| ALLERGIES: NKDA | |
| Use Fourth  Date 12/7/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Eastland David | DIAGNOSIS (If Chg'd) Dressing Chang BID X 3wk |
|---|---|
| D.O.B. / / | |
| ALLERGIES: 12/16/04 | |
| Use Third  Date / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Eastland, David #115161 | DIAGNOSIS (If Chg'd) Haldol D, 200 im q 3wk X 50 Stat Next Tue Wed Next in 2 eeb 12/23/04 |
|---|---|
| D.O.B. | MHM Correctional Services |
| ALLERGIES: | Dr. Bill Sanders |
| Use Second  Date 12/3/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: David Eastland 115601 | DIAGNOSIS Bactrm DS Bod X 10D APX 20D HCX 20D TAB Shey DS X X60D |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use First  Date / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)     **MEDICAL RECORDS COPY**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date   / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth    Date   / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Third    Date   / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Second    Date   / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: David Easterling | DIAGNOSIS   lay i x 308 |
|---|---|
| D.O.B. / / | Not Dr |
| ALLERGIES: | |
| Use First    Date 12/16/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

PHYSICIANS' ORDERS

NAME:

D.O.B.   /   /
ALLERGIES:

DIAGNOSIS (If Chg'd)

Use Last      Date   /   /
NAME:

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

D.O.B.   /   /
ALLERGIES:

DIAGNOSIS (If Chg'd)

Use Fourth    Date   /   /
NAME: Eastland, David
#115661

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

D.O.B.
ALLERGIES: NKA

DIAGNOSIS (If Chg'd)

Noted

Use Third     Date 2/22/05
NAME: Eastland, David

MHM Correctional Services
Dr. Bill Sanders

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

D.O.B.
ALLERGIES: NKA

DIAGNOSIS (If Chg'd)

Use Second    Date 1/8/05
NAME: Eastland, David
115661

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

B.
ERGIES: NKA

DIAGNOSIS

Date 1/20/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

1/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | *Gauge c Sapr top* |
| ALLERGIES: | *MJakn 2-24-0* |
| Use Third    Date 2/24/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | *Al zone 200 wp (px) x 20) HC x 20) MTx 20) TAB x 20)* |
| ALLERGIES: | *MJakn* |
| Use Second    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: *David Easteslup 1566* | DIAGNOSIS |
|---|---|
| D.O.B. ▓▓▓▓ | *Reflex T20 POD X 20 HC x 20) Bipal Pertad top OTC TAB* |
| ALLERGIES: NKA | *noted form 2/6/04 0900* |
| Use First    Date 2/6/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Eastland D | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | ① Bottom Bed X 6mo |
| ALLERGIES: 4/15/05 | ② Lay in x (o) |
| | ③ Select Pond X (o) |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: EASTLAND, DAVID | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. ▓▓▓▓ | HALDOL D 200g 1m q 3rd |
| ALLERGIES: | HALDOL 20mg po q am |
| | MHM Correctional Services |
| | Dr. Bill Sanders |
| Use Fourth    Date 4/14/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: EASTLAND, DAVID | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. ▓▓▓▓ | D/c Benedryl. |
| ALLERGIES: | |
| Use Third    Date 3/17/05 | ☑ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: EASTLAND, DAVID | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. ▓▓▓▓ | HALDOL D. 200g 1m q 2wks, |
| ALLERGIES: | Starts Tomorrow, X 9wks. |
| | D/c oral Haldol. |
| Use Second    Date 3/14/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Easterling David | DIAGNOSIS |
|---|---|
| 115661 | Snail Pspul X 60☐ |
| D.O.B. / / | Lay in x 60☐ |
| ALLERGIES: | APX 20☐ |
| Use First    Date 2/14/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**                                    2/14/05



**PRISON
HEALTH
SERVICES**
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | *Motrin 800 mg / P.O.* |
| ALLERGIES:  4/28/02 | *Tums # P.O.* |
|  8500 / noted 4/24/02 / cw | *T.O. Dr Siddiq / JGawthon* |
| Use Second    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS |
|---|---|
| D.O.B.   /   / | *B/A on Bed X 6mo* |
| ALLERGIES: | *Lay Lx 30)* |
|  JW 1156-1  Eastland, David | *R 14. APr 12:50* |
| Use First    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

**MEDICAL RECORDS COPY**