

PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Eastland David 115661

D.O.B. / /

ALLERGIES:

Use Third Date 5/3/05

DIAGNOSIS (If Chg'd)

[illegible] x 60

5/3/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Eastland David 115661

D.O.B. / /

ALLERGIES:

Use Second Date 5/3/05

DIAGNOSIS (If Chg'd)

Keflex 500 [illegible] x 10

[illegible] Consult

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Easterling David

D.O.B. / / 115861

ALLERGIES:

Use First Date / /

DIAGNOSIS

[illegible] x 10

[illegible] x 30

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY



# PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Eastland David 115661

D.O.B. [redacted]

ALLERGIES: NKDA

Noted 5/19/05

Use Fourth Date 5/19/05

DIAGNOSIS (If Chg'd)

1) DPT EKG

2) Haldol Decanoate ...

3) Haldol ... po ... x 90 d

4) VPA 250 ... po bid x 90 d

5) ... po bid x 90 d

William Chitwood, M

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Eastland David 115661

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Eastland David

D.O.B. / /

ALLERGIES:

Use Second Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Eastland, David

D.O.B. / / 115661

ALLERGIES:

Use First Date 5/19/05

DIAGNOSIS

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B. / /

ALLERGIES:

Use Second Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: [illegible]

D.O.B. / /

ALLERGIES:

Use First Date / /

Noted [illegible] 6/12/02

DIAGNOSIS [illegible] x10

[illegible] x10

[illegible] x20

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

6/12/02

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Second Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Eqhwla c D

D.O.B. / /

ALLERGIES:

Use First Date / /

Noted [illegible] 6/7/05 0900

DIAGNOSIS Benzyl Peroxide [illegible] x 20 days

[illegible]

[illegible] x 20 d

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Second Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Easterling, David

D.O.B. / / 115661

ALLERGIES:

Use First Date / /

DIAGNOSIS Bugle Peroxide x 20 [illegible]

[illegible] x 20 [illegible]

Hemorrhoidal Cream x 20 [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

[illegible signature]



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Eastlond, David 115661

D.O.B. / /

ALLERGIES:

Use Second Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. /

ALLERGIES:

6/22/05

06/22/05 07:00

Use First Date 06/22/05

DIAGNOSIS Scabies

Apply permethrin 0.5% from head to toe + leave on x 10-12 hrs then shower.

Repeat in 14 days

T.O. Dr. Siddiq / Dale Blevins RN

☒ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Eastland, David #115661 D.O.B.: [redacted] |
|---|---|
| 6/1/04 | S) [illegible] |
| | O) [illegible] |
| | A/P [illegible] [signature] |
| 6/3/04 | S) [illegible] drainage from the fistula |
| | O) Chronic fistula [illegible] drainage no pain |
| | A [illegible] |
| | P [illegible] [signature] |
| 6/[illegible] | S [illegible] |
| | O [illegible] |
| | A/P [illegible] [signature] |

| Date/Time | Inmate's Name: D.O.B.: / / |
| --- | --- |
| 4/15/05 | S/ Co [illegible] drainage from Buttock. |
| | O/ [illegible] |
| | Sp [illegible] to Buttock. |
| | Healed up [illegible]. |
| | No drainage |
| | Op will give Both Bed [illegible] |



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 4/21/03 [illegible] | S: [illegible] |
| | O: [illegible] 2° fungal [illegible] |
| | A/P: well [illegible] [illegible] |
| 5/12/03 [illegible] | S: c/o fistula [illegible] buttock |
| | O: draining fistula, not for [illegible] |
| | A/P: [illegible] continue to watch [illegible] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

Eastland, David
115661
[redacted]
NKA

PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 2/6/04 [illegible] | S) [illegible] |
| | O) [illegible] |
| | [illegible] |
| | A/P [illegible] [signature] |
| 3/3/03 [illegible] | S) needing Bottom Bed |
| | O) Back [illegible] 2° Fall |
| | no neurologic damage |
| | A/P write [illegible] Bottom Bed [illegible] [signature] |
| 5/3/03 [illegible] | S c/o medical [illegible] |
| | O) [illegible] |
| | A/P [illegible] [signature] |
| 5/27/03 [illegible] | S c/o medical [illegible] |
| | O) [illegible] |
| | A/P [illegible] [signature] |

Complete Both Sides Before Using Another Sheet

| Date/Time | Inmate's Name: Lathand, David D.O.B.: [redacted] |
|---|---|
| 07-20-04 | S- I'm out of my cream, I still have that rash on my arm + buttocks |
| | O- very concerned + vocal regarding not being able to get - Antifungal Cream - Informed that order expired on 7/11/04 (Pink Slip) and will need to be assessed in clinic for medicine to be continued - |
| | P Have inmate to sign up for sick call for evaluation by M.D. |
| | [signature], RN |
| 07-20-04 | O- Inmate informed regarding How to apply ointment - ~~Spam~~ Error Clean area c soap + $H_2O$ - Report to clinic if irritation - Avoid contact c eyes — [signature] |
| | inmate verbalized understanding — [signature] |
| 7/30/04 | S medical care |
| | O) No [illegible] fistula |
| | A/P will [illegible] [illegible] if [illegible] tabs to spread [illegible] on the rash around fistula |
| 8/21/04 | S c/o rash, [illegible] [signature] |
| | O) [illegible] itching rash [illegible] |
| | A Eczema |
| | P will call in & apply HC Cr x 20 days [illegible] |
| [signature] 8/21/04 | |



PRISON HEALTH SERVICES INCORPORATED

David Eßerlief
115661

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 9/30/03 | S C/o [illegible] cream [illegible] |
| | O [illegible] |
| | [illegible] |
| | A/P [illegible] Trulene [illegible] |
| 9/17/03 | S [illegible] Renewed |
| 10/24/03 | S/ [illegible] |
| | O/ [illegible] |
| | [illegible] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
| --- | --- |
| 11/10/03 | S) [illegible] |
| | O) [illegible] chronic |
| | A [illegible] |
| | P [illegible] [signature] |
| | |

60111 (5/85)

**Complete Both Sides Before Using Another Sheet**

PHS
PRISON HEALTH SERVICES INCORPORATED

Easterling, David
115601

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 12/10/04 | S? [illegible] |
| | [illegible] |
| | [illegible] |
| 12/15/04 @ 7:20 AM | Pt. released to DOC for medical appointment [illegible] |
| 12/15/04 | Pt rtd from medical appt. Taken to infirmary for observation. S. Roberts RN |
| 12/16/04 | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| 01/13/05 | Inmate going out for free world appt. per DOC @ BCH [illegible] |
| 3/29/05 @ 1055 | Inmate released to DOC for free world appt [illegible] |



PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 4/14/01 | S) medical [illegible] |
| | O) |
| | A) Ischiorectal fistula [illegible] |
| | P) will give Bottom Bunk x 90d [signature] |
| 5/13/01 | S) Persistent drainage from the fistula |
| | A) Ischiorectal fistula to the buttock |
| | P) will get him to [illegible] after start on (Keflex x 10) [signature] |

60111 (5/85) Complete Both Sides Before Using Another Sheet



PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 4/25/05 [illegible] | S [illegible] Hashuds |
| | O |
| | D Hashuds [illegible] |
| | Ap well [illegible] Hashuds [illegible] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



Easterling, David
115601

PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 5/9/05 | S) - c/o Headaches |
| | O) Extended Headaches |
| | P) will c Headache |
| 5/12/05 | S c/o discharge from the Buttock |
| | O) Perianal drainage |
| | A/P will give Keflex |
| 6-9-05 | 0800 - Inmate left for free world Appointment per Doc, blue jacket given to officer Pettway — [signature] |
| 6/9/05 | 1140 - Inmate back from free world appt. No distress noted at this time. No new orders noted. — [signature] |

Complete Both Sides Before Using Another Sheet



Easterling David

PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
| --- | --- |
| 6/17/03 | S c/o Hemorrhoids |
| | O) no Hemorrhoids seen |
| | Anorectal fissure – Chronic |
| | A) will give TAB |
| | [signature] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



Eddie Lee Daniel [handwritten]

PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
| --- | --- | --- |
| 5/24/00 | s Medical [illegible] [illegible] | |
| [illegible] | | |
| | D) chronic [illegible] | |
| | Personal [illegible] | |
| | Sp & Surgery | |
| | App well s [illegible] & [illegible] [illegible] | |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

# MEDICATION ADMINISTRATION RECORD

05/01/2005 (BUL-465) BULLOCK CORRECTIONAL FAC

STDT01

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

| MEDICATIONS | HOUR | Days |
|---|---|---|
| HALOPERIDOL DEC. (10X1CC) 100MG/CC VIAL INJECT 2 CC =200MG INTRAMUSCULAR EVERY 3 WEEKS RX: 7238461 SANDERS, M.D. (MHM), WILLIAM, START - 04/16/2005 STOP - 07/14/2005 | 0730 | R/o 5/19/05 |
| HALOPERIDOL (HALDOL) 20MG TAB TAKE 1 TABLET(S) BY MOUTH EVERY ~~MORNING~~ PM RX: 7238466 SANDERS, M.D. (MHM), WILLIAM, START - 04/16/2005 STOP - 07/14/2005 | 1700 | [illegible] — R/o 5/19/05 |
| Keflex 500mg PO TID vsmith x10dys 5/03 → 5/13/05 | 0400 1100 1700 | → [illegible] |
| Keflex 500mg PO TID vsmith x10dys 5/12 → 5/22/05 | 0400 1100 1700 | → [illegible] |
| Haldol Dec. 200mg IM q3wks x 90 days 5/19 → 8/19/05 Chitwood | | See Dec. Book |
| Haldol 20mg po qhs x 90 days 5/19 → 8/19/05 Chitwood | 1700 | → [illegible] |
| VPA 250mg ii po BID x 90 days 5/19 → 8/19/05 Chitwood | 1100 1700 | → [illegible] |
| Tums ii po BID x 90 days 5/19 → 8/19/05 Chitwood | 1100 1700 | → [illegible] |

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/2005 THROUGH 05/31/2005

Physician SANDERS, M.D. (MHM), WILLIAM | Telephone No. | Medical Record No.

Alt. Physician | Alt. Telephone

Allergies NO KNOWN DRUG ALLERGY | Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: Title: Date: 4/30

PATIENT EASTLAND, DAVID | PATIENT CODE 115661 | ROOM NO. RTU | BED | FACIL.



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: [illegible] Date of Request: 3-30-07

ID # 115606 Date of Birth: [redacted] Location: 3-20

Nature of problem or request: Mind Lost need Doctor need Anffirmat Pill Cannt Hadoktimon Take [illegible] Conner. Need [illegible] Look [illegible] Door need [illegible]

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ____________ AM PM
Allergies: ______________

**RECEIVED**
Date:
Time:
Receiving Nurse Intials ______

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN

CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes ( ) No ( )

Was MD/PA on call notified: Yes ( ) No ( )

*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

**Print Name:** [illegible] **Date of Request:** [illegible]

**ID #** 115661 **Date of Birth:** [redacted] **Location:** [illegible]

**Nature of problem or request:** [illegible]

[signature]

*Signature*

**DO NOT WRITE BELOW THIS LINE**

**Date:** 10/11/04
**Time:** 0510 AM (circled) PM
**Allergies:** NKA

| RECEIVED |
|---|
| Date: 10/11/04 |
| Time: 0510 |
| Receiving Nurse Intials [initials] |

**(S)ubjective:** "I need some ABT"

**(O)bjective** 120/80 97.2 76 18 Wt: 216

**(A)ssessment:** Alteration in comfort.

**(P)lan:** Refer to M.D. this A.M. @ 0730.

**Refer to:** MD/PA (circled) Mental Health Dental Daily Treatment Return to Clinic PRN

CIRCLE ONE

**Check One:** ROUTINE (✓) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes ( ) No ( )

Was MD/PA on call notified: Yes ( ) No ( )

[signature] LPN

*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



PRISON HEALTH SERVICES INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: David Eastland Date of Request: 10-21-04
ID # 115601 Date of Birth: [redacted] Location: J-20
Nature of problem or request: [illegible handwriting]

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 10/21/04
Time: 545 AM PM
Allergies: NKDA

RECEIVED
Date: 10-21-04
Time: 545
Receiving Nurse Intials [illegible]

**(S)ubjective:** I have a [illegible] on Bottom, I need some Cream and [illegible]

**(O)bjective** Wt. 223 B/p 110/70 P. 78

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA (circled) Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

L. Anderson LPN
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: DAVID T. EASTLAND Date of Request: 8-29-04
ID # 115661 Date of Birth: [redacted] Location: J-20
Nature of problem or request: Need anti body rash cream, Jock itch cream, Ben Gay cream, Hordozone cream, Ten cream

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 8/30/04
Time: 0610 (AM) PM
Allergies: NKA

RECEIVED
Date: 8/30/04
Time: 0610
Receiving Nurse Intials JK

(S)ubjective: "I have a rash and I need some cream."

(O)bjective Wt: 224

(A)ssessment: Alteration in comfort.

(P)lan: Refer to M.D. this A.M. @ 0730.

Refer to: (MD/PA) Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GL F1000 7/95



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: David Eastling Date of Request: 10-23-04
ID # 115661 Date of Birth: [redacted] Location: 3-20
Nature of problem or request:
[illegible handwriting]

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: ________

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials ______ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/96



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: David Eastland Date of Request: 11-8-04
ID # 168661 Date of Birth: [redacted] Location: 3-20
Nature of problem or request: [illegible]

Signature

DO NOT WRITE BELOW THIS LINE

Date: 11/10/04
Time: 0615 (AM) PM
Allergies: NKA

RECEIVED
Date: 11/10/04
Time: 0615
Receiving Nurse Intials [initials]

(S)ubjective: "I need some cream"

(O)bjective 10/80 98.9 76 20 Wt: 218

(A)ssessment: alteration in comfort

(P)lan: Refer to MD this A.M. @ 0730.

Refer to: (MD/PA) Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

[signature] LPN
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: David L. Eastland Date of Request: ______

ID # 115661 Date of Birth: [redacted] Location: 11-30

Nature of problem or request: Need Body Berry Prof. 90 Day in - Canine [illegible] - [illegible] [illegible] [illegible] [illegible] [illegible]

Signature: [signature]

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: ________

RECEIVED
Date:
Time:
Receiving Nurse Intials ______

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN

CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

______________________
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

PHS PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

D 11 Bed 30

ADMISSION DATE 4/24/05 TIME 0350 AM/PM

ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

ALLERGIES NKA

CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98° ORAL/RECTAL RESP. 20 PULSE 80 B/P 120/72 RECHECK IF SYSTOLIC <100> 50 /

NATURE OF INJURY OR ILLNESS

S. My left chest hurts I have pains from my sides about waist line which comes from my sides and up thru my breastbone and I'm tasting blood in my mouth from my cheeks and nose. I'm spitting up blood. (Small pin head area on tissue possibly blood) I've been fed posion in

ABRASION /// CONTUSION # BURN xx FRACTURE Z LACERATION / ____ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

~~O~~ the Cafateria 8-10 times and when you've been fed posion you come up bleeding. My teeth raw too.

O No signs of any distress

① Chest tender on palpation

A. Alteration in comfort due to chest tenderness and belief of being poisoned.

A Alteration in MS. Will

P Call Dr Siddiq - Medicate and Educate I.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 800 mg P.O | 0410 | Caw |
| Tums ii P.O | 0410 | Caw |
| T.O. Dr Siddiq / JCawthorne | | |

DIAGNOSIS MH Problems / Chest tenderness / Volitale

INSTRUCTIONS TO PATIENT Return to see Dr Siddiq Monday at 7:30 AM

DISCHARGE DATE 4/24/05 TIME 0415 AM/PM

RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE JCawthon RN DATE 4/24

PHYSICIAN'S SIGNATURE [signature] 4/28/05 DATE

CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Eastland, David | 115661 | [redacted] | B/M | Bullock |

PHS-MD-70007 (White – Record Copy, Yellow – Pharmacy Copy)



PRISON HEALTH SERVICES INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: David Eastland Date of Request: ?-?-05
ID # 115661 Date of Birth: [redacted] Location: H-30
Nature of problem or request: Need Antihistamine ... [illegible]

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____
Time: ____________ AM PM
Allergies: ________________

RECEIVED
Date:
Time:
Receiving Nurse Intials ______

**(S)ubjective:**

**(O)bjective (V/S):** T: ________ P: ________ R: ________ BP: ________ WT: ________

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

~~Check One: ROUTINE ( ) EMERGENCY ( )~~

If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

_SIGNATURE AND TITLE_

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)

# MEDICATION ADMINISTR ION RECORD

03/01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| BENZTROPINE (COGENTIN) 2MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5112752 KERN, M.D. (MHM PSY), EDWARD ,<br>START - 01/24/2004 STOP - 04/22/2004 | 1100<br>1700 | [handwritten initials] |
| DIPHENHYDRAMINE INJ (25X1CC) 50MG/CC VIAL<br>INJECT 50MG INTRAMUSCULAR TWICE DAILY AS NEEDED FOR EPS<br>RX: 5118337 KERN, M.D. (MHM PSY), EDWARD ,<br>START - 01/27/2004 STOP - 04/25/2004 | PRN | |
| HALOPERIDOL (HALDOL) 10MG TAB<br>TAKE 3 TABLET(S) BY MOUTH AT 5PM<br>RX: 5118746 KERN, M.D. (MHM PSY), EDWARD ,<br>START - 01/27/2004 STOP - 04/25/2004 | 1700 | |
| DIPHENHYDRAMINE (BENADRYL) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT 5PM<br>RX: 5118749 KERN, M.D. (MHM PSY), EDWARD ,<br>START - 01/27/2004 STOP - 04/25/2004 | 1700 | [handwritten initials] |
| KETOCONAZOLE (NIZORAL) 200MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 5259635 SIDDIQ, M.D., TAHIR , MD<br>START - 02/25/2004 STOP - 03/15/2004 | | |
| HYDROCORTISONE CRM (30GM) 1% CRM<br>APPLY AS DIRECTED TWICE DAILY<br>RX: 5259644 SIDDIQ, M.D., TAHIR , MD<br>START - 02/25/2004 STOP - 03/15/2004 | KOP | Given 2/20/04 |
| TOLNAFTATE CREAM (15GM) 1% CRM<br>APPLY TWICE DAILY TO FEET<br>RX: 5259652 SIDDIQ, M.D., TAHIR , MD<br>START - 02/25/2004 STOP - 03/15/2004 | KOP | |
| TRIPLE ANTIB (NEOSPORIN-15GM) OIN<br>APPLY TO BACK AS DIRECTED<br>RX: 5259664 SIDDIQ, M.D., TAHIR , MD<br>START - 02/25/2004 STOP - 03/15/2004 | KOP | |
| Tape et gauze x 6 months QWK<br>3/01/04 → 9/01/04 | KOP | ✓VSL |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 03/01/2004 THROUGH 03/31/2004

Physician SIDDIQ, M.D., TAHIR | Telephone No. | Medical Record

Alt. Physician | Alt. Telephone

Allergies NONE KNOWN | Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: D. Anderson Title: LPN Date: 3/31

PATIENT EASTLAND, DAVID | PATIENT CODE 115661 | ROOM NO. 1 | BED | FAC

# MEDICATION ADMINISTRATION RECORD

(11)

STDT01

| MEDICATIONS | HOUR | 1–28 |
|---|---|---|
| Haldol Dec. 100mg IM q3wks x 90 days 3/16/04 → 6/16/04 Sanders | | <AW> |
| Keflex 500 mg Tid x 10 days 3/25/04 4/4/04 | 0400 / 1100 / 1700 | |
| AF cream x 20 days 3/25/04 4/14/04 | KOP | |
| Triamcinolone cream x 20 days 3/25/04 4/14/04 | KOP | |
| TAO x 20 days 3/25/04 4/14/04 | KOP | |
| H/C x 20 days 3/25/04 4/14/04 | KOP | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3/01/04 THROUGH 3/31/04

Physician | Telephone No. | Medical Record

Alt. Physician | Alt. Telephone

Allergies NKA | Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: B[illegible] Title: LPN Date: 3/[illegible]

PATIENT Eastland, David | PATIENT CODE 115661 | ROOM NO. | BED | FAC Bw

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PSYCHOTROPIC MEDICATION REPORT**

INMATE NAME: Eastman, David

AIS #: 115661 LOCATION: BCCF

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date 03/11/04 |
|---|---|---|---|
| Geodon | 30 mg po | QD. | |

**PROBLEM REPORTED:**
Side effects:____ Medication-Related Problem:____ Non-Compliance: ✓
Explanation:
Requested that po Geodon 30mg be given @ 1700 instead of 0400.

Reported by: A. R. Williams RN Date: 03/08/04

**MENTAL HEALTH NURSE FOLLOW-UP:**
Ref to psychiatrist for change of po pill time

Follow-Up by: A. R. Williams RN Date: 03/08/04

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: Date:

| Inmate Name | AIS # |
|---|---|
| | |

DOC Form #458-01

AR 458 – August 30, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Eastland, David

AIS #: 115661 LOCATION: BCCF

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Haldol | 3 amp | Q 1 wk SP. | |

PROBLEM REPORTED:
Side effects:____ Medication-Related Problem:____ Non-Compliance: ✓

Explanation:
I just want the Haldol shot - no pills

Reported by:________ Date:________

MENTAL HEALTH NURSE FOLLOW-UP:

Ref to Psychiatrist for evaluation

Follow-Up by: H. R. Williams Date: 04/10/04

PSYCHIATRIC REVIEW/PLAN:

Follow-Up by: [signature] Date: 4/19/04

| Inmate Name | AIS # |
|---|---|
| | |

DOC Form #458-01

AR 458 – August 30, 2001

# MEDICATION ADMINISTR ATION RECORD

Pg II of II

STDT01

| MEDICATIONS | HOUR | 1–28 |
|---|---|---|
| HC X 20 days 3/25/04 4/14/04 | KOP | |
| Tape et gauge QWK X6 month 3/01/04 – 9/01/04 | KOP | |
| Haldol 20mg po qhs X 90 days 4/21 → 7/21/04 Webb | 1700 | → A R A A A A A A A |
| Benadryl 50mg po/IM BID prn EPS X 90 days 4/21 → 7/21/04 Webb | 1100 1700 PRN | A A A A A A A A A / A R A A A A A A |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4-01-04 THROUGH 4-31-04

Physician Dr. Siddiq

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record N

Allergies None Known.

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By L. Anderson Title: LPN Date: 3/2

PATIENT Eastland David

PATIENT CODE 115661

ROOM NO.

BED

FACIL B

# MEDICATION ADMINISTR[illegible]ION RECORD

04/01/2004

STDT01

Pg I of II

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1–28 |
|---|---|---|
| BENZTROPINE (COGENTIN) 2MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5112752 KERN, M.D. (MHM PSY), EDWARD ,<br>START - 01/24/2004 STOP - 04/22/2004 | 1100<br>1700 | A A A A A A A A A A A A A A A A A A A A A<br>A A A A A A A A A A A A A A A A D/ced |
| DIPHENHYDRAMINE INJ (25X1CC) 50MG/CC VIAL<br>INJECT 50MG INTRAMUSCULAR TWICE DAILY AS NEEDED FOR EPS<br>RX: 5118337 KERN, M.D. (MHM PSY), EDWARD ,<br>START - 01/27/2004 STOP - 04/25/2004 | PRN | R/o 4/21/04 |
| HALOPERIDOL (HALDOL) 10MG TAB<br>TAKE 3 TABLET(S) BY MOUTH AT 5PM<br>RX: 5118746 KERN, M.D. (MHM PSY), EDWARD ,<br>START - 01/27/2004 STOP - 04/25/2004 | 1700 | A A A A A A A A A A A A A A A A — R/o 4/21/04 |
| DIPHENHYDRAMINE (BENADRYL) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT 5PM<br>RX: 5118749 KERN, M.D. (MHM PSY), EDWARD ,<br>START - 01/27/2004 STOP - 04/25/2004 | 1700 | A A A A A A A A A A A A A A A A — R/o 4/21/04 |
| HALOPERIDOL DEC. (10X1CC) 100MG/CC VIAL<br>INJECT 100MG INTRAMUSCULAR EVERY 3 WEEKS<br><<PROFILE ONLY DO NOT SEND>><br>RX: 5361009 SANDERS, M.D. (MHM), WILLIAM ,<br>START - 03/17/2004 STOP - 06/14/2004 | 0730 | (5) CBP 7 ... (26) X [illegible] X |
| Keflex 500mg tid x10 days<br>3/25/04 4/04/04 | 0400<br>1100<br>1700 | X X X A A A A A A A STOP |
| AF Cream x 20days<br>3/25/04 4/14/04 | K.O.P. | |
| Triamcinolone Cream x 20day | K.O.P. | |
| TAO x 20day<br>3/25/04 4/14/04 | K.O.P. | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 04/01/2004 THROUGH 04/30/2004

Physician SANDERS, M.D. (MHM), WILLIAM

Telephone No.

Medical Record N[illegible]

Alt. Physician

Alt. Telephone

Allergies NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: L. Anderson Title: LPN Date: 3/2[illegible]

PATIENT EASTLAND, DAVID

PATIENT CODE 115661

ROOM NO. 1

BED

FACIL

# MEDICATION ADMINISTR ATION RECORD

Pg II of II

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BeN-Gay x 20days 5/12 - 6/01/04 Siddiq | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Antifungal Cream x 20day 5/12 - 6/01/04 Siddiq | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAB x 20days 5/12 - 6/01/04 Siddiq | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hc cream x 20 Days 5/20 - 6/11/04 Siddiq | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5/12 THROUGH 5/31/04

Physician

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record N 115661

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: CJohnson Title: Lpn Date 5/12/0

PATIENT Eastland, David

PATIENT CODE 175661

ROOM NO.

BED

FACI

# MEDICATION ADMINISTRATION RECORD

05/01/2004
STDT01

I of II

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1–28 |
|---|---|---|
| HALOPERIDOL DEC. (10X1CC) 100MG/CC VIAL INJECT 100MG INTRAMUSCULAR EVERY 3 WEEKS ((PROFILE ONLY DO NOT SEND)) RX: 5361009 SANDERS, M.D. (MHM), WILLIAM , START - 03/17/2004 STOP - 06/14/2004 | 0730 | R/O 5/5/04 |
| HALOPERIDOL (HALDOL) 20MG TAB TAKE 1 TABLET(S) BY MOUTH AT BEDTIME RX: 5524463 WEBB, N.P. (MHM PSY), MARTTY , START - 04/22/2004 STOP - 07/20/2004 | 1700 | A Su A R/O 5/5/04 |
| DIPHENHYDRAMINE (BENADRYL) 50MG CAP TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY AS NEEDED EPS RX: 5524472 WEBB, N.P. (MHM PSY), MARTTY , START - 04/22/2004 STOP - 07/20/2004 | P 1100 R 1700 N | Su A R/O 5/5/04 |
| DIPHENHYDRAMINE INJ (25X1CC) 50MG/CC VIAL INJECT 50MG INTRAMUSCULAR TWICE DAILY AS NEEDED FOR EPS RX: 5524481 WEBB, N.P. (MHM PSY), MARTTY , START - 04/22/2004 STOP - 07/20/2004 | P R N | R/O 5/5/04 |
| HF Cream, HC cream TAB and BenGay x 20 days 5/03 → 5/23/04 | KOP | |
| Haldol Dec 100mg IM q 3 wks x 90 days 5/5/04 - 8/5/04 | 0730 | X (18) X |
| Haldol 20 mg PO q HS x 90 days 5/5/04 - 8/5/04 | 1700 | A A A A A A A A A A A A A A A A A A A A |
| Benadryl 50 mg BID x 90 days 5/5/04 - 8/5/04 | 1100 1700 | A A A A A A A A A A A A A A A A A A A A A A |
| HC cream x 20 days 5/12 - 6/01/04 Sick call | KOP | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/2004 THROUGH 05/31/2004

Physician WEBB, N.P. (MHM PSY), MARTTY

Alt. Physician

Allergies NONE KNOWN

Telephone No.

Alt. Telephone

Medical Record No.

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: A. Thomas Title: LPN Date: 4-2

PATIENT EASTLAND, DAVID

PATIENT CODE 115661

ROOM NO. 1

BED

FACIL 1

1 of 1

# MEDICATION ADMINISTRATION RECORD

06/01/2004

STDT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR |
|---|---|
| HALOPERIDOL (HALDOL) 20MG TAB<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME<br>RX: 5587434 SANDERS, M.D. (MHM), WILLIAM ,<br>START - 05/06/2004 STOP - 08/03/2004 | 1700 |
| DIPHENHYDRAMINE (BENADRYL) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY<br>RX: 5587440 SANDERS, M.D. (MHM), WILLIAM ,<br>START - 05/06/2004 STOP - 08/03/2004 | 1100<br>1700 |
| HALOPERIDOL DEC. (10X1CC) 100MG/CC VIAL<br>INJECT 100MG INTRAMUSCULAR EVERY 3-WEEKS<br>RX: 5587444 SANDERS, M.D. (MHM), WILLIAM ,<br>START - 05/06/2004 STOP - 08/03/2004 | 0730 |
| TOLNAFTATE CREAM (15GM) 1% CRM<br>USE AS DIRECTED<br>RX: 5619545 SIDDIQ, M.D. (MD DIR, TAHIR , M<br>START - 05/13/2004 STOP - 06/01/2004 | K O P. |
| HYDROCORTISONE CRM (30GM) 1% CRM<br>APPLY AS DIRECTED<br>RX: 5619549 SIDDIQ, M.D. (MD DIR, TAHIR , M<br>START - 05/13/2004 STOP - 06/01/2004 | K O P |
| TRIPLE ANTIB.(NEOSPORIN-15GM) OIN<br>APPLY AS DIRECTED<br>RX: 5619571 SIDDIQ, M.D. (MD DIR, TAHIR , M<br>START - 05/13/2004 STOP - 06/01/2004 | K O P |
| ANALGESIC BALM (30GM) OIN<br>APPLY AS DIRECTED<br>RX: 5619589 SIDDIQ, M.D. (MD DIR, TAHIR , M<br>START - 05/13/2004 STOP - 06/01/2004 | K O P. |
| Cleocin 300mg PO tid x 10 Days 6/3-6/13/04 Siddiqi | 1100<br>1700<br>2100 |
| Tylenol 650mg PO tid x 10 Days 6/3-6/13/04 Siddiqi | 1100<br>1700<br>2100 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 06/01/2004 THROUGH 06/30/2004

Physician SIDDIQ, M.D. (MD DIR, TAHIR

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No.

Allergies NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By L. Anderson / A. Thomas Title: LPN

Date:

PATIENT EASTLAND, DAVID

PATIENT CODE 115661

ROOM NO. 1

BED

FACILITY 1

# MEDICATION ADMINISTR ·ION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haldol Dec 100mg IM now. 6/21/04 | 1325 | | | | | | | | | | | | | | | | | | | | X | X | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 6/21/04 THROUGH 6/30/04

Physician

Telephone No.

Medical Record

Alt. Physician

Alt. Telephone

Allergies NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: A.D. Grant Title: LPN Date: 6/

PATIENT Eastland, David

PATIENT CODE 115661

ROOM NO.

BED

FAC B

# MEDICATION ADMINISTR ION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haldol Dec 100mg IM q 3 wks X 90 days 7/28/04 - 10/28/04 | 0730 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HC x 20 days 7/30/04 to 8/18/04 | KOP | When Available | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAB x 20 days 7/30/04 to 8/18/04 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AF x 20 days 7/30/04 to 8/18/04 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ben Gay 7/30/04 to 8/18/04 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7/28/04 THROUGH 10/28/04

Physician | Telephone No. | Medical Record

Alt. Physician | Alt. Telephone

Allergies NKDA | Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: A.D. Grant Title: LPN Date: 7/2

PATIENT Eastland, David | PATIENT CODE 115661 | ROOM NO. | BED | FACI Bu

I

# MEDICATION ADMINISTR ION RECORD

07/01/2004

STDT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| HALOPERIDOL (HALDOL) 20MG TAB<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME<br>RX: 5587434 SANDERS, M.D. (MHM), WILLIAM ,<br>START - 05/06/2004 STOP - 08/03/2004 | 1700 | [initials] R/O 7/28 |
| DIPHENHYDRAMINE (BENADRYL) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY<br>RX: 5587440 SANDERS, M.D. (MHM), WILLIAM ,<br>START - 05/06/2004 STOP - 08/03/2004 | 1100<br>1700 | [initials] R/O 7 |
| HALOPERIDOL DEC. (10X1CC) 100MG/CC VIAL<br>INJECT 100MG INTRAMUSCULAR EVERY 3-WEEKS<br>RX: 5587444 SANDERS, M.D. (MHM), WILLIAM ,<br>START - 05/06/2004 STOP - 08/03/2004 | 0730 | —— R/O 7/06/04 |
| Haldol Dec. 100mg this Thur. & q3wks x 90 days<br>7/06 → 10/06/04 Sanders | 0730 | [initials] R/O 7/2 |
| Ben-Gay use as directed x 20days<br>7/12 - 8/01/04 Siddiqi | KOP | |
| HC cream x 20 days<br>7/12 - 8/01/04 Siddiqi | KOP | |
| AF cream x 20days<br>7/12 - 8/01/04 Siddiqi | KOP | |
| Haldol 20mg HS x 90 days<br>7/28/04 - 10/28/04 | 1700 | |
| Benadryl 50 BID x 90 days<br>7/28/04 - 10/28/04 | 1100<br>1700 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 07/01/2004 THROUGH 07/31/2004

Physician SANDERS, M.D. (MHM), WILLIAM

Telephone No.

Medical Record N

Alt. Physician

Alt. Telephone

Allergies NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: L. Anderson / A.D. Grant LPN Title: LPN Date: 7-

PATIENT EASTLAND, DAVID

PATIENT CODE 115661

ROOM NO. 1

BED

FACI

# MEDICATION ADMINISTR[illegible]ION RECORD

08/01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | Administration (days 1–31) |
|---|---|---|
| HALOPERIDOL (HALDOL) 20MG TAB<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME<br>RX: 5587434 SANDERS, M.D. (MHM), WILLIAM ,<br>START - 05/06/2004 STOP - 08/03/2004 | | R/O 7-28-04 |
| DIPHENHYDRAMINE (BENADRYL) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY<br>RX: 5587440 SANDERS, M.D. (MHM), WILLIAM ,<br>START - 05/06/2004 STOP - 08/03/2004 | | R/O |
| HALOPERIDOL DEC. (10X1CC) 100MG/CC VIAL<br>INJECT 100MG INTRAMUSCULAR THIS THURSDAY AND THEN EVERY TWO WEEKS ((PROFILE ONLY DO NOT SEND)) | 0730 | R/O |
| RX: 5871604 SANDERS, M.D. (MHM), WILLIAM ,<br>START - 07/07/2004 STOP - 10/04/2004 | | |
| Haldol - 20mg PO q HS X-90 days 7-28-04 → 10-28-04 | 1700 | A A A A A R A [illegible] A A A [illegible] |
| Benadryl - 50mg P.O. BID X-90 days 7-28-04 → 10-28-04 | 1100 | [illegible] A A A [illegible] A [illegible] |
| | 1700 | A A A A A R A R R A A A A A A [illegible] R R [illegible] |
| Haldol Dec. - 100mg IM q 3wks X-90 days 7-28-04 → 10-28-04 | 07:30 | (RP) [day 4–5]; X 9B X [day 23] |
| | | |
| | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 08/01/2004 THROUGH 08/31/2004

Physician SANDERS, M.D. (MHM), WILLIAM

Telephone No.

Medical Record N[illegible]

Alt. Physician

Alt. Telephone

Allergies NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By G. Thomaston

Title:

Date: 8-[illegible]

PATIENT EASTLAND, DAVID

PATIENT CODE 115661

ROOM NO. 1

BED

FACIL[illegible] 1

# MEDICATION ADMINISTRATION RECORD

09/01/2004
STDT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIPHENHYDRAMINE (BENADRYL) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY<br>RX: 5988337 SANDERS, M.D. (MHM), WILLIAM<br>START - 07/29/2004 STOP - 10/26/2004 | 1100<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALOPERIDOL DEC. (10X1CC) 100MG/CC VIAL<br>INJECT 100MG INTRAMUSCULAR EVERY 3-WEEKS<br>RX: 5988340 SANDERS, M.D. (MHM), WILLIAM<br>START - 07/29/2004 STOP - 10/26/2004 | 0730 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Haldol - 20 mg PO q HS X - 90 days<br>7-28-04 → 10-28-04 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benzoyl peroxide (1 tube) X 20 days 9-27 — 10-17-04 | Kop | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAO X (1 tube) X 20 days<br>9-27-04 — 10-17-04 | Kop | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HC cream X 20 days (1 tube)<br>9-27-04 — 10-17-04 | Kop | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AF cream X 20 days Kop (1 tube)<br>9-27-04 → 10-17-04 | Kop | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 09/01/2004 THROUGH 09/30/2004

Physician SANDERS, M.D. (MHM), WILLIAM

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No.

Allergies NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: L. Anderson LPN

Title: LPN

Date: 8-30

PATIENT

EASTLAND, DAVID

PATIENT CODE 115661

ROOM NO. 1

BED

FACILITY 1

# MEDICATION ADMINISTR ION RECORD

I of II

10/01/2004

STDT01

(BUL-465) BULLOCK CORRECTIONAL FAC

MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 2

DIPHENHYDRAMINE (BENADRYL) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY
RX: 5988337 SANDERS, M.D. (MHM), WILLIAM ,
START - 07/29/2004 STOP - 10/26/2004

1100 [handwritten initials]
1700 DD [handwritten initials]

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 2

HALOPERIDOL DEC. (10X1CC) 100MG/CC VIAL
INJECT 100MG INTRAMUSCULAR EVERY 3-WEEKS
RX: 5988340 SANDERS, M.D. (MHM), WILLIAM ,
START - 07/29/2004 STOP - 10/26/2004

07:30 (BP) ... (BP)

Haldol - 20 mg PO
q HS X-90 days
7-28-04 → 10-28-04

1700 DD [handwritten initials]

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

H/C cr. ~~X-30 days~~
9-27-04 → 10-17-04
KOP

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

AF cream X-20
9-27-04 → 10-17-04
KOP

Benzoyl peroxide
9-27-04 10-17-04
KOP

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

TAO cream X-20 day
9-27-04 → 10-17-04
KOP

MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 2

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | |
|---|---|---|---|
| CHARTING FOR 10/01/2004 | THROUGH 10/31/2004 | | |
| Physician SANDERS, M.D. (MHM), WILLIAM | | Telephone No. | Medical Record |
| Alt. Physician | | Alt. Telephone | |
| Allergies NONE KNOWN | | Rehabilitative Potential | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: A. Thomas Title: LPN | Date: 10- |
| PATIENT EASTLAND, DAVID | PATIENT CODE 115661 | ROOM NO. 1 | BED / FAC |

# MEDICATION ADMINISTF ION RECORD

II of II

STDT01

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| HC Cream KOP for 20days 10/12 - 11/1/04 | KOP | |
| TAB ointment KOP for 20 days 10/12 - 11/1/04 | KOP | |
| Benzyl Peroxide Ointment KOP for 20 days 10/12 - 11/1/04 | KOP | |
| Anti-Fungal Cream KOP for 20 days 10/12 - 11/1/04 | KOP | |
| KeFlex 500mg PO TID x10day 10-21-04 - 10-31-04 | 0400<br>1100<br>1700 | [illegible initials] |
| | | |
| | | |
| | | |
| | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/01/04 THROUGH 10/31/04

Physician | Telephone No. | Medical Record N

Alt. Physician | Alt. Telephone

Allergies NKA | Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: [signature] LPN Title: LPN Date: 10/1

PATIENT Eastland, David | PATIENT CODE 115661 | ROOM NO. | BED | FACI BC

# MEDICATION ADMINISTF ION RECORD

II

STDT01

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Keflex - 500mg PO X-10 days 11-10-04 → 11-21-04 | 0400 1100 1700 | → A A A A A A A A A A |
| Percogesic 1/1 - 2/2 tabs tid PRN x10 days 12/17/04 to 12/27/04 | PRN | |

MEDICATIONS HOUR

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/01/04 THROUGH 11/30/04

Physician | Telephone No. | Medical Record N

Alt. Physician | Alt. Telephone

llergies | Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: Q. Thomas Title: LPN Date: 11-1

PATIENT Eastland David | PATIENT CODE 115661 | ROOM NO. | BED | FACIL

# MEDICATION ADMINISTI ΙΙΟΝ RECORD

11/01/2004

STDT01

I of II (BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1–28 |
|---|---|---|
| HYDROCORTISONE CRM (30GM) 1% CRM APPLY TO AFFECTED AREAS AS DIRECTED *KEEP ON PERSON* RX: 6362314 SIDDIO, M.D., TAHIR, MD START - 10/14/2004 STOP - 11/02/2004 | KOP | |
| TRIPLE ANTIB. (NEOSPORIN-30GM) OIN APPLY TO AFFECTED AREAS AS DIRECTED *KEEP ON PERSON* RX: 6362317 SIDDIO, M.D., TAHIR, MD START - 10/14/2004 STOP - 11/02/2004 | KOP | |
| BENZOYL PEROXIDE LOT (30ML) 5% LOT APPLY TO AFFECTED AREAS AS DIRECTED *KEEP ON PERSON* RX: 6362319 SIDDIO, M.D., TAHIR, MD START - 10/14/2004 STOP - 11/02/2004 | KOP | |
| TOLNAFTATE CREAM (15GM) 1% CRM APPLY TO AFFECTED AREAS AS DIRECTED *KEEP ON PERSON* RX: 6362328 SIDDIO, M.D., TAHIR, MD START - 10/14/2004 STOP - 11/02/2004 | KOP | |
| Benadryl 50mg cap take 1 by mouth BID | | STOP Reorder See Below |
| Haldol 20mg P.O q HS x 90 Days 7-28-04 – 10-28-04 | | STOP Reorder See Below |
| Benadryl 50mg PO BID x 90 10/26/04 – 1/26/05 | 0400 1700 | NOT ON MAR [illegible handwritten initials and circled entries] |
| Haldol 20mg PO @ HS x 90 10/26/04 – 1/26/05 | 1700 | NOT ON MAR [illegible handwritten initials and circled entries] |
| HAL DOL Deconate 100mg IM q 2 weeks x 90 10/21/04 – 1/26/05 | | [illegible handwritten initials] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/01/2004 THROUGH 11/30/2004

Physician SIDDIO, M.D., TAHIR

Telephone No.

Medical Record

Alt. Physician

Alt. Telephone

Allergies NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: Mary Scott Title: LPN Date: 11/[illegible]

PATIENT EASTLAND, DAVID

PATIENT CODE 115661

ROOM NO. 1

BED

FACI

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Periogesic 1-2 Tubs PO Tid PRN X10DAYS 12-17-04 12-27-04 | | | | | | | | | | | | | | | | | [illegible] | | | | [illegible] | | [illegible] | | | | [illegible] | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12-17-04 THROUGH 12-31-04

Physician [illegible]

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record N 11516

Allergies

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: K-mcclain Title: Date:

PATIENT Eastland David

PATIENT CODE 115161

ROOM NO.

BED

FACI B

# MEDICATION ADMINISTI[illegible]ION RECORD

STDT01

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Haldol Dec Inject 100mg IM q2 WKS 12-8-04 → 2/8/05 | 0730 | →BP← |
| Haldol 20mg po qday X90D 12-8-04 → 2/8/05 | 1700 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31<br>A A A A A A A A A A A R R R R R R R R R R R R R R R |
| Benadryl 50mg po Bid X90D 12/8/04 → 2/8/05 | 1100<br>1700 | A A A A A A A A A A A R R R R R R R R R R R R<br>A A A A A A A A A A A R R R R R R R R R R R R |
| Bactrim DS i Po BID x10 days 12/10/04 to 12/19/04 | 1100<br>1700 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31<br>→A [illegible]<br>→A [illegible] |
| AF Cream x 20 days (will come to Hcu to get cream Apple) 12/10/04 to 12/29/04 | K C G | |
| HC x 20 days 12/10/04 to 12/29/04 | K C G | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| TAO x 20 days 12/10/04 to 12/29/04 | K C G | |
| Haldol Deconate 200mg IM q 3weeks X90 12/13/04-3/13/05 | 0730 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31<br>Started 12/21/04 → |
| Tylenol #3 i/ii P.O. q6° prn 12/16/04 — | | D/C [illegible] 12/[illegible] |
| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12-1-04 THROUGH 12-31-04

Physician: Sanders

Alt. Physician:

Telephone No.:

Alt. Telephone:

Medical Record No.:

Allergies: NKDA

Rehabilitative Potential:

Diagnosis:

Medicaid Number:

Medicare Number:

Complete Entries Checked: By: D. Smiley Title: LPN Date:

PATIENT: Eastland David

PATIENT CODE: 115661

ROOM NO.:

BED:

FACIL:

# MEDICATION ADMINISTR...TION RECORD

01/01/2005

STDT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR |
|---|---|
| DIPHENHYDRAMINE (BENADRYL) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY<br>RX: 6634261 SANDERS, M.D. (MHM), WILLIAM,<br>START - 12/10/2004 STOP - 03/09/2005 | 1100<br>1700 |
| HALOPERIDOL (HALDOL) 20MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 6636997 SANDERS, M.D. (MHM), WILLIAM,<br>START - 12/10/2004 STOP - 03/09/2005 | 1700 |
| HALOPERIDOL DEC. (10X1CC) 100MG/CC VIAL<br>INJECT 2 CC =200MG INTRAMUSCULAR EVERY 3 WEEKS<br>RX: 6660461 SANDERS, M.D. (MHM), WILLIAM,<br>START - 12/15/2004 STOP - 03/14/2005 | 0730 |
| Ibuprofen 800mg tid PRN x 10 days<br>start stop | 0400<br>1100<br>1700 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 01/01/2005 THROUGH 01/31/2005

Physician SANDERS, M.D. (MHM), WILLIAM

Telephone No.

Medical Record No.

Alt. Physician

Alt. Telephone

Allergies NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: A. Thomas Title: LPN Date: 1/2/3

PATIENT EASTLAND, DAVID

PATIENT CODE 115601

ROOM NO. 1

BED

FACIL