# MEDICATION ADMINISTRATION RECORD

02/01/2005

(BUL-465) BULLOCK CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIPHENHYDRAMINE (BENADRYL) 50MG CAP TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY RX: 6634261 SANDERS, M.D. (MHM), WILLIAM START - 12/10/2004   STOP - 03/09/2005 | 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALOPERIDOL (HALDOL) 20MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY RX: 6636777 SANDERS, M.D. (MHM), WILLIAM START - 12/10/2004   STOP - 03/09/2005 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALOPERIDOL DEC. (10X1CC) 100MG/CC VIAL INJECT 2 CC  =200MG INTRAMUSCULAR EVERY 3 WEEKS RX: 6660461 SANDERS, M.D. (MHM), WILLIAM START - 12/15/2004   STOP - 03/14/2005 | 0730 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Motrin 800 mg Po
TID Pc X10
1/29 - 2/7/07
DC X 2 days
2/14/05 to 3/5/05

Haldol Dec. 200mg IM
q3wks x 90 days
2/22 → 5/22/05  Sanders

Haldol 20mg po qday x
90 days
2/22 → 5/22/05  Sanders

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 02/01/2005 | THROUGH | 02/28/2005 | |
|---|---|---|---|---|
| Physician  SANDERS, M.D. (MHM), WILLIAM | | Telephone No. | | Medical Record N |
| Alt. Physician | | Alt. Telephone | | |
| ergies  NONE KNOWN | | Rehabilitative Potential | | |

| Diagnosis | | | | |
|---|---|---|---|---|
| Medicaid Number | Medicare Number | Complete Entries Checked: By: L. Rodgers | Title: LPN | Date: 1-2 |
| PATIENT  EASTLAND, DAVID | | PATIENT CODE 115601 | ROOM NO. RTU | BED  FACIL |

# MEDICATION ADMINIS ATION RECORD

03/01/2005
STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(BUL-465) BULLOCK CORRECTIONAL FAC

DIPHENHYDRAMINE (BENADRYL) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  TWICE DAILY      1100
RX:   6634261 SANDERS, M.D. (MHM), WILLIAM,   1700
START - 12/10/2004      STOP - 03/09/2005      D/ced 3/17/06

HALOPERIDOL DEC. (10X1CC) 100MG/CC VIAL
INJECT 2 CC   =200MG INTRAMUSCULAR ONCE      0730
EVERY 3 WEEKS FOR 90 DAYS
RX:   6996152 SANDERS, M.D. (MHM), WILLIAM,
START - 02/23/2005      STOP - 05/23/2005      R/o 3/14/05

HALOPERIDOL (HALDOL) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY FOR 90 DAYS

RX:   6996158 SANDERS, M.D. (MHM), WILLIAM,   1700
START - 02/23/2005      STOP - 05/23/2005      Dr'd 3/14/05

AF Cream X 20 day

2/14 - 3/5/05      1100 today
Haldol Dec 200mg IM
q 2 wks X 90 days   Sanders 0730

3/15/05 —> 6/15/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 03/01/2005 | THROUGH | 03/31/2005 | |
|---|---|---|---|---|
| Physician    SANDERS, M.D. (MHM), WILLIAM | | Telephone No. | | Medical Record No. |
| Alt. Physician | | Alt. Telephone | | |
| Allergies    NONE KNOWN | | Rehabilitative Potential | | |
| Diagnosis | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: Nancy Skyzard LPN   Title:    Date: 2/27/05 | | |
| PATIENT     EASTLAND, DAVID | | PATIENT CODE 115601 | ROOM NO. RTU | BED   FACILITY C |

# MEDICATION ADMINIST   .TION RECORD

04/01/2005

(BUL-465) BULLOCK CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HALOPERIDOL DEC. (10X1CC) 100MG/CC VIAL<br>INJECT 2 CC  =200MG INTRAMUSCULAR ONCE<br>EVERY 3 WEEKS FOR 90 DAYS<br>RX:   6996152 SANDERS, M.D. (MHM), WILLIAM ,<br>START - 02/23/2005    STOP - 05/23/2005 | 0730 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALOPERIDOL (HALDOL) 20MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY FOR 90 DAYS<br><br>RX:   6996152 SANDERS, M.D. (MHM), WILLIAM ,<br>START - 02/23/2005    STOP - 05/23/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Haldol Dec. 200 mg IM*
*q 3 weeks × 90 days.*  0730
*4/14/05 - 7/14/05  Sanders*

*Haldol 20 mg PO*
*q PM × 90 days*  1900
*4/14/05 - 7/14/05  Sanders*

---

| | | | |
|---|---|---|---|
| CHARTING FOR | 04/01/2005 | THROUGH | 04/30/2005 |
| Physician | SANDERS, M.D. (MHM), WILLIAM | Telephone No. | |
| Alt. Physician | | Alt. Telephone | Medical Record N |
| 'ergies | NO KNOWN DRUG ALLERGY | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By  *J Stringer* | Title: *Lpn* | Date: 3/2, |
|---|---|---|---|---|
| PATIENT | | PATIENT CODE | ROOM NO. | BED  FACILI |
| EASTLAND, DAVID | | 115661 | 1 | |

Appt. Date: _____                                          Auth #: _____

## NaphCare *(National Prison HealthCare)*
### Hospital/Consultant Referral Form

Inmate Name: David Eastland    AIS#: 115661    Date: 8-25-03

DOB: ████████    Race: B    Sex: M    Allergies: NKA

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments):

_sp surgical consultation, medical colonoscopy._

**SERVICES REQUESTED/PROVIDER:** _Colonoscopy_

7/25/03                Signature (M.D.): _____

Pertinent Chronic Conditions/Diagnosis: NONE

DOC Facility: Bullock 5011                Time Out: _____

Receiving Facility/Hospital: _____        Return Time: _____

Route of Transportation: (X) ____ Ambulance ____ (DOC Van) ____ Other: _____

Date & Result/Last PPD: 5-9-02 0mm    Date & Result/Last Chest X-Ray 6-5-02 Normal

J Brown RN HSA
8/25/03

**OFFSITE HEALTHCARE REPORT:** _____

Orders/Recommendations: _____

Physician: _____    Date: _____    Time: _____

Notify (Facility): _____    at: # ( ) _____ of patient's discharge.

Advanced Medical Directive: Yes _____ (Attached) No _____

Report called to: (Name/Title): _____

Signature & Title: _____    Date: _____
                                        Date: _____

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Sharon Hauser, R.N. Director of Utilization Review* 205-458-8370 or 1-800-771-0315

UTILIZATION MANAGEMENT REFERRAL REVIEW FORM **PHS**

F must be Complete and Legible. You must Type or Pr
*Please send this form w*    *Authorization Letter to the service provider at th    the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Bullock 832 | **Patient Name: (Last, First,)** EASTERLING. DAVID | **Date: (mm/dd/yy)** 11.24.04 |
| **Site Phone #** (334) 738.5625 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ▓▓▓▓▓▓ |
| **Site Fax #** (334) 738.8263 | **Inmate #** 115661 | **PHS Custody Date: (mm/dd/yy)** 05.09.02 |
| **Will there be a charge?** ☑ Yes ☐ No  **Sex** ☑ Male ☐ Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 03.17.06 |

**Responsible party:** ☐ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

**History of illness/injury/sypmtoms with Date of Onset:**
Pt c̄ ischiorectal
fistula needing
urgent surgical
treatment

**Facility Medical Director Signature and Date:**
___ 11/24

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ___  ☐ Other:___

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**
ischiorectal fistula c̄
constant drainage needing
surgery

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**
Pt needs to consult
on ischiorectal
fistula

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

**UM DETERMINATION:**   ☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested Information.   **Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**
___/___/___  (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| **Cert Type:** | **Med Class:** | **UR Auth #:** |
|---|---|---|

UM Referral review form 2-05-2004

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Eastering, David | **Inmate Number:** | 115661EA |
| **Service Authorized:** | Outpatient Surgery: Op One Day Surgery | **Effective Dates:** | 11/30/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14443388 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility. |
|---|
| **Clinical Summary or Attached Report** |
| |
| |
| |
| |
| |
| *** For security and safety, please do not inform patient of possible follow-up appointments. *** |

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

Dr. Whyte - Surgery
Baptist South
Montgomery, AL
December 15 at 9 Am



BO434900464    EASTERLING,DAVID
DOB:_____ Age:46Y  MR #:571916
Admit Date/Time: 12/14/04    1405P
353 WHYTE,BRIAN R



**Baptist HEALTH**

# OUTPATIENT SURGERY
# POSTOP INSTRUCTIONS

You are urged to follow the specified instructions carefully.  In order to continue your care at home, please follow the instructions checked below.

**1. GENERAL ANESTHESIA, LOCAL ANESTHESIA WITH SEDATION OR REGIONAL ANESTHESIA**
- ☑ Do not drive, operate machinery, power tools or cook a meal for 24 hours.
- ☑ Do not consume alcohol, tranquilizers, sleeping medications or any non-prescribed medication for 24 hours.
- ☐ Do not make important decisions or sign any important papers in the next 24 hours.
- ☑ You should have someone stay with you tonight at home.
- ☐ Children may appear flushed for several hours after surgery.  Do not ride a bicycle, skateboard, or play on gym sets for 24 hours.
- ☐ The blocked extremity may be numb for several hours.  Keep in a sling until all function returns.
- ☑ You may experience a slight sore throat.  You may gargle with salt water or use a throat lozenge.

**2. ACTIVITY**
- ☐ You are advised to go directly home.  Restrict your activities today.  Resume light to normal activity tomorrow.
- ☐ You may resume normal activity today.
- ☐ Specific activity instructions:_____
- ☐ Go to physical therapy.
- ☐ Do not engage in strenuous activity that may place stress on your incision.

**3. FLUIDS AND DIET**
- ☑ Begin with clear liquids, boullion, dry toast or soda crackers.
- ☑ If not nauseated, you may go to a regular diet when you desire.  Greasy and spicy foods are not advised.
- ☐ Special diet_____
- ☑ If nauseated, refrain from heavy foods.  Try dry crackers, clear liquids and jello.  If nausea persists, notify your doctor.

**4. MEDICATIONS**
- ☐ Prescription sent with you.  Use as directed.  When taking pain medications, you may experience dizziness or drowsiness.  Do not drink alcohol or drive when you are taking these medications.  Prescriptions:_____
- ☑ You may take a non-prescription "headache remedy" medication that you normally use with surgeon's approval.  Preferably not containing aspirin.
- ☑ You may resume your daily prescription medication schedule.
- ☐ You may receive a pain injection during your stay with us.  Be aware that the injection may leave a small bruise and the site may be sore to the touch for several days.

**5. OPERATIVE SITE**
- ☐ Keep dressing clean and dry.
- ☐ Do not change dressing unless instructed by physician.
- ☑ Change dressing when soiled or wet.
- ☐ May remove dressing:_____

**6. EXTREMITIES, ARMS, HANDS, LEGS, FEET**
- ☐ Keep operative extremity elevated as much as possible to lessen swelling and discomfort.
- ☐ Apply ice as directed.
- ☐ Observe the affected extremity for circulation or nerve impairment, coldness, change in color, numbness or tingling.

**7. GYNECOLOGICAL PROCEDURES**
- ☐ D & C and Laparoscopic patients may have varying amounts of vaginal discharge for a few days.
- ☐ Laparoscopic patients may develop shoulder pain in first 24 hours from residual gas.

**8. EAR, NOSE OR THROAT**
- ☐ No water or foreign objects in ear.
- ☐ Voice rest for:_____
- ☐ May change the nasal tip dressing as needed and as demonstrated.
- ☐ Keep head of bed elevated.    *See Dr. Whyte in 2weeks*

**9. FOLLOW UP CARE**
- ☐ Your return office appointment is:_____
- ☐ Return to work as instructed by physician.

**Call your surgeon if you have any problems that concern you.  After office hours, you can reach your physician through his/her answering service.
If you need immediate attention, go to the emergency room nearest you.**

**SPECIFIC COMPLICATIONS TO WATCH FOR**

- Fever over 101° F by mouth
- Pain not relieved by medication ordered
- Swelling around operative area

- Increased redness, warmth, hardness of area
- Difficulty breathing
- Persistent nausea and vomiting

- Numbness, tingling, discoloration or cold fingers/toes
- Blood-soaked dressing (small amounts of oozing is normal)
- Increasing drainage from surgical area of exam site.
- Inability to urinate

OTHER INSTRUCTIONS: _Con_ _u_ _order sheet_
_____
_Lortab #3 1-2 tabs by mouth every 6 hours for pain_

Your Name:_____    Relation to patient:_____    Phone:_____

Date:_12/15/04_    Time:_____    Signature:_____    _____NURSE







**Baptist Health.**

# Physician's Orders

Height: _____    Weight: _____

*Drug Sensitivities and Allergies*    ☐ NKDA    ☐ Yes, list: _____

| DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE |
|---|---|---|---|---|---|---|---|
| 'u' or 'U' | Unit | MS, MSO4 MgSO4 | Spell out words | TIW | Spell out words | Per os or OS | Spell out by mouth/oral |
| IU | International Unit | .Xmg | 0.Xmg | ug | microgram | BT | Spell out Bedtime |
| QD/QOD | Spell out words | X.0 mg | 'X' mg | AD, AS, AU | Spell out words | QN or qn | Spell out Nightly or at Bedtime |

| Date | Time | |
|---|---|---|
| 12/15/04 | | ① DC HOME. |
| | | ② SITZ BATH Φ6° AND PRN. |
| | | ③ DO NOT REMOVE SETON |
| | | ④ SEE ME IN 3 WEEKS |
| | | ⑤ TYLENOL #3 1-TT TABS PO Φ6° + PRN |

Thanks

Physician Signature:

DO NOT WRITE BELOW THIS LINE



Last Printed: 12/15/2004 00:18:56



B0434900464    EASTERLING,DAVID
DOB: 12/31/58    Age:45Y   MR #:571916
Admit Date/Time: 12/15/04    0925A
353 WHYTE,BRIAN R



**ANESTHESIA SERVICES
PATIENT/FAMILY INFORMATION
SHEET**

## PLEASE READ CAREFULLY

Your doctor has scheduled an operative, invasive or diagnostic procedure that requires the services of the Anesthesia Department. An anesthesia care team, consisting of an anesthesiologist and a certified nurse anesthetist will provide these services. Prior to your surgery a member of the care team will interview you and discuss your past medical history, current physical condition, and options for anesthesia services. The following list of anesthesia services is a brief explanation of the risks, benefits, alternatives, and possible complications. This list is not intended to be a complete list, but rather a summary.

**GENERAL ANESTHESIA** produces an unconscious state - the whole body is affected. This type of anesthesia is produced by injecting drugs into the patient's bloodstream and by having the patient inhale other drugs. Frequently, the person who administers the anesthetic places a tube through the mouth or nose of the patient into the windpipe to aid in managing the patient's breathing. The placement of this tube can cause dental damage such as chipped or broken teeth and/or loss of a tooth or teeth. Occasionally, patients complain of pain and injury to the mouth and throat after undergoing general anesthesia. Strokes, brain damage, heart attacks and pneumonia are very rare complications of general anesthesia. Rarely, a patient will experience recall (remembering a conversation and being aware of what is happening during the operation).

**SPINAL ANESTHESIA** involves the injection of a drug through a needle into the spinal canal. The injected drug causes a temporary loss of feeling and paralysis in approximately the lower half of the body. Usually, a local anesthesia is used to numb the skin where the needle is inserted so that the entire procedure produces very little pain or discomfort. Infrequently, the anesthesia produced by this method is not completely satisfactory. When this happens, another type of anesthesia may become necessary. The more common complications of spinal anesthesia are headache, backache and buzzing in the ears. Rare complications include heart attacks, generalized infections, nerve root injury (which could cause loss of function to certain parts of the body) and decreased blood pressure.

**EPIDURAL ANESTHESIA** is produced in a manner similar to that of spinal anesthesia, except that the needle is not inserted as deep. Infrequently, the anesthesia produced by this method is not completely satisfactory. When this happens, another type of anesthesia may become necessary. The more common complications of epidural anesthesia are headache, backache and buzzing in the ears. Rare complications include seizures, heart attacks, generalized infections, paralysis and decreased blood pressure.

**REGIONAL ANESTHESIA** (axillary, supraclavicular or interscalene block) is produced by injecting a drug mixture around nerves so that the area to be operated on is without feeling for a few hours. The injection is usually accomplished with very little discomfort for the patient. Occasionally, the anesthesia is not completely satisfactory and another type of anesthesia or the use of a different form of pain relief becomes necessary. Rare complications of regional anesthesia include generalized infections, paralysis of certain nerve roots, seizures and pneumothorax (lung puncture).

**INTRAVENOUS REGIONAL ANESTHESIA** is a special type of regional anesthesia produced by injecting a drug into the veins of an arm or leg to which a tourniquet has been previously applied. A few patients complain of pain at the regional anesthesia injection site after surgery. Rare complications of intravenous regional anesthesia include generalized infections and seizures.

**MONITORED ANESTHESIA CARE** Your physician may request that we monitor several of your body functions while he or she carries out a diagnostic procedure or does an operation under local anesthesia that he or she injects. Such monitoring helps to insure your safety and in itself involves minimal risk. If you become uncomfortable during the procedure, it may be necessary to give you drugs through a vein to help you relax or relieve discomfort. Some of these drugs may irritate the vein through which they are injected. This irritation is usually temporary. On rare occasions some of these drugs may produce such adverse effects as difficult breathing, changes in heart action and temporary loss of memory.

_____ Date: D/15    WITNESS: _____ Date: D/15
Patient or Responsible Party Signature

White -Medical Record        Yellow- Patient        FORM # CO 15009    Revised 3/29/04

CO 1500

Please send this for ... must be Complete and Legible. You must Type or P... ...he Appointment

... uthorization Letter to the service provider at ...

PHS

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Bullock | Easterling, David | 12,16,04 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 738-5625 | | ▓▓▓▓▓▓▓ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 738-8763 | 115661 | 05,09,02 |

| Will there be a charge? ☑Yes ☐No | Sex ☑Male ☐Female | SS Number ___ - ___ - ___ | Potential Release Date: (mm/dd/yy) 03,7,06 |
|---|---|---|---|

**Responsible party:** ☑PHS  ☐Auto Ins.  ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

| Requesting Provider: ☑Physician ☐NP, PA ☐Dental | History of Illness/injury/sypmtoms with Date of Onset: |
|---|---|
| | S/p Surgery for Fistula in Ano. |

| Facility Medical Director Signature and Date: | |
|---|---|
| | |

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| ☐Office Visit (OV)  ☐X-ray (XR)  ☐Scheduled Admission (SA) | Results of a complaint directed physical examination: |
|---|---|
| ☐Outpatient Surgery (OS)  ☐Dialysis (DA) | |
| ☐Routine  ☐Urgent | Still 2 drains in Place |

Estimated Date of Service (mm/dd/yy) ___/___/___

(This starts the approval window for the "open authorization period")

| Multiple Visits/Treatments: ☐Radiation therapy ☐Chemotherapy | |
| Number of Visits/Treatments: ____ ☐Other: | Previous treatment and response (including medications): |
|---|---|
| Specialist referred to: Dr. Whyte | S/p Surgery for Fistula Ano. |

Type of Consultation, Treatment, Procedure or Surgery:

3 week F/u i P whyte p. Surgery

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

_____ / _____ / _____ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Eastering, David | **Inmate Number:** | 115661EA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 12/17/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14510551 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

**Clinical Summary or Attached Report**

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

Dr. Whyte
337 St. Luke Drive
Montgomery, AL
271-2788 ____ in AM

12/17/200

For ~~ must be Complete and Legible. You must Type or Pr
Please send this form v          authorization Letter to the service provider at the ~~ the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: **Bullock** | Patient Name: (Last, First) **Easterling, David** | Date: (mm/dd/yy) **12,16,04** |
| Site Phone # **(334)738-5625** | Alias: (Last, First) | Date of Birth: (mm/dd/yy) ▮▮▮▮ |
| Site Fax # **(334)738-8763** | Inmate # **115661** | PHS Custody Date: (mm/dd/yy) **05,09,02** |
| Will there be a charge? ☑Yes ☐No   Sex ☑Male ☐Female | SS Number | Potential Release Date: (mm/dd/yy) **03,17,06** |

Responsible party: ☑PHS ☐Auto Ins. ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans) ☐Other, be specific (Excludes Medicare and Medicaid)

## CLINICAL DATA

| | |
|---|---|
| Requesting Provider: ☑Physician ☐NP, PA ☐Dental | History of Illness/injury/sypmtoms with Date of Onset: *Sp Surgery for Fishla in Ano.* |
| Facility Medical Director Signaure and Date: | |
| ☐ Service meets criteria for "approval via protocol" | |
| **Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.** | Results of a complaint directed physical examination: *still 2 drains in place.* |
| ☐Office Visit (OV)  ☐X-ray (XR)  ☐Scheduled Admission (SA) | |
| ☐Outpatient Surgery (OS)  ☐Dialysis (DA) | |
| ☐Routine  ☐Urgent | |
| Estimated Date of Service (mm/dd/yy) __/__/__ | |
| (This starts the approval window for the "open authorization period") | |
| Multiple Visits/Treatments: ☐Radiation therapy | |
| Number of Visits/Treatments: ____ ☐Chemotherapy ☐Other: | |
| Specialist referred to: **Dr. Whyte** | Previous treatment and response (including medications): *Sp Surgery for Fishla Ano.* |
| Type of Consultation, Treatment, Procedure or Surgery: *3 week F/u c̄ Dr whyte p̄ Surgery* | |
| You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form. ☐ Pertinent Documents have been attached and faxed. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |

UM DETERMINATION: ☐Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   Date resubmitted: __/__/__

Regional Medical Director Signature, printed name and date required: _____ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | |

UM Referral review form 2-05-2004

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Eastering, David | **Inmate Number:** | 115661EA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 12/17/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14510551 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

Patient will to have the seton
removed in place. Continue
sitz bath for me in
up WIC

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| | | |
|---|---|---|
| Signature of Consulting Physician: *Brian Rutigliano* | 1/13/05 | |
| | Date | Time |
| Reviewed and Signed By Medical Director: | | |
| | Date | Time |

Dr. Whyte
337 St. Luke Drive
Montgomery, AL
271-2788        in AM

12/17/2004

**UM MANAGED CARE REFERRAL FORM**

PHS

Must be Complete and Legible. You must Type or P___
Please send this form ___ ___ ___thorization Letter to the service provider at t___ ___e Appointment

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: <br> Bullock  832 | Patient Name: (Last, First) <br> Eastland  David | Date: (mm/dd/yy) <br> 02,14,05 |
| Site Phone # <br> (334) 738-5625 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| Site Fax # <br> (334) 738-8763 | Inmate # <br> 115661 | PHS Custody Date: (mm/dd/yy) <br> 05,09,02 |
| Will there be a charge? <br> ☑Yes ☐No | Sex <br> ☑Male ☐Female | SS Number |  Potential Release Date: (mm/dd/yy) <br> 03,12,06 |

Responsible party: ☑PHS ☐Auto Ins.  ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine          ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____ ☐ Other:_____

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**
F/u ED w/u for
# Anorectal fistula
SD surgery

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmtoms with Date of Onset:**
Inmate i surgery p
Buttock for anorectal
fistula. He was d
large drain spill ✓

**Results of a complaint directed physical examination:**
the fistulous tract
He needs F/u

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested Information.    Date resubmitted: ___/___/___

**Regional Medical Director Signature, printed name and date required:** ___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

# PRISON HE    TH SERVICES: AUTHORIZA    ON LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Eastland, David | **Inmate Number:** | 115661EA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 02/15/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14703758 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| **The consulting physician should complete this section.**<br>**The completed form will be sealed in the attached envelope and**<br>**returned with an officer to the correctional facility.** |
|---|

| **Clinical Summary or Attached Report** |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By<br>Medical Director: | Date | Time |

Dr. Whyte
337 St. Luke Drive
Montgomery, AL
271-2788
March 22 at 10 am

02/15/2005

REGIONAL OFFICE              → Hamilton          @013

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

### DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Bullock 882 | Eastland David | 02 14 05 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (854) 738-8625 | | |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (854) 738-8763 | 118661 | 05 09 02 |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☑ Yes ☐ No | ☑ Male ☐ Female | | 03 17 06 |

Responsible party: ☐ PHS  ☐ Auto Ins.  ☐ Health Ins (includes Medicare/Medicaid/Managed Care/alternative plans)  ☐ Other, be specific (Excludes Medicare and Medicaid)

### CLINICAL DATA

Requesting Provider: ☑ Physician  ☐ NP, PA  ☐ Dental

History of Illness/Injury/symptoms with Date of Onset:

Facility Medical Director Signature and Date:
Jon

☐ Service meets criteria for "approval via protocol"

Inmate i surgery B
Buttock for anorectal
fistula. He has 2
large draws still

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields:
☐ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DI)
☐ PT/OT    ☐ Urgent

Results of a complete directed physical examination:

the fistulous tract
he needs EU

Estimated Date of Service (mm/dd/yy): ___/___/___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
Number of Visits/Treatments: _____
☐ Radiation Therapy
☐ Chemotherapy
☐ Other:

Specialist referred to:

Previous treatment and response (including medication):

Type of Consultation, Treatment, Procedure or Surgery:
Flu ED with U for
a Anorectal Fistula
EP Surgery

You must include copies of pertinent reports such as lab results, x-rays, EKG, etc. and/or specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed

**For security and safety, please do not inform patient of possible follow-up appointments**

### UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):
☑ Office Service Recommended and Authorized

☐ More Information Requested: (See Attached)

☐ Resubmitted with required information.

Date Authorized: ___/___/___

Regional Medical Director Signature, printed name and date required:
Will Mosler, MD

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Mod Class: | UR Auth #: |
|---|---|---|
| PU/0 | 9901 | 103758 |

UM Referral review form 2-05-2004

RECEIVED FEB 14 2005

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Eastland, David | **Inmate Number:** | 115661EA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 02/15/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14703758 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

Patient doing well.
Removed suture
to Continue local care
See me prn.

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _[signature]_    Date: 3/29/05    Time:

Reviewed and Signed By
Medical Director: _[signature]_    Date:    Time:

Dr. Whyte
337 St. Luke Drive
Montgomery, AL
271-2785
March 29 at 10 am

02/15/2005

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be complete and legible. You must...
Please send ... with the Authorization Letter to the service provider ... ...ime of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Bullock 832 | Eggleland, David | 05.03.05 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 738-5625 | | ▓▓▓▓▓ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 738-8763 | 115661 | 05.09.02 |

| Will there be a charge? ☑Yes ☐No | Sex ☑Male ☐Female | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| | SS Number _ _ _ - _ _ - _ _ _ _ | 03.17.06 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)  ☐ Dialysis (DN)

☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** _ _ /_ _ /_ _
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** ☐ Other:

**Specialist referred to:** Dr. White - Surgeon

**Type of Consultation, Treatment, Procedure or Surgery:**
Ischorectal fistula
surgery

**Diagnosis:**
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☑ Pertinent Documents have been attached and faxed.

**History of Illness/injury/symptoms with Date of Onset:**
Persistant drainage from
ischorectal fistula.
s/p surgery

**Results of a complaint directed physical examination:**
Yellow drainage from
the fistula from
around the anus

**Previous treatment and response (including medications):**
s/p surgery x2
Rocephin x10D

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
**Date resubmitted:** _ _ /_ _ /_ _

**Regional Medical Director Signature, printed name and date required:** _ _ /_ _ /_ _ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form .xls

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Eastland, David | **Inmate Number:** | 115661EA |
| **Service Authorized:** | Office Visits: General Surgery Consult | **Effective Dates:** | 05/03/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14977598 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| **The consulting physician should complete this section.** <br> **The completed form will be sealed in the attached envelope and** <br> **returned with an officer to the correctional facility.** |
|---|
| **Clinical Summary or Attached Report** |
| |
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By <br> Medical Director: | Date | Time |

Dr. Whyte
337 St Luke Drive
Montgomery, AL
271-2784
June 9 at 9:30 am

05/05/2

# PRISON HEALTH SERVICES AUTHORIZATION LETTER

| Patient Name: | Eastland, David | Inmate Number: | 115661EA |
|---|---|---|---|
| Service Authorized: | Office Visits: General Surgery Consult | Effective Dates: | 05/03/2005 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Bullock Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14977598 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

PATIENT WITH CHRONIC FISTULA IN ANO WITH MULTIPLE I/D's WITH SURGEON RECENT HERE WITH RECURRENCE

I WOULD RECOMMEND PO ANTIBIOTIC FOR THIS PATIENT AND HE MAY NEED TO SEE A COLORECTAL SURGEON

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

Signature of Consulting Physician: _____ 

Date 6/9/05    Time

Reviewed and Signed By
Medical Director: _____

Date    Time

Dr. Whyte
337 St Luke Drive
Montgomery, AL
271-2784
Time 9 at 9:30 am

05/05/20

KURELMID CLINICAL LABORATORIES
3140 ADM DRIVE
MON, , ALABAMA 36124-4018
PHONE: (334) 260-3400

PATIENT: EASTLAND DAVID
UMR NO.: 06X115661
DOB: ███████ SEX: M  RACE: BLACK
CLINIC: CORR
PHYSICIAN:
PROVIDER: BULLOCK CC

LAB NO: 23930
DATE COLLECTED: 08/19/02
DATE RECEIVED: 082202
DATE REPORTED: 08/22/02

| TEST NAME | RESULT | FLAG | NORMAL RANGE | UNITS | GRAPH |
|-----------|--------|------|--------------|-------|-------|
| AST/SGOT | 50 | H | 0 - 38 | U/L | [ ]> |

COMMENTS: SST TUBE RECEIVED

ORIGINAL REPORT DATE:
08/22/02

REVIEWED BY: RGG

Page 1 of 1

ALABAMA DEPARTMENT OF PUBLIC HEALTH
BUREAU OF CLINICAL LABORATORIES
8140 AUM DRIVE
MONTGOMERY, ALABAMA 36124-4018
PHONE: (334) 260-3400

PATIENT: EASTLAND DAVID
UMR NO.: 06X115661
DOB: ███████ SEX: M  RACE: BLACK
CLINIC: CORR
PHYSICIAN:
PROVIDER: BULLOCK CC

LAB NO: 23930
DATE COLLECTED: 08/19/02
DATE RECEIVED: 082202
DATE REPORTED: 08/22/02

| TEST NAME | RESULT | FLAG | NORMAL RANGE | UNITS | GRAPH |
|-----------|--------|------|--------------|-------|-------|
| AST/SGOT  | 50     | H    | 0 - 38       | U/L   | [    ]> |

COMMENTS: SST TUBE RECEIVED

ORIGINAL REPORT DATE:
08/22/02

REVIEWED BY: RGG

Page 1 of 1



# Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: | 1 |
|----------|------|-------------|---------------|---------|---|
| 345-205-5060-0 | S | MB | COMPLETE | | |

**ADDITIONAL INFORMATION**

FASTING: N
DOB:

| CLINICAL INFORMATION |
|----------------------|
| CD- 41167601277 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|--------------|-----|---------------|
| EASTERLING,DAVID | M | 45 / 11 |

| PHYSICIAN ID. | PATIENT ID. |
|---------------|-------------|
| SIDDIQ  T | 115661 |

PT. ADD.:

ACCOUNT:  BULLOCK CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
104 Bullock Dr.
Union Springs          AL   36089-5107
ACCOUNT NUMBER:   01389085

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|------------------|------|---------------|---------------|------|---|
| 12/10/2004 | 14:02 | 12/10/2004 | 12/11/2004 | 7:43 | 281 |

| TEST | RESULT | | LIMITS | LAB |
|------|--------|---|--------|-----|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 9.8 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.27 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 12.6 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 38.4 | % | 36.0 - 50.0 | MB |
| MCV | 90 | fL | 80 - 98 | MB |
| MCH | 29.5 | pg | 27.0 - 34.0 | MB |
| MCHC | 32.8 | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.3 | % | 11.7 - 15.0 | MB |
| Platelets | 244 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 70 | % | 40 - 74 | MB |
| Lymphs | 21 | % | 14 - 46 | MB |
| Monocytes | 8 | % | 4 - 13 | MB |
| Eos | 1 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 6.9 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.1 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.8 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 363-684-3308-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SRC: DRAINAGE                    FASTING: N

DOB:

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| EASTERLING,DAVID | M | 45 / 11 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME |
|---|---|---|---|---|
| 12/27/2004 | 15:19 | 12/28/2004 | 12/31/2004 | 14:10 | 415 |

| CLINICAL INFORMATION |
|---|
| CD- 41167601345 |

| PHYSICIAN ID. SIDDIQ  T | PATIENT ID. 115661 |
|---|---|

ACCOUNT:  BULLOCK CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
104 Bullock Dr.
Union Springs          AL   36089-5107
ACCOUNT NUMBER:   01389085

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Anaerobic and Aerobic Culture | | | |
|   Anaerobic Culture | Final report | | YX |
|   Result 1 | | | YX |
|   Prevotella melaninogenica | | | |
|   Light growth | | | |
|   Aerobic Culture | Final report | | YX |
|   Result 1 | | | YX |
|   Escherichia coli, identified by an | | | |
|   automated biochemical system. | | | |
|   Moderate growth | | | |
|   Result 2 | | | YX |
|   Pseudomonas aeruginosa | | | |
|   Heavy growth | | | |
|   Antimicrobial Susceptibility | | | YX |
|   ***** S = Susceptible; I = Intermediate; R = Resistant ***** | | | |
|        MICS are expressed in micrograms per mL | | | |

|    Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 | | LAB |
|---|---|---|---|---|---|---|
|   Amikacin | S | S | | | | YX |
|   Amoxicillin/k Clavulanate | S | | | | | YX |
|   Ampicillin | R | | | | | YX |
|   Aztreonam | | S | | | | YX |
|   Cefazolin | R | | | | | YX |
|   Cefepime | S | S | | | | YX |
|   Ceftazidime | | S | | | | YX |
|   Ceftriaxone | S | | | | | YX |
|   Ciprofloxacin | S | S | | | | YX |
|   Gentamicin | | S | | | | YX |
|   Imipenem | | S | | | | YX |
|   Levofloxacin | | S | | | | YX |
|   Piperacillin | R | S | | | | YX |
|   Piperacillin/Tazobactam | S | | | | | YX |
|   Ticarcillin/k Clavulanate | S | S | | | | YX |
|   Tobramycin | S | S | | | | YX |
|   Trimeth/Sulfameth | R | | | | | YX |

| LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD |
|---|
| 543 Hull Street, Montgomery,  AL 36104-0000 |

| Pat Name:  EASTERLING,DAVID | Pat ID: 115661 | Spec #: 363-684-3308-0 | Seq #:  415 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



**LabCorp** Laboratory Corporation of America

LabCorp Mo. .nery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 357-684-3291-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

DRAINAGE FROM INCISION
WOUND ON LEFT BUTTOCK

FASTING: N
DOB:

| CLINICAL INFORMATION |
|---|
| CD- 41167601330 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| EASTERLING,DAVID | M | 45 / 11 |

PT. ADD.:

| PHYSICIAN ID. SIDDIQ  T | PATIENT ID. 115661 |
|---|---|

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME: | |
|---|---|---|---|---|---|
| 12/22/2004 | 9:27 | 12/22/2004 | 12/28/2004 | 16:36 | 386 |

ACCOUNT:  BULLOCK CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
104 Bullock Dr.
Union Springs    AL  36089-5107
ACCOUNT NUMBER:  01389085

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Anaerobic and Aerobic Culture | | | |
| Anaerobic Culture | Final report | | YX |
| Result 1 | | | YX |
| Bacteroides fragilis | | | |
| Light growth | | | |
| Result 2 | | | YX |
| Bacteroides vulgatus | | | |
| Light growth | | | |
| Aerobic Culture | Final report | | YX |
| Result 1 | | | YX |
| Escherichia coli, identified by an automated biochemical system. | | | |
| Moderate growth | | | |
| Result 2 | Mixed skin flora. | | YX |
| Light growth | | | |
| Antimicrobial Susceptibility | | | YX |

***** S = Susceptible; I = Intermediate; R = Resistant *****
MICS are expressed in micrograms per mL

| Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 | | LAB |
|---|---|---|---|---|---|---|
| Amikacin | S | | | | | YX |
| Amoxicillin/k Clavulanate | S | | | | | YX |
| Ampicillin | R | | | | | YX |
| Cefazolin | S | | | | | YX |
| Cefepime | S | | | | | YX |
| Ceftriaxone | S | | | | | YX |
| Ciprofloxacin | S | | | | | YX |
| Gentamicin | S | | | | | YX |
| Imipenem | S | | | | | YX |
| Piperacillin | R | | | | | YX |
| Piperacillin/Tazobactam | S | | | | | YX |
| Ticarcillin/k Clavulanate | S | | | | | YX |
| Tobramycin | S | | | | | YX |
| Trimeth/Sulfameth | R | | | | | YX |

LAB: YX LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

DIRECTOR: Alton Sturtevant B PhD

1/10/05

| Pat Name:  EASTERLING,DAVID | Pat ID:  115661 | Spec #:  357-684-3291-0 | Seq #:  386 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



**LabCorp** LabCorp Montgomery Hull
Laboratory Corporation of America
543 Hull Street, Montgomery, AL 36104-0000

Laboratory Corporation of America

Phone: 334-263-5745

| - SPECIMEN<br>357-684-3291-0 | TYPE<br>S | PRIMARY LAB<br>YX | REPORT STATUS<br>PARTIAL | Page #:    1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| DRAINAGE FROM INCISION      FASTING: N<br>WOUND ON LEFT BUTTOCK        DOB: ▓▓▓▓ |

| PATIENT NAME<br>**EASTERLING,DAVID** | SEX<br>M | AGE(YR./MOS.)<br>45  /  11 |
|---|---|---|

PT. ADD.:

| CLINICAL INFORMATION |
|---|
| CD- 41167601330 |

| PHYSICIAN ID.<br>SIDDIQ  T | PATIENT ID.<br>115661 |
|---|---|

ACCOUNT:  BULLOCK CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
104 Bullock Dr.
Union Springs        AL    36089-5107
ACCOUNT NUMBER:   01389085

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/22/2004 | 9:27 | 12/22/2004 | 12/24/2004 | 14:09 | 384 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Anaerobic and Aerobic Culture | | | |
| Anaerobic Culture | *** WILL FOLLOW *** | | |
| Aerobic Culture | *** WILL FOLLOW *** | | |
| Result 1 | Gram negative rods | | YX |
| Moderate growth | | | |
| Result 2 | Mixed skin flora. | | YX |
| Light growth | | | |

| LAB: YX LabCorp Montgomery Hull              DIRECTOR: Alton Sturtevant B PhD |
|---|
| 543 Hull Street, Montgomery, AL 36104-0000 |

| Pat Name:  EASTERLING,DAVID | Pat ID:  115661 | Spec #:  357-684-3291-0 | Seq #:  384 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

165



**COMPUMED**
5777 W. Century Blvd., Suite 1285
Los Angeles, California 90045
800-421-3395

Quick-Mount Card

1. PATIENT NAME _____

      Last (**ENTER**)      First (**ENTER**)

2. PATIENT I.D. _____ (**ENTER**)

3. OPTION CODE:
    "0" (blank) = Normal Processing
    "1" = CompuMed "C8" criteria
    "2" = CompuMed "K2" pediatric criteria
    "4" = CompuMed "C8" hypertension criteria
    "6" = CompuMed "C8" criteria (sent to FAA-1st ECG)
    "7" = CompuMed "C8" criteria (sent to FAA-subsequent ECG)

4. AGE _____ (**ENTER**)

5. HT. _____ (**ENTER**)
    (inches)

6. WT _____ (**ENTER**)
    (pounds)

ID: 15568 Black    44    72in 227lb
Male    1915

Eastland, David
ID: 15568 Black    44    72in 227lb
Male    Mets

Eastland, D.
ID: 15568 Black    44    72in 227lb
Male    Mets

(v A)

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First   nue South, Birmingham, AL 35233-0000

**LabCorp**
Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 164-205-5243-0 | S | MB | COMPLETE | Page #: 2 |

**ADDITIONAL INFORMATION**

FASTING: N
DOB:

| CLINICAL INFORMATION |
|---|
| CD- 41167602270 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| SANDERS  W | 115661 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| EASTLAND,DAVID | M | 46  /  5 |

ACCOUNT: Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs          AL   36089-5107
ACCOUNT NUMBER:  01389085

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/13/2005 | 12:08 | 6/13/2005 | 6/14/2005 | 7:48 | 1463 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| | 3X Avg.Risk 23.4 | 11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | | | | MB |
| Thyroid | | | | MB |
| TSH | 1.559 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 8.3 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 33 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.7 | | 1.2 - 4.9 | |
| | | | | MB |
| CBC, Platelet Ct, and Diff | | | | MB |
| White Blood Cell (WBC) Count | 6.9 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.29 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 12.6 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 36.7 | % | 36.0 - 50.0 | MB |
| MCV | 85 | fL | 80 - 98 | MB |
| MCH | 29.4 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.4 | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.5 | % | 11.7 - 15.0 | MB |
| Platelets | 312 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 54 | % | 40 - 74 | MB |
| Lymphs | 36 | % | 14 - 46 | MB |
| Monocytes | 8 | % | 4 - 13 | MB |
| Eos | 2 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 3.7 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.5 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.6 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham                          DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

| Pat Name:  EASTLAND,DAVID | Pat ID: 115661 | Spec #: 164-205-5243-0 | Seq #: 1463 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp** Laboratory Corporation of America
LabCorp Birmingham
1801 First  ue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 164-205-5243-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

### ADDITIONAL INFORMATION

FASTING: N
DOB:

| CLINICAL INFORMATION CD- 41167602270 | |
|---|---|
| PHYSICIAN ID. SANDERS W | PATIENT ID. 115661 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| EASTLAND,DAVID | M | 46 / 5 |

PT. ADD.:

ACCOUNT: Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs    AL   36089-5107
ACCOUNT NUMBER: 01389085

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/13/2005 | 12:08 | 6/13/2005 | 6/14/2005 | 7:48 | 1463 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | |
| Chemistries | | | | MB |
| > Glucose, Serum | 173 H | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.4 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 11 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 0.8 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 14 | | 8 - 27 | |
| Sodium, Serum | 138 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.5 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 106 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 10.1 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 4.3 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.7 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.1 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.6 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.1 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.2 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 70 | IU/L | 25 - 150 | MB |
| LDH | 180 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 18 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 16 | IU/L | 0 - 40 | MB |

***EFFECTIVE JUNE 27, 2005, the reference intervals***
will be changing to:        Male  0 - 55 IU/L
Female 0 - 40 IU/L

| GGT | 61 | IU/L | 0 - 65 | |
| Iron, Serum | 98 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 117 | mg/dL | 100 - 199 | MB |
| Triglycerides | 115 | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 43 | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 23 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 51 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 2.7 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

| | T. Chol/HDL Ratio | | |
|---|---|---|---|
| | | Men | Women |
| 1/2 Avg.Risk | | 3.4 | 3.3 |
| Avg.Risk | | 5.0 | 4.4 |
| 2X Avg.Risk | | 9.6 | 7.1 |

| Pat Name: EASTLAND,DAVID | Pat ID: 115661 | Spec #: 164-205-5243-0 | Seq #: 1463 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

5

N/S 5.29.03

## X-RAY REQUISITION AND REPORT

| NAME OF FACILITY | DATE OF REQUEST | REQUESTED BY | PATIENT STATUS |
|---|---|---|---|
| *Bullock* | 5-20-03 | *Dr Siddig* | |

EXAMINATION REQUESTED

$$C X R$$

CLINICAL DIAGNOSIS

*Past Positive PPD*

| X-RAY NUMBER | DATE OF X-RAY | DATE OF PPD SKIN TEST | |
|---|---|---|---|
| | 5-29-03 | | |

REPORT OF FINDINGS

EASTLAND, DAVID ID 115661

PA VIEW CHEST  05/29/03

**FINDINGS: NORMAL PA VIEW OF THE CHEST.**

W. BEN ABBOTT, MD/rp

6/6/03

SIGNATURE

| Patients Last Name | First | Middle | Date of Birth | R/S | ID NUMBER |
|---|---|---|---|---|---|
| *Eastland, David* | | | ▇▇▇▇▇ | B/M | 115661 |

2-27

DEPARTMENT OF CORRECTIONS

Name: Eastland, David

RADIOLOGY SERVICES REQUEST AND REPORT

State ID No: 115661

DOB: ▮▮▮▮

INSTITUTION: Bullock

Race: B     Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Dr. Siddiq | 5-24-05 | | | | |

HISTORY/DIAGNOSIS: Hx of +. PPD Skin Test

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA & LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Eastland

PA Chest:  The heart is not enlarged.  There are calcifications secondary to old healed granulomatous disease.  The lungs are otherwise clear.
IMPRESSION:  THERE ARE CALCIFICATIONS SECONDARY TO OLD HEALED GRANULOMATOUS DISEASE.  THE CHEST IS OTHERWISE UNREMARKABLE.

D: & T: 05-26-05  Howard P. Schiele, M.D./jhi Board Certified Radiologist  (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST'S SIGNATURE     DATE, TIME EXAM PERFORMED  5-25-05

RADIOLOGIST'S NAME (PRINT)     RADIOLOGIST'S SIGNATURE     DATE SIGNED

# Dental Treatment Record

| Name: | ID #: | Race: | DOB: |
|---|---|---|---|
| Eastland, David | 115661 | B | |

| Dental Examination | Restoration and Treatments |
|---|---|

| | RIGHT | | | | | | | | | | | | | | | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

Date of Initial Examination: 5-9-02

Initial Classification:

Oral Pathology:

   Gingivitis

   Vincent's Infection

   Stomatis

   Other Findings

Occlusion

Roentgenograms:

   Periapical

   Bitewing

   Panarex

| Tooth | Priority List |
|---|---|
| | |
| | |
| | |

## Health Questionnaire

| Question | Yes | No | Question | Yes | No |
|---|---|---|---|---|---|
| Are you in good health? | ☑ | ○ | Acquired Immune Deficiency (AIDS/HIV)? | ○ | ☑ |
| Allergies | ○ | ☑ | Gastrointestinal disorders | ○ | ☑ |
| Anemia | ○ | ☑ | Glaucoma | ○ | ☑ |
| Asthma or other respiratory problems | ○ | ☑ | Heart disease or murmur | ○ | ☑ |
| Blood pressure conditions | ○ | ☑ | Hepatitis | ○ | ☑ |
| Diabetes | ○ | ☑ | Kidney problems | ○ | ☑ |
| Epilepsy | ○ | ☑ | Reactions to anesthesia or medications | ○ | ☑ |
| Excessive bleeding after surgery | ○ | ☑ | Rheumatic fever | ○ | ☑ |
| Fainting | ○ | ☑ | Taking any medication  MH | ☑ | ○ |
| Pregnant? | ○ | ☑ | Thyroid conditions | ○ | ☑ |
| Tuberculosis | ○ | ☑ | Other conditions | ○ | ○ |

Dental Treatment Record