

DEFENDANT'S EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID TYRONE EASTLAND, AIS #115661 | * |
| | * |
| Plaintiff, | * |
| V. | 2:05-CV-514 |
| | * |
| DR. SIDDIQ, et al. | * |
| Defendants. | * |

## AFFIDAVIT OF MARTHA JACKSON, L.P.N.

**BEFORE ME,** Justine Person, a notary public in and for said County and State, personally appeared **MARTHA JACKSON, L.P.N.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Martha Jackson. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, practical nurse in Alabama since 1989. I have practiced nursing in a variety of positions and settings. In particular, I have worked as a nurse at Bullock County Correctional Facility in Union Springs, Alabama, since 1994. Since November 3, 2003, I have been employed by Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates. I am personally familiar with all of the facts set forth in this Affidavit.

David Tyrone Eastland (AIS# 115661) has been incarcerated at Bullock County Correctional Facility for several years. I am familiar with Mr. Eastland, and have been involved with the provision of medical services to him at Bullock. I have reviewed Eastland's Complaint in this action as well as his medical records, certified copies of which are being produced to the Court along with this Affidavit. Mr. Eastland has been seen and evaluated by the medical or nursing staff, and has been referred to an appropriate care provider and given appropriate care, each time he has registered any health complaints at Bullock.

It is my understanding that Mr. Eastland has made a complaint in this case that I failed to provide him access to medical evaluation on May 23, 2005. While I have no recollection of seeing Mr. Eastland on May 23, 2005, I can state with certainty that I have never denied Mr. Eastland access to medical evaluation or treatment. Further, had medical attention been indicated for Mr. Eastland, he would have been referred to Dr. Siddiq for evaluation and treatment in a timely fashion. Moreover, it is clear from reviewing Eastland's medical records that he was evaluated on May 24, 2005, one day after the alleged denial of care, and was afforded antifungal hemorrhoid cream and Benzoyl Peroxide for rectal cleansing.

Based on my review of Mr. Eastland's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Bullock County Correctional Facility. At all times, myself and the other healthcare providers at Bullock County Correctional Facility have exercised the same degree of care, skill and diligence as other similarly situated health care providers would have exercised under the same or

similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. At no time have I, or any of the medical or nursing staff at Bullock Correctional Facility, denied Mr. Eastland any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Eastland. At all times, Mr. Eastland's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayeth not.

*Martha Jackson LPN*
MARTHA JACKSON, L.P.N.

STATE OF ALABAMA )

COUNTY OF Bullock )

I, Justine B. Person, a Notary Public in and for said State and County, hereby certify that Martha Jackson who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

SWORN TO and SUBSCRIBED BEFORE ME on this the 8th day of July, 2005.

NOTARY PUBLIC
My Commission Expires: 2/24/2009

(NOTARIAL SEAL)

3