IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID TYRONE EASTLAND, #115661, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-514-T |
| ) | |
| DR. WHYTE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On July 25, 2005, the plaintiff filed a document in which he advises the court of an address for Dr. Whyte. The Clerk is hereby DIRECTED to attempt service of the complaint, the June 9, 2005 order of procedure (Court Doc. No. 3) and this order on Dr. Whyte at South Baptist Medical Hospital, Union Springs, Alabama 36089 and at Baptist Medical Center South, 2105 E. South Blvd., Montgomery, Alabama 36116. Accordingly, it is

ORDERED that Dr. Whyte shall file a written report within thirty (30) days of service of this order.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Dr. Whyte this individual will not be considered a party to this cause of action and this case will proceed against only the defendant on whom service has been perfected.

DONE, this 2nd day of August, 2005.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE