IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID TYRONE EASTLAND, #115661, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-514-T |
| | ) | |
| DR. WHITYE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The plaintiff has previously filed documents in which he advises the court of addresses for Dr. Whitye. The Clerk attempted service on Dr. Whitye at each address provided by the plaintiff. However, service was unperfected on Dr. Whitye as he was not at any of the addresses submitted to the court. The plaintiff is again cautioned that if Dr. Whitye is not served, he is not a party to this cause of action. Consequently, in order to proceed with litigation against Dr. Whitye, the plaintiff must furnish the clerk's office with a correct address for service on this individual. Accordingly, it is

ORDERED that on or before September 12, 2005 the plaintiff shall furnish this court with a correct address of Dr. Whitye. **The plaintiff is advised that the court will not continue to monitor this case to ensure that Dr. Whitye has been served. This is the plaintiff's responsibility.**

DONE, this 23rd day of August, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

The plaintiff is hereby given notice that if service is not perfected on Dr. Whyte "within 120 days after the filing of the complaint, the court . . .[will] on its own initiative" dismiss his claims against Dr. Whitye without prejudice. Rule 4(m), *Federal Rules of Civil Procedure*. Thus, without perfection of service, Dr. Whitye will not be considered a party to this cause of action and this case will proceed against only the defendant on whom service has been perfected.