IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID TYRONE EASTLAND, # 115661, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv514-T (WO) |
| DR. WHITYE, et al., | ) ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on December 6, 2005 (Doc. No. 19), said Recommendation is hereby adopted, and it is the ORDER, JUDGMENT and DECREE of the court that:

1. Defendant Jackson's motion for summary judgment (Doc. No. 15) is GRANTED.

2. Judgment is GRANTED in favor of defendant Jackson

3. The claims against defendant Whitye are DISMISSED without prejudice for lack of service in accordance with the provisions of Rule 4(m), *Federal Rules of Civil Procedure.*

4. This case is DISMISSED in its entirety.

Done this 27th day of December, 2005.

                                           /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE