IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID TYRONE EASTLAND, | ) | |
| # 115661, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv514-T |
| | ) | (WO) |
| DR. WHITYE, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## **JUDGMENT**

In accordance with the order entered today, it is the ORDER, JUDGMENT, and DECREE of the court that t his case is DISMISSED in its entirety.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 27th day of December, 2005.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE